# EXHIBIT 6
# (Part 4)



FIFTH AND FIFTY-FIFTH CONDOMINIUM
Two East 55th Street
New York, New York 10022

17TH FLOOR



18TH FLOOR

FIFTH AND FIFTY-FIFTH CONDOMINIUM
Two East 55th Street
New York, New York 10022



19TH FLOOR

FIFTH AND FIFTY-FIFTH CONDOMINIUM
Two East 55th Street
New York, New York 10022



20TH FLOOR

FIFTH AND FIFTY-FIFTH CONDOMINIUM



20A FLOOR

FIFTH AND FIFTY-FIFTH CONDOMINIUM
Two East 55th Street
New York, New York 10022





ROOF

FIFTH AND FIFTY-FIFTH CONDOMINIUM

## DESCRIPTION OF PROPERTY AND BUILDING CONDITION

146



## BRENNAN BEER GORMAN / ARCHITECTS, LLP

This report was prepared by the following:

- Architects
  Brennan Beer Gorman / Architects, LLP
  515 Madison Avenue
  New York, NY 10022

- Structural Engineers
  DeSimone Consulting Engineers, PLLC
  18 West 18th Street, 10th floor
  New York, NY 10011

- Mechanical/ Electrical/ Plumbing/ Fire Protection Engineers
  Flack and Kurtz Inc.
  475 Fifth Avenue
  New York, NY 10017

- Vertical Transportation Consultant
  Van Deusen Associates
  5 Regent Street, Suite 524
  Livingston, NJ 07039-1617

- Exterior Wall Consultant
  Façade Maintenance Design
  362 Fifth Avenue, 11th floor
  New York, NY 10001

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

**SECTION 20.7 DESCRIPTION OF PROPERTY AND SPECIFICATIONS**

Fifth And Fifty-Fifth Condominium
New York, New York

A.   Location and Use of the Property

| | |
|---|---|
| 1.Address | 2 East 55th Street<br>New York, New York |
| 2. Block/ Lot Number | Block 1290 Lot 69  (Building Lot) |
| 3. Zoning | Zone C5-3 Special Midtown (Restricted Central Commercial District) |
| 4. Permissible Uses | As per the New York City Zoning Resolution this area is within Zone C5-3 which permits residential and commercial uses. The property, classified within the Special Midtown District (Mid) and further classified within the Fifth Avenue Sub-district under New York City Zoning provisions, is subject to additional provisions/ restrictions with regards to permissible uses within these classifications. These restrictions affect the allowable types of retail along Fifth Avenue. |

The building is currently classified as and used in conformity with its J-1 classification and will remain as such. The condominium conversion will result in fewer hotel guestroom units, and would therefore remain within the limits allowed by the Certificate of Occupancy. As per Sponsor's Expediter, no change to Certificate of Occupancy is required.

5. Landmark Designation    The original hotel was built in 1904, designed by Trowbridge and Livingston. The 1927 extension, designed by Sloan and Robertson, complemented the original design and expanded the hotel further east along East 55th Street. The Beaux Arts hotel was given a landmark designation by the New York City Landmarks Preservation Commission, thus any alteration to the exterior that will affect the historic character of the building needs to be approved by the Commission.

There is a plaque at the entrance along East 55th street. The plaque, provided by the New York City Landmarks Preservation Commission upon conferring landmark designation on the property, gives a narrative on the history of the hotel:

> *"The St. Regis Hotel, one of the most elegant and sophisticated Beaux Arts style building in New York, is among the oldest of the early skyscraper hotels.*

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

> *Commissioned by John Jacob Astor, it heralded the
> transformation of Fifth Avenue from a street of mansions,
> private clubs and churches to a thoroughfare of hotels,
> skyscrapers and fashionable shops. The turn of the age
> gilded hostelry was doubled in size in a 1920s addition
> that transformed it into a major hotel for the newly
> emerging metropolis. The vast 1991 renovation replaced
> the building mechanical system and restored its
> Edwardian magnificence."*

B. Status of Construction

1. Year Built

1904. There was a hotel expansion project completed in 1927. The latest extensive renovation of the hotel was completed in 1991. See Item #5, Landmark Designation, preceding section.

2. Class of Construction

1-B

3. Certificate of Occupancy

The current Certificate of Occupancy #104514 was issued on February 2, 1994. The building occupancy group classification on this certificate is J-1 (Residential-Hotels).

4. Description of Work

The building will be subdivided to create 4 Types of Units:
- 24 Suite Units
- 22 Club Units
- 1 Hotel Unit
- 1 Retail Unit

The existing exterior of the Building is to remain as is. As for the interiors, only the 8th, 9th (Club Units) 10th and 11th (Suite Units) floors will be renovated to create independent units. Only in these floors will work on the interiors of the units be done. Inside the units, existing wall, floor and ceiling finishes are to remain except for those areas which are to be converted into use as warming pantries. In the new pantries, finishes will match the finishes in existing adjacent areas. A schedule of finishes is provided in Section V.

There will be modifications to the existing plumbing, mechanical, telecom, electrical and fire protection system on the 8th, 9th, 10th and 11th floors as well as the floors directly above and below this stack in order to accommodate new unit combinations and their added pantries. This work is further detailed in Sections J thru N.

There will be new electric appliances (see schedule of fixtures and appliances in Section V) associated with the addition of the pantry on these levels as well as a new sink. Minor structural cores will be created to facilitate utility connections. There are a number of electrical closets which will need to be relocated and these are further detailed in Section N.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York

page 3 of 37

Section 20.7 Description of Property and Building Conditions

02/02/2006

New millwork will be introduced in the units to provide storage where closets have been converted into pantries. New communicating doors will also be introduced wherever connections between units and lock-outs are required.

All of the other floors of the Hotel shall remain as is.

C. Site

1.Size

The size of the property is approximately 22,553.95 sq.ft.  See Lot Diagram below:



The property being described only pertains to the building located on Two East Fifty Fifth Street.

2. Number of Buildings and Use

There is one building on the property which is used primarily for commercial purposes (hotel, retail etc.) Only the units on floors 8th, 9th, 10th and 11th will be separated as Suite Units or Club Units. Other uses include a restaurant and bar at the ground level, a spa and fitness center on the cellar level, a retail space on the ground level and the ballroom at the 20th floor.

The hotel entrances are along the East 55th street side through the existing revolving doors.  There are also other doors along this façade which are needed for egress and service access. More details are provided in Section I Subheading #7.

3. Streets

The property is abutted by East 55th Street and Fifth Avenue. These asphalt paved streets are owned and maintained by the City of New York. These streets are pitched to drain in catch basins which are part of the New York City storm water drainage system. These are in usable condition.

## BRENNAN BEER GORMAN / ARCHITECTS, LLP

| | |
|---|---|
| 4. Drives, Sidewalks and Ramps | There are existing concrete sidewalks bordering the property. There are existing metal gratings along the sidewalk on the Fifth Avenue and the East 55th street side. |
| | A portion of the sidewalk (near the lobby and restaurant entrances) is finished in stone. There are two existing marquees: one over the lobby entrance and the other over the tea lounge/ bar entrance. Permits for the installation of these marquees were obtained on November 21,1995. |
| | There is a sidewalk elevator on the East 55th side, and this provides service access to the sub-cellar level. |
| | The sidewalk is in reasonable condition. There are minor cracks and misalignments which should be repaired as part of an ongoing maintenance program. |
| 5. Exterior Lighting | There are 5 ornamental iron lampposts which were designed to be consistent with the architectural style of the façade. These lampposts are situated along the sidewalk on the East 55th street side. |
| | During.the previous renovation work, light fixtures were installed on the window ledge to highlight the architectural features of the building. |

D. Utilities

| | |
|---|---|
| 1.Electricity | Electricity is provided by Consolidated Edison Company ("Con Edison") a regulated company. Common metering from Con Edison is provided at the Main Service Switchboards located in the Cellar. |
| 2. Gas | Gas service is existing and is provided by Con Edison.  At the present time a single meter is provided and the gas piping throughout the building provides service to laundry dryers (commercial type), and the various building commercial type kitchens. |
| 3. Water and Sewer | Water and sewer services are existing and are provided by the City of New York. Presently all water consumed throughout the building is metered through a single water meter.  All water and sewer charges costs are charged to the building. |
| 4. Steam | Steam service is provided to the site by Con Edison.  Hot water to serve the building is generated through a plate and frame heat exchanger in the main central plant.  Condensate is not returned to the system. |
| 5. Telephone | Local and long distance telephone service and currently is |

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York

Section 20.7 Description of Property and Building Conditions

02/02/2006

provided by a PBX (Public Branch Exchange) situated at the hotel, at some point in the future Direct Inward Dial (DID) may be made available.  Voice circuits (trunks) are provided by Verizon and/or another service provider (LEC or CLEC).  Every Unit Owner will be required to pay their associated telephone charges at the hotel's posted rates.

