The St. Regis Hotel                                          September 6, 1996
New York, New York                                              Job No. 96012

The accuracy of this report is limited to what can be reasonably expected utilizing photographic equipment and binocular surveillance from the street.  We have been retained in accordance with Section C27-129 of the New York City Administrative Building Code which allows critical examination using the above techniques without the use of scaffolding, platforms or rigging.

This report was not intended for the determination of causes of conditions noted above.  This Architect/Engineer has been retained exclusively for the critical examination of the building walls and the appurtenances thereof, and the preparation and filing of this report, all in compliance with Section C27-129 of the Administrative Code of New York City, i.e., Local Law 10/80.

The Owner is urged to prepare a maintenance program for correction of any conditions noted as requiring remedial work.

Critical statements made in this report on the conditions of the building may not be used as criticism of the other designers, contractors or anyone responsible for the building.  This report may not be used for representation or as the basis of any sale of cooperatives or any other sale.

Descriptions of the building in this report are not guaranteed for survey type accuracy or for legal use.

The actual condition of the window glass has been included only if this is obviously cracked or in danger of falling from the building.

The details of this report cannot be used to determine the extent of or to contract for maintenance work.  Where a condition has been described as critical, the Owner is obliged to contract for scaffolding protection, etc. to remedy the condition.

Conditions of the building noted and identified in this report are limited to the date of this report.

Asbestos Report

12 COMMERCE DRIVE, CRANFORD, NJ 07016

REPORT OF ASBESTOS SURVEY
THE ST. REGIS HOTEL
2 EAST 55TH STREET
NEW YORK, NEW YORK

PREPARED FOR
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

APRIL 2, 2003
REVISED JULY 8, 2005

URS JOB NO. 42467-003-175 (38580320)

# TABLE OF CONTENTS

Page

1.0   EXECUTIVE SUMMARY ...................................................................................1

2.0   FACILITY DESCRIPTION ................................................................................2

3.0   SURVEY LIMITATIONS....................................................................................3

4.0   OBSERVATIONS AND FINDINGS....................................................................4

5.0   CONCLUSIONS AND RECOMMENDATIONS ................................................5

**APPENDICES**

Appendix A    Asbestos-Containing Materials, Locations And Approximate Quantities

Appendix B    Laboratory Sample Analytical Data

Appendix C    Personnel And Laboratory Certifications

Appendix D    Drawings

Appendix E    Asbestos Survey, Sampling And Analytical Protocol

## 1.0  EXECUTIVE SUMMARY

URS Corporation (URS) was retained by Starwood Hotels and Resorts Worldwide, Inc. (Starwood) to perform a survey of the St. Regis Hotel located at 2 East 55th Street and the adjoining retail space located at 701 5th Avenue, Manhattan, New York, for the presence of asbestos-containing material (ACM).

The survey of the hotel was conducted on November 15 and November 18, 2002, by URS' EPA/ New York State-certified asbestos inspectors, George Holderied and Marcus Marchan (Appendix C). The survey of the 5th Avenue retail space was conducted on March 4, 2004.

The scope of the ACM survey included the identification, quantification and sampling of accessible suspect building materials. The analytical method used for bulk sample determination of suspect ACM was polarized light microscopy (PLM) with dispersion staining. Scientific Laboratories (AmeriSci) in New York, NY, which is certified to perform bulk and air sample analysis by the National Voluntary Laboratory Accreditation Program (NVLAP), analyzed the samples. Materials are considered asbestos-containing when more than 1% of asbestos is present.

Below is a complete listing of identified ACM, approximate locations, and quantities.

### ASBESTOS INVENTORY TABLE

| Location | ACM Item | Friable / Non-friable | Asbestos Content |
|---|---|---|---|
| *No ACM was Identified* | | | |

LF - Linear Feet  
SF - Square Feet  
NF - Non-Friable

CH - Chrysotile  
FT - Floor Tile  
M-Mastic

## 2.0  FACILITY DESCRIPTION

The St Regis Hotel was constructed between 1902 and 1904.  This 21-floor luxury hotel is 403,000 square feet and includes 315 guest rooms and retail space.  URS' scope of work included surveying the interior of the subject property.  The site contact for this survey was Afzal Siddiqui.

## 3.0 SURVEY LIMITATIONS

As with any other scientific study, this survey is subject to certain limitations. Some of those, which must be considered in interpreting the results of this ACM survey, are as follows:

A. No survey will be able to identify all ACM throughout a facility.

B. Only accessible building areas were included in this survey. Building components were not demolished to gain access to concealed building areas. Areas that were inaccessible were identified on the drawings to the best of URS' ability and it should be assumed that suspect materials might be present in these areas.

C. Electrical boxes and other components may contain insulators that contain asbestos. These materials were not evaluated during this survey due to the risk of electrical shock. Such insulators are typically cloth and cementitious board and would not likely become friable during demolition activities.

D. Roofing materials were not included in this survey.

3     **URS**

## 4.0 OBSERVATIONS AND FINDINGS

During the site survey, URS identified and sampled suspect ACM in accessible building areas including common areas, maintenance areas and mechanical areas. Not every guest room was inspected. Based on the site's history of construction and renovations, a total of 32 guest rooms (10%) were selected for inspection. Starwood site representative, Afzal Siddiqui, provided information regarding the site's construction history.