6. Cable Television

Cable television service is currently being provided by Time Warner, and a satellite dish network primarily for international channels.  The building is currently converting from Time Warner to RCN-TV of New York, while maintaining a supplementary dish network.

7. High Speed Internet

The building is wired for high speed internet access.

8. Metering

Services that are contracted by the hotel guests, including telephone, cable television, and high speed internet will remain as such.  Metered services to the site include cooking gas, water, sewer, steam and electricity.

E.  Landscaping

1.Planting Areas

There are moveable planters along the East 55th and the Fifth Avenue sidewalks. These are custom stone planters with the St. Regis logo.

2. Trees

None.

F.  Building Size

1.Total Height

270'-0" (as per Certificate of Occupancy filed February 2, 1994). This dimension was from the ground floor to the 20th floor parapet.

2. Subcellar

There are two sub-cellars. The height varies for each sub-cellar.

Situated on the 1st sub-cellar are the staff lockers, employee cafeteria, training offices, food preparation areas for the restaurant, laundry, storage and mechanical equipment rooms.

On the 2nd sub-cellar are the trash rooms (storage and compactor), maintenance work areas and mechanical rooms.

3. Cellar

There is one cellar. The height varies within the cellar.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York

Section 20.7 Description of Property and Building Conditions

Also on the cellar are the following areas: barber shop, meter rooms, kitchen, pantries, storage and hotel offices.

4. Number of Floors

There are nineteen floors (eighteen floors plus penthouse) above grade: ground floor (with mezzanine), second floor (with mezzanine), 3-12, 14-19, 20 (Ballroom level). There is no 13th floor.

The cellar level houses the spa and fitness areas as well as a hair salon. The sub-cellar level houses all the support facilities such as engineering, laundry, maintenance etc.

The ground floor houses the retail space, the restaurant, bar and tea lounge. The lobby to the hotel is also located in this level. On the ground floor mezzanine are the hotel's executive offices and mechanical rooms.

The meeting rooms and board rooms are located on the second floor. The accounting offices and mechanical rooms are located on the second floor mezzanine.

The 8th and 9th Floors will house the Club Units, and the 10th and 11th Floors will house the Suite Units.

All the Hotel Unit guest rooms are located on floors 3-7, 11-12,14-19

The ballroom is located on the 20th floor. This ballroom is part of the Hotel Unit.

5. Equipment Rooms

Equipment rooms are located throughout the building: at 1st and 2nd sub-cellar and roof. These equipment rooms are to remain as is.

See Section M subsection 6 for further detail.

6. Public Areas

The ground floor lobby and public corridors have marble, carpeting and other finishes, typical of a luxury hotel. They are fairly well maintained and are in good condition.

G. Occupancy

The current plan is for the building to have 24 Suite Units, 22 Club Units, a Hotel Unit and a Retail Unit. Occupancy is to remain as J-1 in compliance with the current Certificate of Occupancy and applicable Department of Buildings rulings and interpretation.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

H.  **Building Structure**

    1. Foundation System

The building's existing foundation system includes basement walls, column footings, wall footing, pits and sub-grade drainage and dates from the building's original construction 80 to 100 years ago. Other than the interior face of portions of the perimeter foundation wall, these foundation elements are typically not accessible for review. The following determinations are based on visual observations only and assume reasonable expectations as to the adequacy of the structure.  Although a substantial effort was made to observe all areas of the building, not all portions could be investigated due to obstructions or restricted access.

The foundation wall is a cast-in-place concrete wall that extends under the footprint of the building. The existing sub-cellar level is a concrete slab-on-grade and occurs at various elevations connected by a series of concrete ramps. The slab-on-grade was observed at numerous locations to be sloped to sub-grade drains. Pits are typically covered with checker-plate covers.

The sub-cellar mechanical room is typical of a hotel. Large pieces of mechanical equipment are mounted on four-inch high concrete pads. The slab-on-grade appears to be sloped to provide drainage for moisture produced by various mechanical units. In at least one location the slope is inadequate and an area of standing water was observed at the base of one of the units. This arrangement should be reconfigured to avoid prolonged exposure to water to prevent future deterioration.

Several cracks observed in the refuse room sub-cellar slab-on-grade are insignificant and are not of structural concern.

Several areas exhibit minor cracking of the unfinished slab-on-grade or of the VCT-type floor finish (at elevator entrances). The cracks observed were insignificant and are not of structural concern. If any cracked portions begin to impede serviceability of a particular area, such as causing obstructions to rolling carts, the cracks should be routed and grouted solid or the cracked sections should be replaced.

There is no visible evidence of settlement of the overall structure.

Except as noted above with respect to the foundation system or elsewhere in this report (including without limitation, Sections H.2, H.3 and H.5), there was no observed deterioration of mortar, spalling, cracks, bulges, leaning, moisture penetration or other distress with respect to the Building's masonry.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2.Structural System

The existing original structure is typically framed with concrete encased steel beams and columns. Floor slabs are cast-in-place cinder concrete spanning between steel beams and girders.

Various columns located within the mechanical room are wrapped in brick enclosures. Several enclosures are exhibiting cracks that were noted to be approximately 1/8" in size. Although these cracks do not appear significant at this time, they should be checked periodically and repaired if the condition worsens.

Large areas of non-original structure at the cellar and ground floor are visible, the majority of which was installed as part of the 1991 renovation. These areas consist of structural steel with concrete slab-on-metal deck. Both steel and deck appear to be coated with a spray-on type fireproofing.

Due to extensive mechanical distribution throughout the cellar and sub-cellar levels, numerous beams are missing patches of fireproofing due to hung piping connections. These locations should be carefully identified and patched with an appropriate fireproofing material.

The underside of the cellar and ground floor framing are visible in some locations. Generally the undersides of the slabs and beams appear in sound condition. Some visible areas indicated areas of minor deterioration. Directly above the entrance to the sub-cellar Upholstery Room, a small section of concrete encasement appears to have partially detached from the base cellar slab. This area should be addressed and the slab checked for further damage.

A portion of the cellar slab located above the refuse room appears damp. Sections of metal deck appear damp and several steel beams show signs of rust. This area should be investigated further. The water source should be mitigated and the structural elements should be checked for adequacy.

Some steel beams located over the mechanical room appear damp. Several beams are missing patches of fireproofing and exhibit signs of minor rust. This typically occurs at locations adjacent to the perimeter foundation wall. Although these locations do not appear of structural concern at this time, the beams should be reviewed and treated to prevent future deterioration due to water damage.

Both the sub-cellar and cellar levels have wall partitions constructed of concrete-masonry units. Several locations exhibit hairline cracks. These partitions are non-bearing in nature and the cracks do not appear significant or cause for concern.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

Extensive kitchen spaces at the cellar level appear sound and
solid. The slabs are typically covered with rubber wear-surfaces
and the tops of the slabs are not visible. At the cellar level's
Butcher room, there are several broken floor tiles. The cracked
sections appear to occur where a gentle ramp meets the level
corridor. It appears the tiles cannot withstand repeated bending
stresses and have cracked. This is not of structural concern, but if
the serviceability of the corridor is affected, the tiles should be
removed and replaced with a proper set to prevent future
cracking.

A steel beam located above and directly adjacent to the
Housekeeping Storage cage is exposed and appears to have a
build up of rust on its surface. The beam should be scraped and
checked for adequacy and properly treated to prevent future
deterioration.

Above the cellar level laundry chemical storage room, there
appears to be some loose ceiling material. Although this does not
appear to affect the floor structure, this condition should be
checked to prevent material from falling to the floor below.

The typical hotel corridors, guestrooms and ballroom spaces
accessed by DCE were found to be in sound condition. Extensive
finishes including carpeting, partitions and floor finishes
completely obstruct any observations of the structure. There is no
evidence to warrant further structural investigation of these
spaces.

In general, the building superstructure appears to be in sound
condition based on our visual observations. Discussions with on-
site engineering staff and various back of house personnel
revealed no reports of significant problematic areas that would
warrant further structural investigation. Note that a complete gut
renovation completed in 1991 exposed most areas of the
building. Areas of the building that had experienced deterioration
were addressed as part of that renovation effort. No major signs
of distress were noted by DCE and the structural items of concern
mentioned in this report are considered minor and can be
remedied as part of a general building maintenance program.

3. Exterior Walls

The St. Regis Hotel is a nineteen-story plus penthouse
commercial building, 270 feet high, located at the southeast
corner of Fifth Avenue and East 55th Street, which consists of the
original building and an addition. The hotel is one of the most
elegant and sophisticated Beaux-Arts style buildings in New York.
Begun in 1901, the original structure was designed as the city's

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

most luxurious hotel by the firm of Trowbridge & Livingston. The St. Regis was commissioned by John Jacob Astor whose family had built the city's first luxury hotel, the Astor House of 1836. The addition was built in 1927 and designed by Sloan & Robertson. The City of New York designated as a Landmark the St. Regis Hotel, 699-703 Fifth Avenue, Borough of Manhattan and designates Tax Map Block 1290, Lot 69, Borough of Manhattan, as its Landmark Site on November 1, 1998.