URS observed the subject building areas for the presence of asbestos-containing materials in accordance with current US Environmental Protection Agency (EPA) and U. S. Occupational Safety and Health Administration (OSHA) requirements. A detailed description of the survey, sampling and analytical protocol followed in performing this survey are contained in Appendix E. During the survey, suspect ACM was identified, sampled, and quantified (Appendix A). A total of 72 bulk samples of suspect building materials were collected from the following building materials:

- Floor Tile and Mastic
- Acoustical Ceiling Panel
- Cementious Pipe
- Pipe Fitting Insulation
- Wall Plaster
- Gypsum Board

Using URS' positive-stop protocol, 63 of the 72 samples collected were analyzed. Under this protocol, the laboratory stops analyzing samples from a homogenous group once one of those samples is found to contain asbestos. The laboratory analysis of bulk samples found that there was no asbestos present in any of the materials sampled (Appendix B).

Drawings depicting sample locations can be found in Appendix D.

## 5.0  CONCLUSIONS AND RECOMMENDATIONS

The laboratory analysis of bulk samples (Appendix B) indicates that greater than 1% asbestos was not present in any of the materials sampled. Materials are considered asbestos-containing when more than 1% of asbestos is present.

Case 1:16-cv-09390-GHW   Document 125-1   Filed 10/01/19   Page 15 of 48

246

Case 1:16-cv-09390-GHW   Document 141-6   Filed 01/10/20   Page 15 of 47
Case 1:16-cv-09390-GHW   Document 129-1   Filed 10/01/19   Page 16 of 48
247

# APPENDIX A

248

Case 1:16-cv-09390-GHW   Document 121-1   Filed 01/10/20   Page 17 of 47
Case 1:16-cv-09390-GHW   Document 125-1   Filed 10/11/19   Page 18 of 48
249

# APPENDIX A

## ASBESTOS-CONTAINING MATERIAL LOCATIONS
## AND APPROXIMATE QUANTITIES

Case 1:16-cv-09390-GHW   Document 123-11   Filed 10/11/19   Page 19 of 48

250

# TABLE 1

## ASBESTOS INVENTORY TABLE

| | | | |
|---|---|---|---|
| *No Asbestos Containing Materials Were Identified* | | | |

**LF - Linear Feet**      **CH - Chrysotile**
**SF - Square Feet**      **FT - Floor Tile**
**NF - Non-Friable**       **M-Mastic**

# APPENDIX B

Case 1:16-cv-09390-GHW   Document 121-61   Filed 01/10/20   Page 22 of 47
Case 1:16-cv-09390-GHW   Document 125-61   Filed 10/01/19   Page 23 of 48

254

**APPENDIX B**

**LABORATORY SAMPLE ANALYTICAL DATA**

Case 1:16-cv-09390-GHW   Document 121-6   Filed 01/10/20   Page 24 of 47
Case 1:16-cv-09390-GHW   Document 129-61   Filed 10/01/19   Page 25 of 48

256



**SCIENTIFIC LABORATORIES, INC.**

117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-9392

November 27, 2002

URS Corporation
Attn: Wendy Quiet
5 Industrial Way
Salem, NH 03079

RE: URS Corporation
   Job Number 202113157
   P.O. # SLM-P-B15593
   SLM-P-B15593; Starwood St. Regis

Dear Wendy Quiet:

Enclosed are the results of Asbestos Analysis - Bulk Protocol of the following URS Corporation samples, received at SCILAB on Friday, November 22, 2002, for a 5 day turnaround:

01A, 01A-M, 01B, 01B-M, 01C, 01C-M, 02A, 02A-M, 02B, 02B-M, 02C, 02C-M, 03A, 03B, 03C, 04A, 04B, 04C, 05A, 05B, 05C, 06A, 06B, 06C, 07A, 07B, 07C, 08A, 08A-M, 08B, 08B-M, 08C, 08C-M, 09A, 09A-M, 09B, 09B-M, 09C, 09C-M, 10A, 10B, 10C, 11A, 11B, 11C, 12A, 12A-M, 12B, 12B-M, 12C, 12C-M, 13A, 13A-M, 13B, 13B-M, 13C, 13C-M

The 57 samples, placed in zip lock bag, were shipped to SciLab via Federal Express. URS Corporation requested ELAP PLM/TEM analysis of these samples.

The results of the analyses which were performed under NYSDOH ELAP Lab Certification # 10984 following ELAP 198.1 PLM & 198.4 TEM guidelines are presented within the Summary Table of this report. The presence of matrix reduction data in the Summary Table normally indicates an NOB sample. For NOB samples the individual matrix reduction, combined PLM and TEM analysis results are listed in the Summary Bulk Asbestos Analysis Results in Table I. Complete PLM results for individual samples are presented in the PLM Bulk Asbestos Report. This combined report relates ONLY to sample analysis expressed as percent composition by weight and percent asbestos. This report must not be used to claim product endorsement or approval by these laboratories, NVLAP, ELAP or any other associated agency. The National Institute of Standards and Technology Accreditation requirements, mandates that this report must not be reproduced, except in full, and with the approval of the laboratory. This report may contain specific data not covered by NVLAP or ELAP accreditations respectively, if so identified in relevant footnotes.

SciLab appreciates this opportunity to serve your organization. Please contact us for any further assistance or with any questions.