Following the tenets of the Beaux-Arts tradition, the hotel imitates a classical column, consisting of a base, shaft and capital. The first two stories of the hotel-the base, are deeply rusticated and pierced by round-arch openings at the ground story and square-headed windows at the second. A prominent balustraded balcony which runs continuously from the Fifth Avenue façade to the East 55th Street elevation, is carried on massive console brackets with garlands. The third and fourth stories are fully rusticated too. The windows of the third and fourth are square headed while those of the fifth are segmentally arched. Slightly projecting balconies with elegant iron railings mark the windows of the fifth. The third through fifth stories are embellished by massive garlands which flank each of the bays with the exception of the three central windows on Fifth Avenue. [1] The condition of the balconies are described under the section on Local Law 11 under this same heading.

The treatment of the next seven stories, the main shaft of the building, consists of segmental-arched windows with moldings and keystones, rusticated end bays, smooth-faced stone surrounding the central windows, and projecting sills with iron railings. Transition begins at the thirteenth floor from the shaft to the ornate capital of the mansard roof. The windows at this story are square-headed and at the end bays are flanked by stylized pilasters. The mansard roof begins at the fourteenth floor. The segmental windows of the fourteenth are flanked by monumental console brackets that carry a balustraded cornice that bows over the end bays. Behind the balustrade, the fifteenth and sixteenth stories are joined vertically. At the end bays, the windows are flanked by smooth pilasters that carry a broken pediment. The seventeenth and eighteenth stories are within the originally slate and copper mansard. The slates have been replaced with asphalt shingles. The roof is crowned by an undulating copper cresting in a stylized shell motif. [2]

---

[1] New York Landmarks and Preservation Commission. St. Regis Hotel, *699-703 Fifth Avenue, Borough of Manhattan: Architect Trowbridge & Livingston and Sloan & Robertson architects of extension, report.* New York, NY. The Commission, 1988.
[2] New York Landmarks and Preservation Commission. St. Regis Hotel, *699-703 Fifth Avenue, Borough of Manhattan: Architect Trowbridge & Livingston and Sloan & Robertson architects of extension, report.* New York, NY. The Commission, 1988.

BRENNAN BEER GORMAN / ARCHITECTS, LLP

2 East 55th Street, New York, New York

Section 20.7 Description of Property and Building Conditions

The windows of the original hotel are intact with few exceptions. All are kalamein and were designed as French casements with transoms, the most elaborate reserved for the end bays.

The southern elevation of the hotel has a similar though simpler treatment than the main facades. It is also faced with limestone but the architectural details such as brackets, band courses and window surrounds are flat, almost flush with the plane of the elevation. Further east, wrapping around a light court, the elevation is rendered in buff brick, stone and copper. Notable are the projecting, full height copper bay and the two, flush copper bays. A one-story high roof-top addition with a three-story tower built of buff brick is visible above this elevation.

The Sloan & Robertson addition of 1927 on East 55th Street is restrained and does not compete or detract from the original building, but reinterprets the earlier design and restates it in architectural terms of the 1920s. It follows the same pattern of the original with a base, shaft and capital of the classical column. It uses the same material of limestone and rises to the same height; however, there is no ornament and all the windows are sharply cut, recessed and square-headed. The first three stories are deeply rusticated while the remaining stories are smooth-faced. The seventeenth and eighteenth stories are vertically joined by pilasters and topped by a parapet with urns. Behind the parapet is the two-story mansard roof with penthouse.[3]

LOCAL LAW 11

The most recent Local Law 11 report dated February 12,2002, was filed as Cycle 5 by Arthur Kahane, Architect.

According to the report, the following walls were observed:
1. North elevation – full exposure, floors 1-18 plus penthouse
2. West elevation – full exposure, floors 1-18 plus penthouse
3. East elevation – full exposure, floors 1-18 plus penthouse
4. South facade – full exposure, floors 1-18 plus penthouse

However, note that the exterior walls facing an enclosed courtyard were not examined.
The following recurring conditions were observed during the inspections:

1. Stone Spalls
2. Stone cracks
3. Brick fractures
4. Mortar joints deterioration

[3] NYC, Department of Buildings, Manhattan. Plans, Permits and Dockets, Block 1290, Lot 69. Alt 267-1927

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

5.  Open or deteriorated sealant and
6.  Distressed steel window lintels

Attached to the NYC Local Law 11/98 report prepared in 2002 by
Arhtur Kahane, Architect, are photographs that show specific
locations of conditions. The noted building conditions were
categorized according to the following schedule:

*Within 3 months*
*   Northeast corner, 5th floor.  Cracks and open joints – per on-
    site personnel this work has now been completed.

*Within 12 months*
*   At cornices, balconies, ornamentation, limestone joints.  Joint
    mortar deterioration.
*   Typical condition.  Sealant deterioration

*Within 18 months*
*   Overhang, 16th floor.  Spalled limestone sections
*   South elevation, 6th-12th floors.  Spalls and cracks at window
    lintel ends.
*   Northwest corner, 6th-10th floors.  Stone spalls
*   North, West and Partial South Elevation.  Surface spalls
*   East elevation, upper floors.  Corroded lintels, deteriorated
    bed mortar, brick spall at lintel ends, mortar deterioration at
    spandrel areas.
*   East elevation, West elevation facing the rear courtyard and
    stair tower at West elevation, masonry vertical crack.

The report's conclusion and recommendations states that the
condition of the building is being categorized as safe with a repair
and maintenance program.  The close up representative
inspection from the scaffold revealed some joint deterioration of
mortar and sealant and spalled stone, particularly at steel
supports on the upper floors.  It was beyond the scope of the
survey to inspect close-up every part of the building.  However
the building is very ornate with stonework and joints and it is
recommended that the building owner, within the next 2 years,
should undertake a program under the guidance of a licensed
architect, where inspections from a scaffold will be made of all
façades, especially those with limestone and ornamental
stonework sounded.  The architect should then develop plans and
specifications for the restoration of any deficient structure and
materials and a repair program instituted.

According to The St. Regis Assistant Chief Engineer, Mr. Afzal
Siddiqui, an examination from a scaffold of the entire building has
not been conducted since the report was filed in Feb. 12, 2002.
The Assistant Chief Engineer added that caulking replacement

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

was performed in 2002, observed by Arthur Kahane, Architect.

Plans and specifications for the restoration of the deficient
structure and materials and a repair program was not developed
and repairs not performed except for the caulking replacement.

The NYC Local Law 11/98 report indicated only two specific
recommendations: lintel and sealant replacement. Only the
sealant replacement was completed. There are other significant
conditions, which need to be addressed, but corresponding
recommendations were not included in the report by Arthur
Kahane, Architect.

**West Elevation:**

1. Mortar deterioration is typically displayed at the water table
below the balustrade at the 4th floor level.

Recommendation: Install lead tees at water table cross joints.
We recommend to be conducted within 2 years.

2. Brick crack is evident at the northwest corner and runs
between the 4th to 6th floors and some on the upper floors.

Recommendation: Replace brick corner; repair, scrape and paint
exposed steel; and install flashing. We recommend to be
conducted within 2 years.

3. A section of the limestone cartouche was removed previously,
probably due to spalls. We noted limestone material has been
removed recently, and currently there does not appear to be any
additional loose limestone material. However, the exposed
section of the stone appears to be more porous and could easily
absorb moisture and eventually spall further.

Recommendation: Patch spalled limestone and install stainless
steel pins for spalls more than 2" deep. We recommend to be
conducted within 3 years.

**West Elevation at Courtyard.**

4. The façade is constructed of bricks, limestone quoins and
decorative copper window surrounds. There is minor
deterioration on the copper ledges and an open crack,
approximately ¼" wide and approximately 5" long, through the
copper. Copper ledges at the lower floors have an accumulation
of guano which is not aesthetically pleasing but it causes more
harm than what is visible. It is composed of a combination of

BRENNAN BEER GORMAN / ARCHITECTS, LLP

acids that corrode the metal.

Recommendation: Although there are no reported leaks related to the crack, we recommend soldering a patch over the cracked area. At the lower ledges, we recommend removing the guano and install a bird control product such as bird spikes or netting. We recommend to be conducted within 2 years.

5. There is a wide crack at the South end, repaired with sealant that runs along approximately 8 stories. The West courtyard elevation offsets further to the East where the façade is constructed of face bricks and limestone bands. There is a crack at the South end that runs approximately 1 story.

Recommendation: Replace cracked face bricks; repair, scrape and paint exposed steel; and install flashing. We recommend to be conducted within 2 years.

**North Elevation:**

7. A typical condition observed are cracks originating from the top corners of the third floor window to the bottom of the water table at the fourth floor. These cracks are repaired by sealant.

Recommendation: Install steel shelf angles with flashing above the stone arch and replace the cracked stones. We recommend to be conducted within 2 years.