Sincerely,

Lance Tuckruskye
QA/QC Compliance Officer



**SCIENTIFIC LABORATORIES, INC.**

117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-9392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Wendy Quiet
5 Industrial Way
Salem, NH 03079

Date Received  11/22/2002  SciLab Job No. 202113157
Date Examined  11/25/2002  P.O. #  SLM-P-B15593
Page   1   of   12

RE: SLM-P-B15593; Starwood St. Regis

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 01A .1 | 202113157-01 | *No* | NAD [1] |

Location: Bulk Sample

Description: Grey, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 30.4 %

| | | | |
|---|---|---|---|
| 01A-M | 202113157-02 | | **NA** |

Location: Bulk Sample INSUFFICIENT MASTIC

Description: Mastic
Asbestos Types:
Other Material:

| | | | |
|---|---|---|---|
| 01B 1 | 202113157-03 | *No* | NAD [1] |

Location: Bulk Sample

Description: Grey, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 15. %

| | | | |
|---|---|---|---|
| 01B-M | 202113157-04 | | NA |

Location: Bulk Sample INSUFFICIENT MASTIC

Description: Mastic
Asbestos Types:
Other Material:

| | | | |
|---|---|---|---|
| 01C 1 | 202113157-05 | *No* | NAD [1] |

Location: Bulk Sample

Description: Grey, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 22.7 %



## SCIENTIFIC LAB. ITORIES, INC.

117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-8392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Wendy Quiet
5 Industrial Way
Salem, NH 03079

Date Received  11/22/2002  SciLab Job No. 202113157
Date Examined  11/25/2002  P.O. #  SLM-P-B15593
Page  8  of  12

RE: SLM-P-B15593; Starwood St. Regis

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 09B | 202113157-36 | No | NAD [1] |
| 9 | Location: Bulk Sample | | |

Description: Grey, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 2.8 %

| | | | |
|---|---|---|---|
| 09B-M | 202113157-37 | No | NAD [1] |
| 9M | Location: Bulk Sample LOW WEIGHT | | |

Description: Black, Homogeneous, Mastic
Asbestos Types:
Other Material: Non-fibrous 16.6 %

| | | | |
|---|---|---|---|
| 09C | 202113157-38 | No | NAD [1] |
| 9 | Location: Bulk Sample | | |

Description: Grey, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 1.8 %

| | | | |
|---|---|---|---|
| 09C-M | 202113157-39 | | NA |
| | Location: Bulk Sample INSUFFICIENT MASTIC | | |

Description: Mastic
Asbestos Types:
Other Material:

| | | | |
|---|---|---|---|
| 10A | 202113157-40 | No | NAD |
| 10 | Location: Bulk Sample | | |

Description: White/Grey, Homogeneous, Ceiling Panel
Asbestos Types:
Other Material: Cellulose 40. %,  Fibrous glass 40. %,  Non-fibrous 20. %



**SCIENTIFIC LABORATORIES, INC.**

117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-9382

# PLM Bulk Asbestos Report

URS Corporation
Attn: Wendy Quiet
5 Industrial Way
Salem, NH 03079

Date Received  11/22/2002  SciLab Job No. 202113157
Date Examined  11/25/2002  P.O. #  SLM-P-B15593
Page    9   of   12

RE: SLM-P-B15593; Starwood St. Regis

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 10B 10 | 202113157-41 | No | NAD |

Location: Bulk Sample

Description: White/Grey, Homogeneous, Ceiling Panel
Asbestos Types:
Other Material: Cellulose 40. %,   Fibrous glass 45. %,   Non-fibrous 15. %

| 10C 10 | 202113157-42 | No | NAD |
|---|---|---|---|

Location: Bulk Sample

Description: White/Grey, Homogeneous, Ceiling Panel
Asbestos Types:
Other Material: Cellulose 40. %,   Fibrous glass 45. %,   Non-fibrous 15. %

| 11A 11 | 202113157-43 | No | NAD |
|---|---|---|---|

Location: Bulk Sample

Description: White/Grey, Homogeneous, Ceiling Panel
Asbestos Types:
Other Material: Cellulose 45. %,   Fibrous glass 35. %,   Non-fibrous 20. %

| 11B 11 | 202113157-44 | No | NAD |
|---|---|---|---|

Location: Bulk Sample

Description: White/Grey, Homogeneous, Ceiling Panel
Asbestos Types:
Other Material: Cellulose 40. %,   Fibrous glass 40. %,   Non-fibrous 20. %

| 11C 11 | 202113157-45 | No | NAD |
|---|---|---|---|

Location: Bulk Sample

Description: White/Grey, Homogeneous, Ceiling Panel
Asbestos Types:
Other Material: Cellulose 40. %,   Fibrous glass 40. %,   Non-fibrous 20. %



**SCI LAB**

**SCIENTIFIC LABORATORIES, INC.**

117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8500 • FAX: (212) 679-9392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Wendy Quiet
5 Industrial Way
Salem, NH 03079

Date Received   11/22/2002   SciLab Job No. 202113157
Date Examined   11/25/2002   P.O. #   SLM-P-B15593
                                             Page   10   of   12
RE: SLM-P-B15593;  Starwood St. Regis

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| 12A | 202113157-46 | No | NAD [1] |
| 12 | Location: Bulk Sample | | |