8. A crack in stone veneer about 3 stories high runs along the East end corner of the original building.

Recommendation: Replace the cracked stones; repair, scrape and paint exposed steel; and install flashing. We recommend to be conducted within 2 years.

9. Stone spalls are observed randomly on the façade.

Recommendation: Sound the stone and remove loose material. Install stainless steel pins for spalls more than 2" deep, and apply appropriate patching material. If a large section is loose, stone replacement may be necessary. We recommend to be conducted within 2 years.

**East Elevation:**

9. At the St. Regis extension on the East, mortar deterioration is observed at the spandrel areas below the window.

Recommendation: Repoint brick mortar. We recommend to be

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

conducted within 3 years.

10. A wide stone crack is displayed at the southeast corner and runs at about 75% of the building height. The crack is currently repaired with sealant.

Recommendation: Replace stones; repair, scrape and paint exposed steel and; install flashing. We recommend to be conducted within 1 year.

11. At the northeast corner brick cracks were found intermittently.

Recommendation: Replace bricks; repair, scrape and paint exposed steel and install flashing. We recommend to be conducted within 3 years.

12. Joint material is deteriorated at the expansion joint.

Recommendation: Replace joint sealant.
We recommend to be conducted within 2 years.

**East Elevation at Courtyard of Original Building.**

13. The façade consist of bricks and limestone window sills. There are random brick cracks on the elevation. There is a significant crack running through the South end corner of the structure.

Recommendation: Replace brick corner; repair, scrape and paint exposed steel; and install flashing. We recommend to be conducted within 1 year. Replace face bricks, we recommend this to be conducted within 3 years.

14. At the South end of the East elevation, the following conditions were found: mortar deterioration, crack through the keystone above the windows, brick spalls, and a significant crack through the South end corner that runs through the entire height of the building

Recommendation: Install stainless steel pins through the cracked keystone. We recommend to be conducted within 1 year Repoint bricks; replace brick corner; repair, scrape and paint steel; and install flashing. We recommend to be conducted within 2 years.

**South Elevation:**

Access to the 4 courtyards was necessary to view the South

elevation.

15. The West end of the South elevation is constructed of
limestone with arch windows. Limestone window surrounds with
a keystone frame the windows. Limestone spall is displayed at
the fifth floor level and typically at the window head surrounds. A
number of the keystones have horizontal cracks. Typically, the
underside of the window heads also exhibit cracks running
lengthwise. One window even shows a mesh installed on the
underside of the limestone window head, which appears to
temporarily stabilize the crack. A crack approximately 2 stories
high at two areas, run through the limestone quoins at the West
end corner.

Recommendation: Patch spalled stone; install stainless steel
pins through the cracked keystone. Replace any cracked stone
which are significantly loose and displaced. We recommend to
be conducted within 1.year. Replace the cracked stones; repair,
scrape and paint steel; and install flashing.
We recommend to be conducted within 2 years.

**South Elevation at Courtyard of Original Building.**

16. The central courtyard elevation has bricks, concrete window
sills and extensively decorative copper window surrounds. There
are a few brick hairline cracks, cracks at limestone window sills
and slightly dented copper window surrounds.

Recommendation: Replace bricks; square cut stones adjacent to
crack, install stainless steel pin or staple and patch; and since
there are no reported leaks related to the slightly dented copper,
it appears that repairs would probably be more harmful than
helpful. We recommend to be conducted within 3 years.

17. The East end of the South elevation of the original building
was not observed and is not included in this report due to lack of
access.

18. The extension building is constructed of common bricks and
punched with double hung windows with steel lintels. There is
mortar deterioration and spall at the ends of the window lintels
and random hairline cracks. The corner at the East end is
covered with a wide metal stack and therefore underlying
conditions were concealed and not observed. Considering that
the corners at the building generally exhibit vertical cracks, we
recommend that probes be performed to determine the existing
steel condition.

Recommendation: Replace window lintel & flashing and replace
bricks. We recommend to be conducted within 2 years.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

### Courtyard Elevations at Building Extension

2-5 story wing extensions, with a total of 4 elevations are located on the South side of the extension building.

19. The façade is constructed of buff colored bricks with 4 rows of windows. The lower 2 rows of window openings are enclosed with bricks. The four elevations exhibit typical conditions and will be discussed as a general condition in this paragraph. The parapet is in severe deterioration with cracks originating from the top corner of the topmost windows to the top of the parapet. Some of the cracks are repaired with sealant. The bricks are displaced at the lintel level. The parapet is significantly deteriorated. Vertical cracks are observed at the South side corners, with displaced bricks, approximately at about 1-1/2". Recommendation: Replace parapet and brick corner; repair, scrape and paint steel; install continuous shelf angle; and install flashing. We recommend to be conducted within 1 year.

### Penthouse Bulkhead

20. The penthouse bulkhead is covered with stucco which exhibit cracks at the lintel and door & window surrounds.

Recommendation: Remove loose stucco and replace stucco to match existing. Repair, scrape and paint exposed steel and install flashing. We recommend to be conducted within 2 years.

### Mechanical Bulkhead

21. The mechanical bulkhead is covered with stucco which is peeling. It appears that the substrate was not prepared properly and primer not applied prior to final stucco coating. Holes are haphazardly punched through the wall for conduit penetrations.

Recommendation: Scrape off loose stucco and paint and apply new masonry coating to match existing. Install sealant around penetrations. We recommend to be conducted within 2 years.

### Maintenance Items

22. Sealant replacement is a maintenance item, which should be conducted approximately every 5 years.

Recommendation: Replace sealant around windows and doors. We recommend to be conducted within 1 year.

Sponsor has advised that no vertical or other types of cracks have been reported to be unstable and or all such cracks requiring repair have been repaired or will be repaired in compliance with applicable laws. Owner has advised that any

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

remaining required Local Law 11 repair work described in the 2002 Local Law 11 report (including replacement of deteriorated mortar and calking, sealing of cracks and scraping of spalled limestone) is being completed by Owner, at Owner's expense. Owner further advises that to the extent the 2002 Local Law 11 report recommends ongoing maintenance and repair programs or monitoring programs, such ongoing work will, after completion of the required initial repairs by Owner, which are anticipated to be completed during 2006, constitute an ongoing general common expense of the condominium shared by all unit owners. The cost of future local law façade inspections and compliance would also constitute a general common expense of the condominium.

4. Doors and Windows

All the guestroom windows were replaced in an extensive renovation done in 1991. As such, they are generally in good condition.These are double hung aluminum windows with insulated clear glass glazing. While it is beyond the scope of the Architect's survey to document the condition of each and every window in the building, as noted above, the windows that were inspected were in generally good condition. Further, Owner's maintenance staff advises that, the building has not experienced any problems with the windows such as rotted sashes or frames, loose glazing, missing putty etc.

On the 20th floor ballroom area, there are some of the original doors which were kept intact in keeping with the original façade design.

All existing masonry openings for doors and windows along the exterior walls are to remain as is. There are existing lot line windows along the eastern and southern façades. Under the provisions of the New York City Building Code, in the event that the adjacent property is redeveloped or reconfigured, the lot line windows would need to be closed up. Therefore, for units where lot line windows exist, there are other windows which would satisfy the light, air and other requirements for the lawful use of such habitable rooms.

According to information provided by the Owner, the building is not currently experiencing leaks from windows. While it was beyond the scope of the Architect's survey to document the condition of every window in the building, the sampling of the windows that were inspected showed no evidence of leakage.

5. Roof and Roof Structures

The building's roof has several bulkhead structures added on to the building during various renovations. Extensive arrays of mechanical equipment are positioned on the roof and supported with steel dunnage platforms. In general, the steel platforms appear sound and in good condition. Some platform pieces exhibit minor rusting and should be scraped and painted with an appropriate weatherproof coating to prevent future deterioration.

Some of the bulkhead wall structures' wall finishes appear to be deteriorating. The deterioration does not appear to have affected the building's structure, but this condition should be reviewed and repaired to prevent future damage.

The roof perimeter appears to have an adequate railing configuration. Applying body weight-type pressure against the railings at various locations revealed the railings to be sound and capable of resisting New York City Building Code side load.

The parapet is in severe deterioration with cracks originating from the top corner of the topmost windows to the top of the parapet. Some of the cracks are repaired with sealant. The bricks are displaced at the lintel level. Vertical cracks are observed at the South side corners, with displaced bricks, approximately at about 1-1/2". The parapet is significantly deteriorated. We recommend that the parapets be replaced.

As per the information provided by the Owner, it has completed the repair, sealing of cracks and refinishing of the Penthouse parapet walls at the end of 2005. The replacement of the roof above the 20th floor Ballroom (approx. 4,200 sq ft) the Owner expects to complete by the first quarter of 2006. The Owner also states that the replacement roof shall be comprised of: Asphalt Primer, followed by two layers of torch-down asphalt elastomer sheets (either Siplast Paradiene 20 TG & 30 TG FR or ½" duro-board with 2 plys of Johns Mansville SBS Torch Down System), reuse copper flashing to extent possible and brush-on and/or roller applied flashing at penetrations (e.g., Siplast Parapro membrane resin). This roof shall be covered with a 20-year manufacturer warranty.