Description: Yellow/White, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 3.6 %

| | | | |
|---|---|---|---|
| 12A-M | 202113157-47 | | NA |
| | Location: Bulk Sample INSUFFICIENT MASTIC | | |

Description: Mastic
Asbestos Types:
Other Material:

| | | | |
|---|---|---|---|
| 12B | 202113157-48 | No | NAD [1] |
| 12 | Location: Bulk Sample | | |

Description: Yellow/White, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 7. %

| | | | |
|---|---|---|---|
| 12B-M | 202113157-49 | | NA |
| | Location: Bulk Sample INSUFFICIENT MASTIC | | |

Description: Mastic
Asbestos Types:
Other Material:

| | | | |
|---|---|---|---|
| 12C | 202113157-50 | No | NAD [1] |
| 12 | Location: Bulk Sample | | |

Description: Yellow/White, Homogeneous, Floor Tile
Asbestos Types:
Other Material: Non-fibrous 3.6 %

SciLab Job#: 202113157
Client Name: URS Corporation

## Table I
## Summary of Bulk Asbestos Analysis Results
SLM-P-B15593; Starwood St. Regis

| SciLab Sample # | Client Sample# Location | HG Area | Sample Weight (gram) | Heat Sensitive Organic % | Acid Soluble Inorganic % | Insoluble Non-Asbestos Inorganic % | ** Asbestos % by PLM/DS | ** Asbestos % by TEM |
|---|---|---|---|---|---|---|---|---|
| 27 | 07C Bulk Sample | 7 | --- | — | — | ---- | NAD | NA |
| 28 | 08A Bulk Sample | 8 | 0.328 | 14.33 | 84.76 | 0.91 | NAD | NAD |
| 29 | 08A-M Bulk Sample | 8M | 0.111 | 95.50 | 3.60 | 0.90 | NAD | NAD |
| 30 | 08B Bulk Sample | 8 | 0.218 | 14.22 | 84.40 | 1.38 | NAD | NAD |
| 31 | 08B-M Bulk Sample INSUFFICIENT MASTIC | — | —- | —- | — | ---- | NA | NA |
| 32 | 08C Bulk Sample | 8 | 0.369 | 14.09 | 65.85 | 20.05 | NAD | NAD |
| 33 | 08C-M Bulk Sample LOW WEIGHT | 8M | 0.006 | 16.67 | 66.67 | 16.67 | NAD | NAD |
| 34 | 09A Bulk Sample | 9 | 0.333 | 18.32 | 80.18 | 1.50 | NAD | NAD |
| 35 | 09A-M Bulk Sample | 9M | 0.143 | 71.33 | 23.08 | 5.59 | NAD | NAD |
| 36 | 09B Bulk Sample | 9 | 0.212 | 18.40 | 78.77 | 2.83 | NAD | NAD |
| 37 | 09B-M Bulk Sample LOW WEIGHT | 9M | 0.006 | 66.67 | 16.67 | 16.67 | NAD | NAD |
| 38 | 09C Bulk Sample | 9 | 0.269 | 18.59 | 79.55 | 1.76 | NAD | Chrysotile Trace |
| 39 | 09C-M Bulk Sample INSUFFICIENT MASTIC | — | —- | — | — | —- | NA | NA |

See Reporting notes on last page

SciLab Job#: 202113157
Client Name: TRS Corporation

## Table I
## Summary of Bulk Asbestos Analysis Results
### SLM-P-B15593; Starwood St. Regis

| SciLab Sample # | Client Sample# Location | HG Area | Sample Weight (gram) | Heat Sensitive Organic % | Acid Soluble Inorganic % | Insoluble Non-Asbestos Inorganic % | ** Asbestos % by PLM/DS | ** Asbestos % by TEM |
|---|---|---|---|---|---|---|---|---|
| 40 | 10A Bulk Sample | 10 | — | — | — | — | NAD | NA |
| 41 | 10B Bulk Sample | 10 | — | — | — | — | NAD | NA |
| 42 | 10C Bulk Sample | 10 | — | — | — | — | NAD | NA |
| 43 | 11A Bulk Sample | 11 | — | — | — | — | NAD | NA |
| 44 | 11B Bulk Sample | 11 | — | — | — | — | NAD | NA |
| 45 | 11C Bulk Sample | 11 | — | — | — | — | NAD | NA |
| 46 | 12A Bulk Sample | 12 | 0.286 | 19.93 | 76.22 | 3.85 | NAD | NAD |
| 47 | 12A-M Bulk Sample INSUFFICIENT MASTIC | — | — | — | — | NA | NA |
| 48 | 12B Bulk Sample | 12 | 0.452 | 19.91 | 73.01 | 7.08 | NAD | NAD |
| 49 | 12B-M Bulk Sample INSUFFICIENT MASTIC | — | — | — | — | NA | NA |
| 50 | 12C Bulk Sample | 12 | 0.406 | 20.44 | 75.86 | 3.69 | NAD | NAD |
| 51 | 12C-M Bulk Sample INSUFFICIENT MASTIC | — | — | — | — | NA | NA |
| 52 | 13A Bulk Sample | 13 | 0.313 | 18.53 | 77.64 | 3.83 | NAD | NAD |