An exposed beam flange at the entrance to the Elevator Machine Room should be fireproofed with an appropriate material. Some minor cracks were observed in the CMU (Concrete Masonry Unit) wall directly below this beam, but the cracks do not appear significant and are not of structural concern.

As per the information provided by the Owner, there are currently no leak related problems at the roof.

6. Balconies and Terraces

All existing balconies to remain. There are no terraces in the property.

The balconies and their condition are described in Section H.3 (Exterior Walls) above. None of the Suite Units or Club Units access the step-out balconies. All step-out balconies are accessible only through the Hotel Unit.

7. Exterior Entrances

There are two decorative bronze revolving doors along the East

BRENNAN BEER GORMAN / ARCHITECTS, LLP

55th Street façade which provides guest access to the hotel lobby. There are three pairs of entry doors opening into the restaurant, bar and tea lounge entrance lobby.

These entrances appear to be fairly well maintained and therefore, in good condition.

There is a pair of double doors to the retail establishments along Fifth Avenue. Per Sponsor, these retail doors were installed by the Retail Tenants in 2004 and 2005 and are in good condition. All existing doors to the exterior are to remain as is.

8. Service Doors

There is a pair of doors on the west side of the E 55th street façade providing access to the service vestibule and freight elevator.

All existing service doors are to remain as is and appear to be in good condition.

9. Interior Stairs

The building utilizes three primary stairwells that extend the full height of the building and are designated Stairwells A, B and C. Stair A is located in the eastern portion of the building and typically consists of steel stringers with stone finish at the treads. It is unclear what the actual treads and risers supports are constructed of. Some of the tread finishes have minor cracks. Some cracks appear to have been repaired with a grout type finish. The cracks appear insignificant and do not compromise the capacity of the stair. The finishes should be checked/monitored for further cracking to maintain safe serviceability. The stair sections appear to have been replaced from the 15th to 17th floors. Stair construction appears to be of cast-in-place concrete at these locations. A small crack at the 15th Floor cast-in-place landing may require repair and should be investigated further. Interior sections of the stairwell at the 6th and 7th Floors appear to have flaked or cracked off. Portions on other floors appear to have been repaired. It is unclear what has caused this condition. Although this condition does not appear of structural concern, it is unclear what has caused this and it should be investigated further. A stringer framing from the 19th to the 20th Floor shows signs of rust. The proximity of this portion of the stair to the roof and adjacent windows indicates a leak may be the cause of the rust. The stringer should be checked for deterioration and the leak source stopped. The remainder of the stair appears sound for its entire height.

Stair B is centrally located within the building and is directly adjacent to the passenger elevators. This stair is ornate in appearance and has extensive finishes. No structural concerns were noted, and the stair appears sound and solid for its entire

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York

Section 20.7 Description of Property and Building Conditions

height.

Stair C was not part of the original 1904 construction and was added as part of the 1991 renovation. This stairwell is cast-in-place construction and appears sound and solid for its entire height. No significant cracking was observed in any of the stair runs or landings.

These three stairs which are required for egress from the guestroom levels to the exterior, have a 2 hour minimum fire rating requirement.

Numerous interior stairs connect the multiple floor elevations at the ground, cellar and subcellar levels. The stairs observed were found to range from steel stringers and steel treads and risers, to concrete stairs-on-grade. Stairs appeared to be solid.

10. Interior Doors and Frames

Most of the existing doors and frames are to remain except for the doors for closets and powder rooms which are to be converted to pantries.

Generally doors from the units to the corridor are wood with a ¾ hour rating. These are typically fireproof and self closing (FPSC), with a 'C' Label. All of these doors are from the existing hotel guestroom units, and will remain as is.

In certain instances where multiple units are combined to create a larger unit, there will be new communicating doors along the existing demising walls. The doors and frames will be painted flush panel wood, 1 ¾" thick, 3/4 hour rated. Double doors can also be installed, each with a ¾ hour rating 'C' Label.

Doors to means of egress (i.e. stairs) have a rating of 1 ½ hour or 45 minutes minimum and are FPSC. These are all existing to remain as is.

In assembly spaces (i.e. meeting rooms, ballroom etc.), doors that lead to the corridors are 'B' Label, 1½ hour rated and FPSC.

In general, these doors and frames are fairly well maintained and are in good condition.

11. Elevators

All elevators have either been modernized or installed new, as part of the overall building renovation that was undertaken in the late 1980's and completed in March of 1991. As part of this work, all elevators received new microprocessor controls, new hall and car pushbutton fixtures, new door operation equipment and new or fully refinished cab enclosures. Inasmuch as the accepted industry standard life for a new microprocessor control system is conservatively placed at approximately 25 years, these systems

BRENNAN BEER GORMAN / ARCHITECTS, LLP

have over a third of their expected, useful and reliable life
remaining ahead of them, as of this writing.

**Maintenance:**
Since the modernization / installation, all elevators have been
continuously under the care of the original installer and
modernizer of the equipment, Otis Elevator.

The elevator systems / banks are arranged as follows:

**FE-1    Service Elevator #1**
Capacity / Speed: 4,000 lbs. @ 125 fpm
Hydraulic with in-ground plunger
Control: Otis, in good condition considering age and usage
Motor Room at SC1
Floors Served: SC1, C, Street
3 Landings with 3 Openings, all Front
Door Size is 5' 4" W X 7' 0" H, Vertical Bi-Parting Peelle,
pushbutton operation
Doors are in fair to good condition considering age and usage
Platform Size: 5' 8" W X 8' 8" D
Cab: Sheet steel construction with diamond plate floor, in fair to
good condition considering age and usage

**Passenger Elevator #2**
Capacity / Speed: 2,000 lbs. @ 100 fpm
Hydraulic with in-ground plunger
Control: Otis, in good condition considering age and usage
Motor Room at SC-1 (LL)
Floors Served: Front – L and LL. Rear – Street
3 Landings with 3 Openings, 2 Front and 1 Rear

Door Size: 3' 0" W X 7' 0" H, Single speed slide
Platform Size: 6' 0" W X 5' 5" D
Cab: Wood and mirrored walls, inlaid floor, in very good condition
considering age and usage.

**Service Elevators #3 and 4**
Capacity / Speed: 2,000 lbs. @ 600 fpm
Gearless Traction 1:1 (Otis #74) Ropes in good condition
considering age and usage
Control: Otis Elevonic-401 Microprocessor, in good condition
considering age and usage
Motor Room at Roof
Floors Served: SC2, SC1, C, G, M, 2, 2A, 3-12 and 14-20
24 Landings with 24 Openings, all Front
Door Size: 4' 0" W X 7' 0" H, 2-Speed slide
Platform Size: 6' 6" W X 4' 6" D
Cab: Rigidized stainless steel and diamond plate, in fair to good
condition considering age and usage

170

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

**Service Elevator #5**
Capacity / Speed:  4,000 lbs. @ 500 fpm
Gearless Traction 2:1 (Otis #139HT) Ropes in good condition
considering age and usage
Control:  Otis Elevonic-401 Microprocessor, in good condition
considering age and usage
Motor Room at Roof
Floors Served:  Front - SC1, C, G, M, 2, 2A, and 20.  Side – 3-12
and 14-20
23 Landings with 24 Openings
Door Size:  4' 0" W X 7' 0" H (West) and 3' 6" W X 7' 0" H (North)
Platform Size:  8' 8" W X 5' 8" D
Cab:  Rigidized stainless steel and diamond plate, in fair to good
condition considering age and usage

**Passenger Elevator #6**
Capacity / Speed:  6,000 lbs. @ 700 fpm
Gearless Traction 2:1 (Otis #139HT) Ropes in good condition
considering age and usage
Control:  Otis Elevonic-401 Microprocessor, in good condition
considering age and usage
Motor Room at Roof
Floors Served:  L, 2 and 20
3 Landings with 3 Openings, all Front
Door Size:  6' 0" W X 7' 0" H, 2-Speed Center Opening
Platform Size:  10' 0" W X 6' 10" D
Cab:  Wood and mirrored walls, inlaid floor, in very good condition
considering age and usage.

**Passenger Elevator #6A**
Capacity / Speed:  3,500 lbs. @ 700 fpm4
Gearless Traction 2:1 (Otis #139HT) Ropes in good condition
considering age and usage
Control:  Otis Elevonic-401 Microprocessor, in good condition
considering age and usage
Motor Room at Roof
Floors Served:  L, 2-12 and 14-20
19 Landings with 19 Openings, all Front
Door Size:  4' 0" W X 7' 0" H
Platform Size:  8' 0" W X 5' 6" D
Cab:  Wood and mirrored walls, inlaid floor, in very good condition
considering age and usage.