See Reporting notes on last page

263

SciLab Job#: 202113157

Client Name: TRS Corporation

## Table I
## Summary of Bulk Asbestos Analysis Results
### SLM-P-B15593; Starwood St. Regis

| SciLab Sample # | Client Sample# Location | HG Area | Sample Weight (gram) | Heat Sensitive Organic % | Acid Soluble Inorganic % | Insoluble Non-Asbestos Inorganic % | ** Asbestos % by PLM/DS | ** Asbestos % by TEM |
|---|---|---|---|---|---|---|---|---|
| 53 | 13A-M Bulk Sample LOW WEIGHT | 13M | 0.018 | 44.44 | 38.89 | 16.67 | NAD | NAD |
| 54 | 13B Bulk Sample | 13 | 0.505 | 17.82 | 72.67 | 9.50 | NAD | NAD |
| 55 | 13B-M Bulk Sample LOW WEIGHT | 13M | 0.025 | 32.00 | 64.00 | 4.00 | NAD | NAD |
| 56 | 13C Bulk Sample | 13 | 0.357 | 21.57 | 72.55 | 5.88 | NAD | NAD |
| 57 | 13C-M Bulk Sample LOW WEIGHT | 13M | 0.008 | 37.50 | 50.00 | 12.50 | NAD | NAD |

Analyzed by: Paul J. Muchs_____; Date Analyzed 11/27/02

Quantitative Analysis (Semi/Full); Bulk Asbestos Analysis - PLM by EPA 600/M4-82-020 per 40 CFR (NVLAP Lab#200546-0); TEM (Semi/Full) by EPA 600/R-93/116 (not covered by NVLAP Bulk accreditation); or ELAP 198.1/198.4 for New York samples (NYSDOH ELAP#11480); NAD = no asbestos detected during a quantitative analysis; NA = not analyzed; Trace = <1%; Quantitation for beginning weights of <0.1 grams should be considered as qualitative only; Qualitative Analysis: Asbestos analysis results of "Present" or "NVA = No Visible Asbestos" represents results for Qualitative PLM or TEM Analysis only (no accreditation coverage available from any regulatory agency for qualitative analyses); AIHA Lab#102843.

Warning Note: PLM limitation, only TEM will resolve fibers <0.25 micrometers in diameter. TEM bulk analysis is representative of the fine grained matrix material and may not be representative of non-uniformly dispersed debris for which PLM evaluation is recommended (i.e. soils and other heterogeneous materials).

Reviewed By:_____

| URS Corporation<br>5 Industrial Way<br>Salem, NH. 03079<br>Tel # 603 893-0616<br>Fax# 603 893-6240 | P.O.# | SLM - P - B 15593 |
| | **Please Return Results To:** | |
| | Project | Jeff Waite |

| Receiving<br>Laboratory: | Sci Lab<br>117 East 30th Street<br>New York, NY 10016 | (57)<br>-202113157 |

| Sample I.D.<br>Number | Analysis<br>Requested | Turn Around<br>Time | Comments |
|---|---|---|---|
| 01A → 01C | | 5-7 days | Tile + Mastic |
| 02A → 02C | SEE | | Tile + Mastic |
| 03A → 03C | | | Ceiling Panel |
| 04A → 04C | SPECial | | Cementitious Pipe |
| 05A → 05C | | | Cementitious Pipe |
| 06A → 06C | NOTES | | Pipe Fitting Insulation |
| 07A → 07C | | | Cementitious Pipe |
| 08A → 08C | | | Tile + Mastic |
| 09A → 09a | | | Tile + Mastic |
| 10A → 10C | | | Ceiling Panel |

Please Call Or Fax These Results As Soon As Possible
Please FAX Results

Special Notes: PLM + TEM on NOB. to Jeff Waite

**Please Include Site Name:**
**In Your Report.** Starwood, St. Regis

| Relinquished By:<br>Jamie Pacheco | Date:<br>11-21-02 | Received By: | Date: |
| | Time: 1100 am | | Time: |
| Company: URS Corporation | | Company: | |

| Relinquished By: | Date: | Received By: | Date: |
| | Time: | | Time: |
| Company: | | Company: | |

| URS Corporation 5 Industrial Way Salem, NH 03079 Tel # 603 893-0616 Fax# 603 893-6240 | P.O.# | SLM - P - B 15693 |
|---|---|---|

Please Return Results To:

Project Jeff Waite

| Receiving Laboratory | Sci Lab 117 East 30th Street New York, NY 10016 | -202113157 |
|---|---|---|

| Sample I.D. Number | Analysis Requested | Turn Around Time | Comments |
|---|---|---|---|
| 11a - 11c ✓ | | 5-7 days | Ceiling Panel |
| 12a - 12c ✓ | SEE | | Tile + Mastic |
| 13a - 13c ✓ | | | Tile + Mastic |
| | SPecial | | |
| | Notes | | |
| | | | |
| | ↓ | ↓ | |

Please Call Or Fax These Results As Soon As Possible

Please Fax Results

Special Notes: PLM + TEM on NOBs to Jeff Waite

**Please Include Site Name:**
**In Your Report.**

Starwood St. Regis

| Relinquished By: Jamie Pacheco Company: URS Corporation | Date: 11-21-02 Time: 1100 am | Received By: Company: | Date: Time: |
|---|---|---|---|
| Relinquished By: Company: | Date: Time: | Received By: Company: | Date: Time: |



**AmeriSci New York**
117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-9392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Danielle Sch efer
5 Penn Plaza
13th Floor
New York, NY 100 01