**Passenger Elevators #8, 9, 10 and 11**
Capacity / Speed:  2,000 lbs. @ 600 fpm
Gearless Traction 1:1 (Otis #74) Ropes in good condition
considering age and usage
Control:  Otis Elevonic-401 Microprocessor, in good condition
considering age and usage

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York                                        page 24 of 37

Section 20.7 Description of Property and Building Conditions                     02/02/2006

Motor Room at Roof
Motor Room at Roof
Floors Served:  Front – LL, L, 2-12 and 14-20
20 Landings with 20 Openings, all Front
Door Size:  2' 6" W X 7' 0" H, Single Speed Slide
Platform Size:  4' 10" W X 5' 2" D
Cab:  Wood and mirrored walls, inlaid floor, in very good condition
considering age and usage.

**Service Elevator #12**
Capacity / Speed:  2,500 lbs. @ 150 fpm
Hydraulic with in-ground plunger
Control:  ESCO, in good condition considering age and usage
Motor Room at SC1
Floors Served:  SC1, L, M, 2
4 Landings with 4 Openings, all Front
Door Size is 3' 0" W X 7' 0" H, Single Speed Slide
Doors are in good condition considering age and usage
Platform Size:  4' 7" W X 6' 7" D
Cab:  Rigidized stainless steel and diamond plate, in good
condition considering age and usage

**Elevator #14 (Sidewalk Elevator)**
Capacity / Speed:  2,000 lbs. @ ~50 fpm
Wind-Up Cable Drum Machine
Control:  Gillespie #7308 , in fair condition considering age and
usage
Motor Room at C
Floors Served:  C, Street
2 Landings with 2 Openings
Door Size is ~6' 0" W X 6' 6" H, Bi-Parting Swing, manual
operation.
Doors are in fair condition considering age and usage
Platform Size:  5' 8" W X 8' 8" D
Cab:  Sheet steel construction with diamond plate floor, in fair
condition considering age and usage

12. Elevator Cabs

The passenger elevators have millwork finishes along the walls
with raised panels and carved moldings. The floor has a stone
finish that is consistent with the public floor finishes.

These elevator cabs appear to be fairly well-maintained and in
good condition.

All existing to remain as is.

13. Elevator Inspections

Per Sponsor, elevator inspections and permits are updated on a
regular basis and the same will, to the extent they would
otherwise expire, be updated and available for inspection at the

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York                                                      page 25 of 37

Section 20.7 Description of Property and Building Conditions                                 02/02/2006

| | building, prior to closing of sales of Suite Units and Club Units.[5] |
| 14. Fire Escape | None. |

I.   Auxiliary Features

1. Laundry Room — There is an existing laundry facility in the 2nd sub-cellar. Access to an existing laundry chute on each floor is thru the Service corridor. The laundry facility as well as the laundry chute is fully sprinklered. The laundry facility is part of the Hotel Unit and is owned, accessed and used only by the hotel personnel. Per Owner, the laundry facility is in satisfactory working condition.

2. Refuse Disposal — There is an existing refrigerated refuse room and trash compactor room at the second sub-cellar. There are no existing trash chutes. Per Owner, the compactor is in satisfactory working condition.

3. Fitness Center and Spa — There is an existing fitness center and spa at the cellar level which can be accessed by using the stairs from the lobby or passenger elevators. These areas are within the Hotel Unit. An extensive renovation done in 2003 included the upgrade of the existing finishes and the installation of new exercise equipment and accordingly the facility appears to be well maintained and in good condition. See Schedule A below:

Schedule A - Equipment Covered (as provided by St. Regis Hotel)

| Cardiovascular Equipment | Serial Number | Warranty Exp |
|---|---|---|
| Life Fitness Treadmills TR9500HR | HT0100820 | Yes |
| Life Fitness Treadmills TR9500HR | HT0100834 | Yes |
| Life Fitness Treadmills TR9500HR | HT0100833 | Yes |
| Life Fitness Treadmills TR9500HR | HT0100838 | Yes |
| Life Fitness Elliptical CT9500R | CTG-118212 | Yes |
| Life Fitness Elliptical CT9500R | CTG-118211 | Yes |
| Life Fitness Bike LC9500RHR - Recumbent | CEF100245 | Yes |
| Life Fitness Bike LC9500RHR - Recumbent | CEF100247 | Yes |
| Life Fitness Bike LC9500RHR - Upright | 206325 | Yes |
| Life Fitness Bike LC9500RHR - Upright | 208233 | Yes |
| StairMaster 4400CL | 130070108018 | Yes |
| StairMaster 4400CL | 130070108007 | Yes |
| | | |

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York                                   page 26 of 37

Section 20.7 Description of Property and Building Conditions                02/02/2006

| Resistance Equipment | Serial Number | Warranty Exp |
|---|---|---|
| Precor Icarian Cable Column | 013309 | Yes |
| Icarian Seated Leg Curl | 619 | Yes |
| Icarian Chin-Dip Assisted | 3210 | Yes |
| Nautilus Ab Crunch | 2ABXXX000189 | Yes |
| | | |

J.  Plumbing and Drainage

1.Domestic Supply

The existing domestic water service and distribution piping shall remain with some minor work to correct building department violations, replace occasional leaking valves; double check valves (backflow preventors) shall be installed on all domestic water services, as per New York City D.E.P. requirements.  A separate water meter shall be provided on the cooling tower make-up water lines to measure water consumption for adjustments to the sewer tax.

Presently, the entire domestic water distribution is supplied from the building house tank to a gravity system having several pressure zones.  The top floors of the building, including the cooling towers are supplied from a Booster Pressure Pump System.  The lower portions of the building (below grade areas, and 2nd floor) are supplied from street pressure. Domestic hot water is provided in steam generator instantaneous (shell and tube) water heaters.  The domestic hot water system consists of four (4) zones, two (2) heaters per zone, plus a separate zone for commercial kitchens.

The heaters and piping are installed to match the water distribution pressure zones.  Each domestic hot water piping system has a recirculating piping system to maintain Hot water temperature within the system during no flow conditions.  Laundry area and kitchens (commercial) are provided with separate water heaters which remain the property of the hotel unit owner.

Water Heater Schedule

| Zone No. | Floors | No. | Manufacturer Model No. | Serial No. |
|---|---|---|---|---|
| 1 | 15th – 20A | 2 | Nat'l BD 15104 | S-15026.40 TK1 |
| 2 | 8th – 14th | 2 | Nat'l BD 15104 | S-15026.40 TK1 |
| 3 | 2A – 7th | 2 | Nat'l BD 15104 | S-15026.40 TK1 |
| 4 | C2 – 2nd | 2 | Nat'l BD 15104 | 3-15026.30 TK-1 |
| 5 | CJ Main Kitchen | 2 | Nat'l BD 4321 | S-14666.10 TK-2 |

174

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

Each domestic zoned hot water piping system has a design re-circulating piping system to maintain design hot water temperature within that system during no flow conditions.

The domestic hot water supply generated by the various water heaters provides sufficient hot water to satisfy the required domestic hot water flows throughout the building. The water heaters in the building are in good condition.

2. Sanitary Sewage System

The existing sanitary drainage system is constructed of cast iron pipe and fittings and is in good condition. The drainage system flows by gravity and connects to the municipal street sewer system.

All sanitary fixtures located below grade are connected and flow by gravity into an existing duplex sewage ejector located in the sub-cellar area. Ejector discharge connects to the gravity house sewer leaving the building.

All commercial kitchen drainage systems are connected to grease interceptors (localized) prior to connecting into the building sanitary drainage system.

Lint screens are provided in drainage troughs that receive discharge from the laundry washing machines.

3. Storm Drainage System

Existing storm drainage system is constructed of cast iron pipe and fittings and is in good conditions and shall remain. The storm drainage is a complete separate system within the building connecting roof drains, terrace drains and clear water wastes.

The system flows by gravity and connects to a combined house sewer prior to exiting the building.

Below grade areas receiving clear water waste and area drains flows by gravity to a duplex sump pump located at the sub-cellar level. The sump pump discharge connects to the gravity building storm drainage system.

4. Natural Gas

The building presently has gas service and a piping system constructed of schedule 40 black steel pipe. The system is in good condition and shall remain.

The piping system at the present time connects to the commercial kitchen cooking equipment and commercial laundry dryers, all through a single gas meter.

5. General

Basically all present piping systems and equipment were installed 14 years ago and are in good condition, and shall remain including plumbing and fire protection equipment, i.e., house pumps, pressure booster pump, domestic water heaters, sewage ejectors, sewage pumps, house storage water tank, automatic fire pumps and general services fire pump. New piping (waste, vent and water) shall be required for new pantry sinks in the specified units. Per Owner, there are no active leaks, nor are leaks frequent.