Date Received 03/05/04     AmeriSci Job No. 204031528
Date Examined 03/05/04     P.O. #
ELAP Number 11480          Page  1   of  4
RE: TBD; St. Regis ; Godiva Space 703 Fifth Avenue

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| GOD-01 1 | 204031528-01 | No | NAD[2] |

Location: Mezz - Storage Room

Description: Beige, Homogeneous, Top Layer Floor Tile
Asbestos Types:
Other Material: Non-fibrous 0.5 %

| GOD-02 1 | 204031528-02 | No | NAD[2] |
|---|---|---|---|

Location: Mezz - Storage Room

Description: Beige, Homogeneous, Top Layer Floor Tile
Asbestos Types:
Other Material: Non-fibrous 1.3 %

| GOD-03-T 2 | 204031528-03L1 | No | NAD[2] |
|---|---|---|---|

Location: Mezz - Storage Room

Description: OffWhite, Homogeneous, Second Layer Floor Tile
Asbestos Types:
Other Material: Non-fibrous 15.6 %

| GOD-03-M 2M | 204031528-03L2 | No | NAD[2] |
|---|---|---|---|

Location: Mezz - Storage Room (LOW WEIGHT)

Description: Black, Homogeneous, Mastic
Asbestos Types:
Other Material: Non-fibrous 8.8 %

| GOD-04-T 2 | 204031528-04L1 | No | NAD[2] |
|---|---|---|---|

Location: Mezz - Storage Room

Description: OffWhite, Homogeneous, Second Layer Floor Tile
Asbestos Types:
Other Material: Non-fibrous 13.0 %



**AmeriSci New York**
117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-8392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Danielle Schaefer
5 Penn Plaza
13th Floor
New York, NY 10001

Date Received   03/05/04     AmeriSci Job No. 204031528
Date Examined   03/05/04     P.O. #
ELAP Number   11480          Page   2   of   4
RE: TBD; St. Regis ; Godiva Space 703 Fifth Avenue

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| GOD-04-M 2M | 204031528-04L2 | | NA |
| | Location: Mezz - Storage Room "Insufficient Material Submitted For Preparation" | | |
| | Description: Mastic  Asbestos Types:  Other Material: | | |
| GOD-05 3 | 204031528-05 | No | NAD [2] |
| | Location: Mezz - Storage Room | | |
| | Description: Black, Homogeneous, Third Layer Floor Tile  Asbestos Types:  Other Material: Non-fibrous 6.2 % | | |
| GOD-06 3 | 204031528-06 | No | NAD [2] |
| | Location: Mezz - Storage Room | | |
| | Description: Black, Homogeneous, Third Layer Floor Tile  Asbestos Types:  Other Material: Non-fibrous 12.4 % | | |
| GOD-07 4 | 204031528-07.1 | No | NAD |
| | Location: Mezz - Storage Room | | |
| | Description: White, Homogeneous, Wall Plaster  Asbestos Types:  Other Material: Non-fibrous 100. % | | |
| GOD-07 4 | 204031528-07.2 | Yes | < 1.% [1] |
| | Location: Mezz - Storage Room | | |
| | Description: Brown, Homogeneous, Cementitious, Wall Plaster  Asbestos Types: Chrysotile Trace  Other Material: Cellulose 1. %,   Non-fibrous 99. % | | |



**AmeriSci New York**
117 EAST 30TH STREET
NEW YORK, NY 10016
•TEL: (212) 679-6600 • FAX: (212) 679-6392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Danielle Schi efer
5 Penn Plaza
13th Floor .
New York, NY 10C )1

Date Received    03/05/04    AmeriSci Job No.204031528
Date Examined   03/05/04    P.O. #
ELAP Number    11480    Page  3  of  4
RE: TBD; St. Regis ; Godiva Space 703 Fifth Avenue

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| GOD-08 | 204031528-08.1 | No | NAD |
| 4 | L cation: Mezz - Storage Room | | |

Des ription: White, Homogeneous, Wall Plaster
Asbesto Types:
Other I laterial: Non-fibrous 100. %

| GOD-08 | 204031528-08.2 | No | NAD |
|---|---|---|---|
| 4 | L cation: Mezz - Storage Room | | |

Des ription: Brown, Homogeneous, Cementitious, Wall Plaster
Asbesto . Types:
Other laterial: Cellulose 2. %    Non-fibrous 98. %

| GOD-09 | 204031528-09 | No | NAD |
|---|---|---|---|
| 4 | L cation: Mezz - Storage Room | | |

Des ription: White, Homogeneous, Wall Plaster.
Asbesto : Types:
Other laterial: Non-fibrous 100. %
C mment: Base Coat Insufficient For Analysis

| GOD-10 | 204031528-10 | No | NAD |
|---|---|---|---|
| 5 | L cation: Ground - Retail Space | | |

Des ription: Brown/Grey, Homogeneous, Gypsum Board
Asbesto : Types:
Other laterial: Cellulose 35. %,    Non-fibrous 65. %



**AmeriSci New York**
117 EAST 30TH STREET
NEW YORK, NY 10016
TEL: (212) 679-8600 • FAX: (212) 679-9392

# PLM Bulk Asbestos Report

URS Corporation
Attn: Danielle Sch..efer
5 Penn Plaza
13th Floor
New York, NY 10001

| | |
|---|---|
| Date Received | 03/05/04 |
| Date Examined | 03/05/04 |
| ELAP Number | 11480 |