K.  Fire Protection

1. Fire Protection

Fire Protection systems exist throughout the entire building.  Fire protection consists of combined fire standpipe risers serving automatic wet sprinkler systems at each floor.  Fire hose and valves are located at each stair landing and throughout the cellar and sub-cellar areas.

The fire protection system from the 3rd floor and up is supplied via an automatic fire pumps.  Fire protection on floors below the 3rd floor are supplied from street pressure.  However the entire sprinkler system is supplied from the fire pump.

Each floor sprinkler system is provided with a shut off valve with tamper, flow control and inspectors test.  Pressure reducing valves are installed on sprinkler system having greater than 175 psi. Per Owner, there are no active leaks, nor are leaks frequent.

All units are fully sprinklered including closets.  Depending on the extent of  modification/ relocation of interior partitions, additional sprinkler heads may be required and existing heads could be removed.

L.  Heating Ventilation and Air Conditioning

1. General

The site is served by a central chilled water and hot water system.  Chilled water is provided by electric centrifugal chillers located in the central plant and hot water is provided by utilizing Consolidated Edison steam through a plate and frame heat exchanger.  Each area of the building is conditioned utilizing the chilled water and hot water systems.

2. Hotel Guest Room Conditioning

Each unit is conditioned by one or two chilled-water fan coil units. Units are served off a vertical, four-pipe riser system that allows for simultaneous heating and cooling. The risers serve all floors. Units are then ducted to diffusers in the living and bedroom spaces.

There is an existing infrared InnComm System that provides bedside thermostatic controls.

3. Public Space Conditioning

Conditioning for the public spaces including lobby areas, lounges, and meeting spaces is provided by chilled water air conditioning units served off the main chilled water system.

4. Retail Space Conditioning

Retail spaces are provided with low pressure steam supply and condensate return.

5. Air Conditioning at Units

Each unit is served by one or two chilled-water fan coil units. Units are served off a vertical, four-pipe riser system that allows for simultaneous heating and cooling. The risers serve all floors. Units are ducted to diffusers in the living and bedroom spaces. A summary of the units and their capacities is indicated in Table X. See Table X.

6. Central Plant System

A central mechanical plant located in the second sub cellar level serves the mechanical systems in the St Regis. The plant consists of two (2), 530 ton electric centrifugal chillers (Model 19DR5656M505CQ) with two (2), 800 gallon per minute chilled water pumps. The chillers are 17 years old and are scheduled for refurbishment in 2006 as described below. These chillers contain R11 refrigerant and were installed in 1990. Hot water service to the building is provided by Consolidated Edison district steam and utilizes (2) shell and tube heat exchangers. The heat exchangers are in good condition. Two (2), 700 gallon per minute hot water pumps are used for circulation. Three cooling towers on the roof level provide condenser water to the chillers with two (2) 935 gallon per minute condenser water pumps. Of the three cooling towers CT-1 is being refurbished and the fill and louvers are being replaced. The casing is in good condition. CT-2 and CT-3 are in need of replacement in the next two to three years and are in fact scheduled for replacement in 2006 as described below. The casings are beginning to leak and the louvers and structural steel are corroded beyond repair. Of the two pumps, one pump is provided as stand-by between the chilled water and condenser water systems. Condenser water is run through a plate and frame heat exchanger in good condition, but in need of new insulation as condensate is currently forming on the frame. The central plant contains all the equipment required to properly serve the building systems and all major pieces of equipment in the central plant are from the 1989 renovation.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York

page 30 of 37

Section 20.7 Description of Property and Building Conditions

02/02/2006

Planned maintenance project for 2006 include refurbishing cooling tower cell one, including replacing basins, fill, and motor/fan belt, and replacing cooling tower cells two and three. In addition, a complete chiller refurbishment is scheduled for the fourth quarter of 2006 including replacing all seals, gaskets, and sensors and inspecting the machines.

There are no heat pumps in the condominiums or fractional units. Cooling and heating is achieved with 4 pipe fan coil units. The fan coil units are in proper working condition.

| APT | UNIT LABEL | FLOW RATE (CFM) | CAPACITY (BTU/HR) | | MODEL NO. |
|-----|-----------|-----------------|---------|---------|-----------|
| | | | COOLING | HEATING | |
| 01/02 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| | 12 | 769 | 27.9 | 27.5 | Carrier, PMOD |
| 03 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| | 12 | 769 | 27.9 | 27.5 | Carrier, PMOD |
| 04 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 05 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 06 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 07 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 08 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 09 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 10 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 11 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 12 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 14 | 6 | 373 | 12.6 | 19.6 | Carrier, PMOD |
| 15 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 16 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 17 | 8 | 458 | 14.9 | 20 | Carrier, PMOD |
| 18 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 19 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 20 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 21 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 22 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |
| 23 | 10 | 613 | 21.5 | 25.5 | Carrier, PMOD |

TABLE X - RESIDENTIAL UNIT CAPACITIES

M. Electrical Systems

**Two (2) 5000 Amp Electric** services are provided by Con Edison at 120/208 volts, 3 phase, 4 wire to two (2) Electric Switchboard Rooms and distributed through various size service switches for the building. The equipment is approximately 14 years old and appears to be well maintained.

Emergency power is provided by a 750 KVA diesel generator and an emergency switchboard located in the sub-cellar. The emergency switchboard supplies power to the building fire alarm system, fire pump, elevator panels, a motor control center, a UPS system and an emergency panelboard located on each floor.

Electric service is provided to the units from electrical panelboards located on each floor of the facility. Branch circuits from panelboards located on each floor and the floor above are

### BRENNAN BEER GORMAN / ARCHITECTS, LLP

run to each Unit. The service and distribution equipment are approximately 14 years old and appears to be in good condition and well maintained. It should be serviceable for another 25 years. Each unit has approximately 70 Amps of power at 120 volts available for its use for lighting and general receptacles. This also includes the fan motor in the four pipe fan coil units which provides for heating and air conditioning from the central heating and air conditioning system. This is adequate for the modern usage of the units. There is no direct metering of the Suite Units, Club Units or hotel rooms. Common Metering from Con Edison is provide at the Main Service Switchboards located in the Cellar.

The Retail Unit is separately metered for electric service.

Circuits are provided in each guestroom with the capacity to accommodate all existing loads within the Unit (lighting, appliances, receptacles), and fan coil units. Power panels located on all floors will remain as is.

Switched incandescent or fluorescent lighting fixtures are provided in all bathrooms, walk-in closets, foyers and pantries. Switched receptacles are provided in living rooms and bedrooms. Ground fault receptacles are provided in bathrooms and pantries. The fan coil unit in each Unit is wired to an electrical panelboard serving the floor.

New branch circuits will provide power to new pantry receptacles in the proposed units on the 8th, 9th, 10th and 11th floors. The pantry will have separate receptacles to serve a microwave oven & refrigerator and a ground fault receptacle above the counter. A ground fault receptacle will be provided in the bathrooms on a separate circuit for hairdryers. The new branch circuits will be provided from new panel boards that will be provided and sub fed from existing panelboards. A total of forty-two circuits will be required to accommodate the microwave ovens, refrigerators and GFI receptacles at pantries and bathrooms. The existing feeders contain enough load capacity to accommodate the additional electrical loads.

N. Telephone, Intercom and Security Systems

Existing telephone service enters the Building in the basement, is fed to a main telephone room and then distributed through conduits and sleeves to various areas of the Building. Each Unit

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York                                             page 32 of 37

Section 20.7 Description of Property and Building Conditions                                02/02/2006

will receive telephone service through wires running between a closet in the Unit and the communications closet servicing such Unit.  The House phones allow for intercom type system.  The renovation will include the upgrade to CAT5e wiring in the units.

If installed, the Building intercom system will be controlled by an existing or new electronic telephone switch.  The switch contains enough circuit boards to operate individual extension numbers and is in good working condition.

Closed circuit television cameras will be provided in the selected locations, at selected entrance corridors to the elevators, at the service lobby with viewing monitors at the Security Office.  The cameras will be designed to cover the immediate area within the view of the cameras, and will be necessarily cover all of the areas involved.

The St. Regis Hotel has an Addressable class J-1 Fire Alarm System. The system is comprised of the following equipment and devices:

Fire Command Center located in the Lobby on the Ground Floor.

Data Gathering Panels located on each floor.

Fire Alarm Pull Stations, Speakers, Combination Speaker / Strobes, Smoke Detectors, Heat Detectors, Warden Stations, Duct Detectors, Water Flow and Tamper Switches and Fire Fighter Telephone Jacks.