AmeriSci Job No. 204031528
P.O. #
Page  4  of  4
RE: TBD; St. Regis ; Godiva Space 703 Fifth Avenue

| Client No. / HGA | Lab No. | Asbestos Present | Total % Asbestos |
|---|---|---|---|
| GOD-11 | 204031528-11 | No | NAD |
| 5 | Location: Ground - Retail Space | | |

Description: Brown/Grey, Homogeneous, Gypsum Board
Asbestos Types:
Other Material: Cellulose 15. %,  Fibrous glass 2. %,  Non-fibrous 83. %

**Reporting Notes**
(1) PLM analysis by EPA 400 Point Count Method
(2) PLM analysis of DB inert material.

Analyzed by: Ivan I . Recalde/David Roderick
*NAD/NSD = no asbestos detected;  NA = not analyzed;   NA/PS = not analyzed / positive stop; PLM Bulk
Asbestos Analysis by EPA 600/M4-82-020 per 40 CFR 763 (NVLAP Lab #200546-0) and ELAP PLM Analysis
Protocol 198.1 for New York samples (NYSDOH ELAP Lab # 11480). Note: PLM is not consistently reliable in
detecting asbestos in floor coverings and similar non-friable organically bound materials. TEM is currently the only
method that can be used to determine if this material can be considered or treated as non-asbestos-containing in
New York State (al o see EPA Advisory for floor tile, FR 59, 146, 38970, 8/1/94). National Institute of Standards
and Technology Ac creditation requirements mandate that this report must not be reproduced except in full without
the approval of the laboratory. This PLM report relates ONLY to the items tested. AIHA# 102843; VT Certs
AL016055
Reviewed By:

AmeriSci Job #: 204031528
Client Name: URS Corporation

## Table I

### Summary of Bulk Asbestos Analysis Results
TBD; St. Regis ; Godiva Space 703 Fifth Avenue

| AmeriSci Sample # | Sample # Location | Area | Weight | Sensitive Organic % | Soluble Inorganic % | Non-Asbestos Inorganic % | ** Asbestos % by PLM/DS | ** Asbestos % by TEM |
|---|---|---|---|---|---|---|---|---|
| 01 | GOD-01 | 1 | 0.443 | 6.93 | 82.39 | 0.58 | NAD | Chrysotile Trace |
| | Mezz - Storage Room | | | | | | | |
| 02 | GOD-02 | 1 | 0.376 | 6.76 | 81.91 | 1.23 | NAD | Chrysotile Trace |
| | Mezz - Storage Room | | | | | | | |
| 03L1 | GOD-03-T | 2 | 0.448 | 9.87 | 64.51 | 15.63 | NAD | NAD |
| | Mezz - Storage Room | | | | | | | |
| 03L2 | GOD-03-M | 2M | 0.034 | 73.53 | 17.65 | 8.82 | NAD | NAD. |
| | Mezz - Storage Room "Low Weight" | | | | | | | |
| 04L1 | GOD-04-T | 2 | 0.436 | 20.87 | 66.06 | 13.07 | NAD | NAD |
| | Mezz - Storage Room | | | | | | | |
| 04L2 | GOD-04-M | 2M | — | — | — | — | NA | NA |
| | Mezz - Storage Room "Insufficient Material Submitted For Preparation" | | | | | | | |
| 05 | GOD-05 | 3 | 0.468 | 63.25 | 30.56 | 5.95 | NAD | Chrysotile <1.0 |
| | Mezz - Storage Room | | | | | | | |
| 06 | GOD-06 | 3 | 0.297 | 62.29 | 25.25 | 12.46 | NAD | NAD |
| | Mezz - Storage Room | | | | | | | |
| 07.1 | GOD-07 | 4 | — | — | — | — | NAD | NA |
| | Mezz - Storage Room | | | | | | | |
| 07.2 | GOD-07 | 4 | — | — | — | — | Chrysotile Trace | NA |
| | Mezz - Storage Room | | | | | | | |
| 08.1 | GOD-08 | 4 | — | — | — | — | NAD | NA |
| | Mezz - Storage Room | | | | | | | |
| 08.2 | GOD-08 | 4 | — | — | — | — | NAD | NA |
| | Mezz - Storage Room | | | | | | | |
| 09 | GOD-09 | 4 | — | — | — | — | NAD | NA |
| | Mezz - Storage Room | | | | | | | |

See Reporting notes on last page

AmeriSci Job #: 204031528
Client Name: URS Corporation

## Table I
### Summary of Bulk Asbestos Analysis Results
TBD; St. Regis ; Godiva Space 703 Fifth Avenue

| AmeriSci Sample # | Sample# Location | Area | Weight | Sensitive Organic % | Soluble Inorganic % | Non-Asbestos Inorganic % | ** Asbestos % by PLM/DS | ** Asbestos % by TEM |
|---|---|---|---|---|---|---|---|---|
| 10 | GOD-10 | 5 | — | — | — | — | NAD | NA |
|  | Ground - Retail Space |  |  |  |  |  |  |  |
| 11 | GOD-11 | 5 | — | — | — | — | NAD | NA |
|  | Ground - Retail Space |  |  |  |  |  |  |  |