Fire Alarm Pull Stations are located near egress stairs. Duct detectors are provided in Heating and Ventilating equipment

ductwork for shutdown upon activation of initiation device. Water Flow and Tamper Switches are located at Fire Standpipe valves. Heat Detectors are located in Mechanical Rooms and Elevator Machine Rooms. Fire Alarm Speakers are located in egress stairways every four (4) floors and in Hotel rooms. Combination Speaker / Strobes are located in all corridors, elevator lobbies, mechanical rooms, Hotel rooms designated for use by handicapped patrons and other areas as required by code. Warden Stations are located in Mechanical Rooms, Elevator Machine Rooms and Elevator lobbies. Fire Fighter Telephone Jacks are located in the egress stairways, mechanical rooms and elevator lobbies. Smoke Detectors are located in all corridors, outside Hotel room bedrooms, mechanical rooms, elevator machine rooms, elevator lobbies for elevator recall and other areas.

180

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

2 East 55th Street, New York, New York                                                    page 33 of 37

Section 20.7 Description of Property and Building Conditions                              02/02/2006

O.  Television Reception Facilities

Currently, coaxial cable wiring is provided to each television set and fed from the Time Warner system and a satellite dish on the roof.  The building is currently converting from Time Warner to RCN-TV of New York.  Two cables will be provided to each apartment to facilitate up to two separate services to each apartment at a time.  One or both of these cables may be utilized by the Unit Owner to receive high speed internet service via a cable modem.

The Building is not equipped with a Master Television Antenna System.

P.  Public Area Lighting

Public areas are lighted by fluorescent and incandescent lights.  Emergency lighting in the public areas are provided as required by code.

Q.  Garage

No parking facility exists on site.

R.  Recreation Facilities

A Fitness Center is located within the Hotel Unit as described in Section J.

S.  Permits and Certificates

The Suite Units and Club Units will be renovated under an alteration application.

Attached are the following reports:
List of FF&E
Local Law 11
Local Law 10
Asbestos
Lead Based Paint

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

Violations

Due to the landmark status of the building, a "Certificate of No Effect" has to be obtained from the New York City Landmarks Preservation Commission prior to any alteration or renovation work on the property.

T.   Vaults

Cellar level vaults that extend under the 55th Street and 5th Avenue sidewalks were found to be dry and appeared free of leaks or significant water infiltration. Extensive replacement of original deteriorated vault framing, consisting of structural steel beams and concrete slab-on-metal deck, is visible. These elements appear solid and in good condition. Several beams in this area are missing fireproofing and should be properly rated.

U.   Unit Information

There will be 11 Club Units per floor on both the 8th and 9th Floor, and 12 Suite Units per floor on both the 10th and 11th Floor.

Top of floor slab to bottom of hung ceiling in the units vary from 10'-0" to 11'-0". Ceiling heights in the pantry, foyer, bathroom and powder rooms will be approximately 8'-0".

Wherever there are overhead structural conditions and concealed mechanical elements, heights will deviate from the above stated measurements. There will also be deviation from room to room, and floor to floor.

The types of units, together with the type and number of rooms in each of the same, are as follows:

| TYPE | UNITS | FLOORS |
|---|---|---|
| Studio | Two (2) Units | 8th and 9th Floors |
| Stand Alone 1 Bedroom | Two (2) Units | 8th and 9th Floors |
| 1 Bedroom with Lockout | Three (3) Units | 8th and 9th Floors |
| 2 Bedroom | Four (4) Units | 8th and 9th Floors |
| TYPE | UNITS | FLOORS |
| Studio | Three (3) Units | 10th and 11th Floors |
| Stand Alone 1 Bedroom | Three (3) Units | 10th and 11th Floors |
| 1 Bedroom with Lockout | Two (2) Units | 10th and 11th Floors |
| 2 Bedroom | Four (4) Units | 10th and 11th Floors |

Fixtures and Appliances:  Subject to Sponsor's right to make substitutions as set forth in the offering plan, the units will be equipped with following (or comparable) fixtures and appliances.

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

| ITEM | DESCRIPTION | UNITS |
|------|-------------|-------|
| Refrigerator | 700BCI by Sub-Zero | Typical for all units on 8th and 9th |
| Refrigerator | 700BR by Sub-Zero | Typical for all units 10th and 11th Floors |
| Microwave Oven | GE Monogram ZEM200WF in white, with white built-in kit   JX827WN | Typical for all units on 8th, 9th, 10th and 11th Floors |
| Sink | Waterworks NOSK30 in Matte Gold finish | Typical for all units on 8th, 9th, 10th and 11th Floors |
| Faucet | Waterworks CAKM 40 in Matte Gold finish | Typical for all units on 8th, 9th, 10th and 11th Floors |

Plumbing Fixtures: Except in instances wherein existing powder rooms are to be converted into pantries, all existing plumbing fixtures are to remain as is. Except for the water closets and tubs, generally most of the plumbing fixtures are fairly new since they were replaced in an extensive renovation done in 2003. generally, the plumbing fixtures in the Units are well maintained and are in good condition. Based on the information provided by the Owner, below is a list of existing plumbing fixtures:

| Sink Faucet | Cifial 256 110x10 Country Side PVD Brass – 8"Center |
|-------------|-----------------------------------------------------|
| Sink P-Trap | MT3130GPB |
| Hand Held Shower Spray w/hose | Cifial 289882x10PH |
| Shower Head | Cifial 289880x10 |
| Shower Handle- Wall Support | Cifial 256883x10 |
| Balance Valve w/trim | Cifial 256610x10 |
| Water Closet | Kohler one pc. k-3466 (white) |
| Sink | Kohler 2210 (caxton) |
| Tub | Make and Model cannot be determined; Existing to remain. |

Finish Schedule: The existing hotel guestrooms feature Louis XVI-style furniture, intricate crown moldings and wainscoting, wall-to-wall carpeting, marble baths and fabric wall coverings. The new units will retain the existing wall, stone floor and ceiling detailing of the hotel, except for the converted pantries which will have the following surface treatment: Ivory Antico stone countertop, 'antique' mirror backsplash(18"± height), Cabinets painted maple, color to match woodwork (wall moldings, doors) at the entry foyer.

Generally, all the finishes which are to remain (i.e stone vanities, marble flooring) are in fairly well-maintained condition. Below are additional information on the new finishes for the Units.

BRENNAN BEER GORMAN / ARCHITECTS, LLP

2 East 55th Street, New York, New York                                        page 36 of 37

Section 20.7 Description of Property and Building Conditions                   02/02/2006

The finish schedule for the Units on the 8th, 9th, 10th and 11th floors are as follows:

| LOCATION | FLOOR | BASE | WALLS | CEILING | REMARKS |
|---|---|---|---|---|---|
| Foyer | Carpet or Stone | Wood | Wallcover, crown molding | Painted gyp. board | Carpet and wallcover to be replaced |
| Living Room/Dining Room/Closets | Carpet | Wood | Wallcover, millwork wainscot and crown | Painted gyp. board | Carpet and wallcover to be replaced |
| Pantry | Stone or Carpet | Wood | Stone countertop and 'antique' mirror backsplash. Painted maple cabinets (color to match woodwork at the entry foyer). | Painted gyp. board | |
| Bedroom | Carpet | Wood | Wallcover, millwork wainscot and crown | Painted gyp. board | Carpet and wallcover to be replaced |
| Bathroom | Stone | Stone | Stone wainscot, Wallcover | Painted gyp. board | Wallcover to be replaced |
| Powder Rooms | Stone | Stone | Stone wainscot, wallcover | Painted gyp. board | Wallcover to be replaced |

As per the information provided by the Interior Designer, Sills-Huniford, Carpeting used for the condominium conversion is a custom pattern Stark carpet custom four color design cutpile. Axminster quality 10 row/7 pitch. 80%wool and 20% nylon. 12' wide goods with .250 pile height.

V.  Safety and Warning Devices

Smoke detectors will be provided outside bedrooms as required by law.  Area smoke detectors are installed in all electrical and mechanical equipment rooms as required by law.  Duct mounted smoke detectors are provided in all supply air-handling units in excess of 2,000 CFM as required by the New York City Building Code.

W.  Additional Information Dimensions of Units

To get the approximate area (in square feet) each unit was measured by taking the horizontal dimension from the interior side of the glazing or the exterior walls, at the building line and/or property line to the midpoint of the interior walls separating one unit from the other, or the public side of the interior walls separating a unit from public corridors, stairs, elevators and other

**BRENNAN BEER GORMAN / ARCHITECTS, LLP**

> mechanical equipment spaces or any Common Elements.
> Columns and mechanical pipes (whether along the perimeter or
> within the unit) are not deducted from the area of the unit.

X.  Reserve Fund

> Sponsor advises that no reserve fund for major capital
> improvement or replacements is provided for in the budget for
> first year of condominium operations, and that the absence of
> such a reserve fund is being disclosed as a special risk in
> Sponsor's Offering Plan.

The foregoing is a description of the property based on observable conditions and information
made available to the consultants. Information was gathered through interviews with the building
engineers, available reports and construction documents and a visual survey of the building. All
concealed conditions that cannot be documented based on an ocular survey are not within the
scope of this report. Note that the observations were accurate as of this writing and that these
conditions may change over time.

Signed:

Brennan Beer Gorman/ Architects, LLP
Louis Hedgecock



FF&E Schedules