Analyzed by: Lance D. Tockrastya _____ : Date Analyzed 3/6/04

Qualitative Analysis (Semi/Full); Bulk Asbestos Analysis - PLM by EPA 600/M/4-82-020 per 40 CFR (NVLAP Lab#200546-0); TEM (Semi/Full) by EPA 600/R-5V/116 (not covered by NVLAP Bulk accreditation; or ELAP 198.1/198.4 for New York samples (NYSDOH ELAP#11450); NAD = no asbestos detected during a quantitative analysis; NA = not analyzed; Trace = <1%; Quantitation for beginning weights of <0.1 grams should be considered as qualitative only; Qualitative Analysis Asbestos analysis results of "Present" or "NVA = No Visible Asbestos" represents results for Qualitative PLM or TEM Analysis only (no accreditation coverage available from any regulatory agency for qualitative analyses); AIHA Lab#102343:

Warning Note: PLM limitation, only TEM will resolve fibers <0.25 micrometers in diameter. TEM bulk analysis is representative of the fine grained matrix material and may not be representative of any uniformly dispersed debris for which PLM analysis is recommended (i.e. soils and other heterogeneous materials).

Reviewed By: _____

204031520

## ASBESTOS BULK SAMPLING FORM

**URS**

URS Corporation – New York,
5 Penn Plaza, 13th Floor, New York, NY 10001
Phone: 212.846.0806 / Facsimile: 212.921.0388

| Client Name: | Project Name & Address: | Inspector(s)/Investigator(s) | Analyze all Samples |
|---|---|---|---|
| St. Regis | Godiva Space 703 Fifth Avenue | D. Schaefer | ☐ Analyze all Samples ☒ Stop at First Positive Sample in Each Homogeneous Material Group ☒ Perform TEM/NOB Analysis if Necessary |
| URS Project No. | Date: | URS Project Manager: | Requested Turnaround Time: |
| TBD | March 4, 2004 | D. Schaefer | ☐ ASAP  ☐ 6 Hour  ☐ 12 Hour ☒ 24 Hour  ☐ 48 Hour  ☐ 72 Hour ☐ Other _____ |

### BULK SAMPLE INFORMATION

| Bulk Sample ID No. | Homogeneous Material No. | Material Description | Sample Location Floor | Sample Location Room/Area Description | Asbestos Content (Type & %) |
|---|---|---|---|---|---|
| GOD-01 | 1 | top layer floor tile | Mezz | Storage room | |
| GOD-02 | 2 | top layer floor tile | Mezz | Storage room | |
| GOD-03 | 3 | second layer floor tile | Mezz | Storage room | |
| GOD-04 | 4 | second layer floor tile | Mezz | Storage room | |
| GOD-05 | 5 | third layer floor tile | Mezz | Storage room | |
| GOD-06 | 6 | third layer floor tile | Mezz | Storage room | |
| GOD-07 | 7 | wall plaster | Mezz | Storage room | |
| GOD-08 | 8 | wall plaster | Mezz | Storage room | |
| GOD-09 | 9 | wall plaster | Mezz | Storage room | |
| GOD-10 | 10 | gypsum board | GROUND | Retail space | |
| GOD-11 | 11 | gypsum board | GROUND | Retail space | |
| | | | | | |
| | | | | | |
| | | | | | |

### CHAIN OF CUSTODY RECORD

| Relinquished By | Date | Time | Received By | Date | Time | Method of Submittal |
|---|---|---|---|---|---|---|
| D. Schaefer | 3/4/04 | | Sandra Jackson | 3/5/04 | 10:30 | ☐ Field ☒ Walk In ☐ US Mail ☐ Fed-Ex ☐ Other _____ |
| | | | | | | |
| | | | | | | |

| Results To: | Phone/Fax Number: 212.921.0388 | Comments: |
|---|---|---|
| Danielle Schaefer | 212-921-0388 (FAX) | Please separate mastic from samples 3 & 4. |

Case 1:16-cv-09390-GHW   Document 125-1   Filed 10/10/19   Page 43 of 48

274

Case 1:16-cv-09390-GHW   Document 141-6   Filed 01/10/20   Page 43 of 47
Case 1:16-cv-09390-GHW   Document 129-1   Filed 10/01/19   Page 44 of 48
275

# APPENDIX C

Case 1:16-cv-09390-GHW Document 124-1 Filed 01/10/20 Page 45 of 47
Case 1:16-cv-09390-GHW Document 123-1 Filed 10/11/19 Page 46 of 48

277

•

# APPENDIX C

## PERSONNEL AND LABORATORY CERTIFICATIONS

278



**United States Department of Commerce**
**National Institute of Standards and Technology**

ISO/IEC 17025:1999
ISO 9002:1994

**Certificate of Accreditation**



## URS CORPORATION
SALEM, NH

*is recognized by the National Voluntary Laboratory Accreditation Program*
*for satisfactory compliance with criteria set forth in NIST Handbook 150:2001,*
*all requirements of ISO/IEC 17025:1999, and relevant requirements of ISO 9002:1994.*
*Accreditation is awarded for specific services, listed on the Scope of Accreditation, for:*

## BULK ASBESTOS FIBER ANALYSIS

March 31, 2003

*Effective through*

*David F. Alderman*

For the National Institute of Standards and Technology
**NVLAP Lab Code: 101433-0**

NVLAP-01C (08-01)

279