## NEW YORK STATE DEPARTMENT OF HEALTH
### WADSWORTH CENTER

*Antonia C. Novello, M.D., M.P.H., Dr.P.H.   Commissioner*



**Expires 12:01 AM April 01, 2003
Issued September 24, 2002**

## CERTIFICATE OF APPROVAL FOR LABORATORY SERVICE
*Issued in accordance with and pursuant to section 502 Public Health Law of New York State*

**DR. DOUGLAS R. LAWSON
URS CORPORATION
5 INDUSTRIAL WAY
SALEM  NH  03079        USA**

**NY Lab Id No: 11020
EPA Lab Code:**

*Is hereby APPROVED as an Environmental Laboratory for the category*
*ENVIRONMENTAL ANALYSES SOLID AND HAZARDOUS WASTE*
*All approved subcategories and/or analytes are listed below:*

**Miscellaneous**

Asbestos in Friable Material        Method Not Specified

**Serial No.: 17392**

Property of the New York State Department of Health. Valid only at the address shown.
Must be conspicuously posted. Valid certificates have a raised seal and may be
verified by calling (518) 485-5570.

DOH-3317   (3/97)

Page 1 of 1



'ORK STATE DEPARTMENT OF HEALTH
**WADSWORTH CENTER**

*Antonia C. Novello, M.D., M.P.H., Dr.P.H.  Commissioner*



**Expires 12:01 AM April 01, 2003**
**Issued September 24, 2002**

## CERTIFICATE OF APPROVAL FOR LABORATORY SERVICE

*Issued in accordance with and pursuant to section 502 Public Health Law of New York State*

**DR. DOUGLAS R. LAWSON**
**URS CORPORATION**
**5 INDUSTRIAL WAY**
**SALEM  NH  03079    USA**

**NY Lab Id No: 11020**
**EPA Lab Code:**

*is hereby APPROVED as an Environmental Laboratory for the category*
*ENVIRONMENTAL ANALYSES AIR AND EMISSIONS*
*All approved subcategories and/or analytes are listed below:*

**Miscellaneous Air**

**Fibers**                    Method Not Specified

**Serial No.: 17393**

Property of the New York State Department of Health. Valid only at the address shown.
Must be conspicuously posted. Valid certificates have a raised seal and may be
verified by calling (518) 485-5570.

DOH-3317  (3/97)

Page 1 of 1

# Health & Safety Training



## This Certifies That

# Marcus Marchan

has completed 4 hours of Confined Space Entry training required under
OSHA 29 CFR 1910.146

Phillip L. Jones, CIH
**Health and Safety Director**

**URS**

| | |
|---|---|
| **Course Date:** | August 27, 2002 |
| **Course Location:** | Cranford, NJ |
| **Serial Number:** | 02-243 |

282

12/10/02  12:22 FAX 1212 391 4585  URKLEY ARCH I GROUP



MUST BE CARRIED ON ASBESTOS PROJECTS

CERTIFICATE NUMBER

AH 02-04408

EXPIRES

SOCIAL SECURITY NUMBER

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

| EYES | HAIR |
| CRN | BRO |
| WEIGHT | HEIGHT |
| 145 | 6 08 |

084357C

ADDRESS CORRESPONDENCE TO:
NYS Department of Labor
DOSH - License and Certificate Unit
PO Box 667, New York, NY 10014-0667

DOSH-442 (01/77)

STATE OF NEW YORK
DEPARTMENT OF LABOR
DIVISION OF SAFETY AND HEALTH

ASBESTOS HANDLING CERTIFICATE
AUTHORIZED CLASS
D - INSPECTOR          (12/02)

GEORGE V HOLDERIED
37 SHERWOOD DRIVE
NEW PROVIDENCE, NJ          07974

RICHARD CUCOLO, Director - For the Commissioner of Labor

REG# 009047



**NÆTI** National Asbestos & Environmental Training Institute

# Certificate of Completion

**AHERA/EPA Accredited Per 40 CFR Part 763**

*This is to certify that*   George V. Holderied    S/S #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

*Successfully completed the course entitled*   3-Day New York State/EPA/AHERA

Asbestos Building Inspector Training Program

*On*      February 18 - 20,   20 02

*Examination passed on*    February 20,   20 02

February 20, 2003     Doris L. Adler     February 20, 2002
**Expiration Date**      **President**      **Date**

Per 10 NYCRR Part 73.2 (L) (1)-DOH 2832 Certificate of Completion of Asbestos
Safety Training is the only official record of training for N.Y.S. students.

3321 Doris Avenue, Building B, Ocean, NJ 07712    (732) 531-5571
Language: English        ABIH 3 CM POINTS

# JW Rufolo's
# Institute for Occupational Safety and Health

The Faculty
in recognition of successful completion of
the program of study required by
OSHA 29 CFR 1910.120(e)(2)
hereby confer upon

**George V. Holderied**

the Certification of

**40 Hour Hazardous Waste Site Worker**

Given at Edison in the State of New Jersey.

For the Faculty

*Joseph W Rufolo*

Joseph W Rufolo
President & CEO



On this 26th
day of
July, 2001

JW Rufolo and Associates, Inc., Six Moyse Place, Edison, New Jersey 08820 ① (908) 757-5972

285

102843

PROFICIENCY ANALYTICAL TESTING (PAT) PROGRAM
INDIVIDUAL LABORATORY REPORT FOR ROUND 149
LAB ID=102843          MAY 8, 2002
ECILAB/NYC, NEW YORK, NY   10016

| CONTAMINANT (ABV.) | UNIT | SAMPLE NO. | REPORTED RESULTS | MEAN VALUES * | ACCEPTABLE RANGE# LOWER | UPPER | Z & SCORE | LAB B PERFORMANCE |
|---|---|---|---|---|---|---|---|---|
| ASBESTOS/FIBERS (ASB/MMF) | (F/MM2) | 1 | 397.3000 | 294.0142 | 144.0670 | 496.8840 | 0.65 | A |
| | (F/MM2) | 2 | 224.0000 | 269.9043 | 132.2532 | 456.1385 | -0.80 | A |
| | (F/MM2) | 3 | 351.1000 | 316.2544 | 154.9558 | 534.4394 | 0.54 | A |
| | (F/MM2) | 4 | 47.1000 | 81.2469 | 39.8110 | 137.3073 | -2.39 | A |

* Mean values are the mean of all laboratories based on original scales except for asbestos.
  Asbestos results are calculated based on transformed data. Therefore, asbestos performance limits are
  not symmetrical to the mean value.
# Upper limit: mean value + 3 standard deviations
  Lower limit: mean value - 3 standard deviations
& Z Score = (reported result-mean value)/standard deviation
B A: Analysis acceptable              *: Results not reported
  H: Results > upper limit (Z > 3), not acceptable        L: Results < lower limit (Z < -3), not acceptable
Note: the acceptability of reported results is based on z-scores. This is why a reported result may appear
      acceptable according to performance limits, but be identified as an outlier.



# STATE OF NEW YORK
## DEPARTMENT OF HEALTH

Wadsworth Center    The Governor Nelson A. Rockefeller Empire State Plaza    P.O. Box 509    Albany, New York 12201-0509

Antonia C. Novello, M.D., M.P.H., Dr.P.H.    Dennis P. Whalen
Commissioner    Executive Deputy Commissioner

**JUN 2 8 2002**

Dear Laboratory Director:

Enclosed are the ELAP and/or NELAP Certificate(s) of Approval for permit year 2002-2003, issued to your environmental laboratory. The Certificate(s) supersede any previously issued and are in effect through March 31, 2003. Please carefully examine the Certificate(s) to insure that the category(ies), subcategory(ies), analyte(s) and method(s) for which your laboratory is approved are listed correctly, as well as verifying your laboratory's name, address, director and identification number.

Please note that pursuant to Section 55-2.5(a) NYCRR, any misrepresentation of the analytes or subcategories for which your laboratory is approved may result in suspension, limitation or termination of said certification.

The National Environmental Laboratory Accreditation Conference (NELAC) further defines and limits the use of NELAP accreditation and the NELAP logo.

Please notify this office of any corrections required. We may be reached at (518) 485-5570.

Sincerely,

*Linda L. Madlin*

Linda L. Madlin
Administrative Assistant
Environmental Laboratory
Approval Program

LLM:mes
Encs.

288

**NEW YORK STATE DEPARTMENT OF HEALTH**
**WADSWORTH CENTER**

*Antonia C. Novello, M.D., M.P.H., Dr.P.H.    Commissioner*



Expires 12:01 AM April 01, 2003
Issued June 28, 2002

## CERTIFICATE OF APPROVAL FOR LABORATORY SERVICE

*Issued in accordance with and pursuant to section 502 Public Health Law of New York State*

**MR. PAUL MUCHA**
**SCIENTIFIC LABORATORIES INC-NEW YORK CITY**
**117 EAST 30TH ST**
**NEW YORK   NY   10016     USA**

NY Lab Id No: 11480
EPA Lab Code: NY01378

*is hereby APPROVED as an Environmental Laboratory for the category*
**ENVIRONMENTAL ANALYSES POTABLE WATER**
*All approved subcategories and/or analytes are listed below:*

**Drinking Water Miscellaneous**

Asbestos                    EPA 100.1

**Serial No.: 16077**

Property of the New York State Department of Health. Valid only at the address shown.
Must be conspicuously posted. Valid certificates have a raised seal and may be
verified by calling (518) 485-5570.

DOH-3317   (3/97)

Page 1 of 1

.. .ORK STATE DEPARTMENT OF HEAL'
WADSWORTH CENTER

*Antonie C. Novello. M.D., M.P.H., Dr.P.H.   Commissioner*



Expires 12:01 AM April 01, 2003
Issued June 28, 2002

## CERTIFICATE OF APPROVAL FOR LABORATORY SERVICE

*Issued in accordance with and pursuant to section 502 Public Health Law of New York State*

MR. PAUL MUCHA
SCIENTIFIC LABORATORIES INC-NEW YORK CITY
117 EAST 30TH ST
NEW YORK  NY  10016.   USA

NY Lab Id No: 11480
EPA Lab Code: NY01378

*is hereby APPROVED as an Environmental Laboratory for the category*
*ENVIRONMENTAL ANALYSES SOLID AND HAZARDOUS WASTE*
*All approved subcategories and/or analytes are listed below:*

**Miscellaneous**

Asbestos in Friable Material     EPA 600/M4/82/020

Asbestos in Non-Friable Mater   ITEM 198.4 OF MANUAL

Serial No.: 16078

Property of the New York State Department of Health. Valid only at the address shown.
Must be conspicuously posted. Valid certificates have a raised seal and may be
verified by calling (518) 485-5570,

DOH-3317   (3/97)

Page 1 of 1

290



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Institute of Standards and Technology**
Gaithersburg, Maryland 20899-

May 23, 2002

Mr. Lance Tuckruskye
Scientific Laboratories, Inc.
117 E. 30th Street
New York, NY 10016

NVLAP Lab Code: 200546-0

Dear Mr. Tuckruskye:

I am pleased to inform you that continuing accreditation for specific test methods in Bulk Asbestos Fiber Analysis (PLM) is granted to your organization under the National Voluntary Laboratory Accreditation Program (NVLAP). This accreditation is effective until June 30, 2003, provided that your organization continues to comply with accreditation requirements contained in the NVLAP Procedures.

Your Certificate of Accreditation is enclosed along with a statement of your Scope of Accreditation. You may reproduce these documents in their entirety and announce your organization's accreditation status using the NVLAP logo in business publications, the trade press, and other business-oriented literature. Accreditation does not relieve your organization from observing and complying with any applicable existing laws and/or regulations.

We are pleased to have you participate in NVLAP and look forward to your continued association with this program. If you have any questions concerning your NVLAP accreditation, please direct them to Thomas R. Davis, Sr. Program Manager, Laboratory Accreditation Program, National Institute of Standards and Technology, 100 Bureau Dr. Stop 2140, Gaithersburg, MD 20899-2140; (301) 975-4016.

Sincerely,

David F. Alderman

David F. Alderman, Chief
Laboratory Accreditation Program

Enclosure(s)

**NIST**

  

National Institute of Standards and Technology

National Voluntary Laboratory Accreditation Program

**ISO/IEC GUIDE 25:1990**
**ISO 9002:1987**

# Scope of Accreditation

Page: 1 of 1

AIRBORNE ASBESTOS FIBER ANALYSIS

NVLAP LAB CODE   200546-0

### SCIENTIFIC LABORATORIES, INC.
117 E. 30th Street
New York, NY 10016
Mr. Lance Tuckruskye
Phone: 212-679-8600   Fax: 212-679-2711
E-Mail: ltuckruskye@scilabs.com

| **NVLAP Code** | **Designation** |
|---|---|
| 18/A02 | U.S. EPA's "Interim Transmission Electron Microscopy Analytical Methods-Mandatory and Nonmandatory-and Mandatory Section to Determine Completion of Response Actions" as found in 40 CFR, Part 763, Subpart E, Appendix A. |

June 30, 2003

*Effective through*

*David F. Alderman*

*For the National Institute of Standards and Technology*

NVLAP-01S (11-95)



**United States Department of Commerce**
**National Institute of Standards and Technology**



ISO/IEC GUIDE 25:1990
ISO 9002:1987

**Certificate of Accreditation**



## SCIENTIFIC LABORATORIES, INC.
### NEW YORK, NY

*Is recognized under the National Voluntary Laboratory Accreditation Program for satisfactory compliance with criteria established in Title 15, Part 285 Code of Federal Regulations. These criteria encompass the requirements of ISO/IEC Guide 25 and the relevant requirements of ISO 9002 (ANSI/ASQC Q92-1987) as suppliers of calibration or test results. Accreditation is awarded for specific services, listed on the Scope of Accreditation for:*

### AIRBORNE ASBESTOS FIBER ANALYSIS

June 30, 2003

*Effective through*

*David F. Alderman*

*For the National Institute of Standards and Technology*

NVLAP Lab Code:   200546-0

NVLAP-01C (11-95)

292



National Institute of Standards and Technology

National Voluntary Laboratory Accreditation Program

**ISO/IEC GUIDE 25:1990**
**ISO 9002:1987**

# Scope of Accreditation



Page: 1 of 1

**BULK ASBESTOS FIBER ANALYSIS**

**NVLAP LAB CODE 200546-0**

## SCIENTIFIC LABORATORIES, INC.
117 E. 30th Street
New York, NY 10016
Mr. Lance Tuckruskye
Phone: 212-679-8600  Fax: 212-679-2711
E-Mail: ltuckruskye@scilabs.com

| NVLAP Code | Designation |
|---|---|
| 18/A01 | EPA-600/M4-82-020: Interim Method for the Determination of Asbestos in Bulk Insulation Samples |

June 30, 2003

*Effective through*

*David F. Alderman*

For the National Institute of Standards and Technology

NVLAP-C1S (11-95)

**United States Department of Commerce**
**National Institute of Standards and Technology**



**ISO/IEC GUIDE 25:1990**
**ISO 9002:1987**

**Certificate of Accreditation**



294

## SCIENTIFIC LABORATORIES, INC.
NEW YORK, NY

*is recognized under the National Voluntary Laboratory Accreditation Program for satisfactory compliance with criteria established in Title 15, Part 285 Code of Federal Regulations. These criteria encompass the requirements of ISO/IEC Guide 25 and the relevant requirements of ISO 9002 (ANSI/ASQC Q92-1987) as suppliers of calibration or test results. Accreditation is awarded for specific services, listed on the Scope of Accreditation for:*

## BULK ASBESTOS FIBER ANALYSIS

June 30, 2003

*Effective through*

*David F. Alderman*

*For the National Institute of Standards and Technology*
NVLAP Lab Code: 200546-0

NVLAP-01C (11-95)

**N.... JRK STATE DEPARTMENT OF HEALTI**
**WADSWORTH CENTER**
Commissioner



Expires 12:01 AM Apr-01-2003
Issued Jun-28-2002

**CERTIFICATE OF APPROVAL FOR LABORATORY SERVICE**
Issued in accordance with and pursuant to section 502 Public Health Law of New York State

MR. PAUL MUCHA
SCIENTIFIC LABORATORIES INC-NEW YORK CITY
117 EAST 30TH ST
NEW YORK NY    USA

NY Lab Id No: 11480
EPA Lab Code: NY01378

Is hereby APPROVED as an Environmental Laboratory for the category
ENVIRONMENTAL ANALYSES AIR AND EMISSIONS
All approved subcategories and/or analytes are listed below:

**Miscellaneous Air**

Asbestos

40 CFR APX A No. III
YAMATE,AGARWAL GISS

Fibers

40 CFR 763.121 APX B
NIOSH 7400 A RULES

Serial No.: 16079

Property of the New York State Department of Health. Valid only at the address shown.
Must be conspicuously posted. Valid certificates have a raised seal and may be
verified by calling .

DOH-3377   (3/87)

Page 1 of 1

296

# APPENDIX D
## DRAWINGS

298









Case 1:16-cv-09390-GHW Document 121-12 Filed 01/10/20 Page 24 of 47
Case 1:16-cv-09390-GHW Document 123-12 Filed 10/11/19 Page 25 of 48

303

**APPENDIX E**

**ASBESTOS SURVEY, SAMPLING AND
ANALYTICAL PROTOCOL**

**URS**

304

## APPENDIX E

## ASBESTOS SURVEY, SAMPLING AND ANALYTICAL PROTOCOL

### SURVEY PROTOCOL

The scope of work for the asbestos survey included the following:

- Accessible building areas were visually inspected to assess the location of suspect ACM.

- Survey data were compiled and reported by functional area.

- Homogeneous materials, including both friable and non-friable suspect ACM's, were quantified.

- Suspect ACM was sampled following the protocol detailed in the Bulk Sampling Protocol section of this appendix.

### BULK SAMPLING PROTOCOL

During the survey, bulk samples of suspect ACM were collected for laboratory analysis. The bulk samples were collected and categorized according to the homogeneous building material being evaluated. The URS survey team designated homogeneous building materials. Once suspect homogeneous materials were identified, bulk samples were collected in accordance with the EPA protocol as outlined in the Asbestos Hazard Emergency Response Act (AHERA) regulations. If a single sample of a homogeneous material was found to contain asbestos, then that homogeneous material was identified as containing asbestos throughout the buildings. Sampling techniques generally involved one of two different sampling procedures.

1. Core samples were collected from certain materials, such as roofing materials, pipe insulation or boiler insulation, to sample these potentially multi-layered materials. Disposable core boring devices were used for this purpose to minimize potential cross contamination of samples.

2. Floor tile, wallboard, and similar materials were sampled by breaking off a portion of the material at an inconspicuous location.

Samples were given a unique sample number, which included the project number, and were placed in sample containers for transportation to URS Corporation's laboratory or other certified laboratory for analysis. The location of each sample was noted on the field data sheets. Information regarding the sample location was also entered onto the URS Corporation's chain-of-custody form. The quantity and location of each material was recorded on URS Corporation's field data sheets.

## ANALYTICAL PROTOCOL

Samples collected during this asbestos survey were transported to the URS Corporation laboratory or other certified laboratory for microscopic analysis. URS may also utilize a local New York City laboratory, Scientific Laboratories, which is also certified by NVLAP. Samples were analyzed following the EPA-recommended method of bulk sample analysis by polarized light microscopy with dispersion staining.

Sample results were reported either as "no asbestos detected" (NAD) if no asbestos was found, NA if not analyzed, or by type and percent composition if any form of asbestos was observed. EPA recognizes a level of greater than one-percent asbestos by weight content as the minimum level for requiring a material to be classified as asbestos containing. The identification of the presence or absence of asbestos in a material involves several specific analytical procedures. The percentage composition, on the other hand, is simply a visual approximation on the part of the analyst and may vary based on the way the sample slide was prepared and the specific analyst performing the identification.

## POLARIZED LIGHT MICROSCOPY ANALYTICAL METHOD

Polarized light microscopy is the only analytical method for asbestos identification which depends upon the unique optical crystallographic properties of the various crystal phases in the sample. These properties—refractive indices, dispersion of refractive indices, birefringence, sign of elongation and extinction angle are unique to the crystalline state and, therefore, unequivocally identify chrysotile, lizardite, antigorite, anthophyllite, tremolite, actinolite, grunerite, cummingtonite, and riebeckite whether fibrous or non-fibrous.

Polarized Light Microscopy (PLM) includes the classical optical crystallographic methods and the more recent dispersion staining procedures. Dispersion staining is, in effect, just a way of using optical crystallography for the study of transparent particles. It supplements the classical methods and, in some cases, makes the use of PLM for the study of crystals easier.

Lead Paint Report

308

**Lead-Based Paint Survey**

**Performed for:**

**Starwood Hotels and Resorts Worldwide, Inc.**
**1111 Westchester Avenue**
**White Plains, NY 10604-3500**

**Conducted at:**

**St. Regis Hotel**
**Floors 8, 9, 10 &11**
**2 East 55th Street at 5th Avenue**
**New York, NY 10022**

**May 31, 2005**

**AEI Project # 2389-6613**

REPORT PREPARED BY:



ATLANTIC
ENVIRONMENTAL
INCORPORATED
*OFFICES - DOVER, NJ • ATLANTA • CHICAGO*



**ATLANTIC ENVIRONMENTAL**

Since 1978

# Lead-Based Paint Survey

## Performed for:

**Starwood Hotels and Resorts Worldwide, Inc.**
**1111 Westchester Avenue**
**White Plains, NY  10604-3500**

## Conducted at:

**St. Regis Hotel**
**Floors 8, 9, 10 &11**
**2 East 55th Street at 5th Avenue**
**New York, NY  10022**

**May 31, 2005**

**AEI Project # 2389-6613**

312



**ATLANTIC
ENVIRONMENTAL**

**Since 1978**

Starwood Hotels and Resorts Worldwide, Inc.
5th Avenue Hotel Suite, LLC
SLT Realty Limited Partnership
1111 Westchester Avenue
White Plains, NY 10604-3500

Lead-Based Paint Survey
May 31, 2005
AEI Project # 2389-6613

## 1.0   EXECUTIVE SUMMARY

One hundred percent (100%) of the painted surfaces tested on the eighth (8th), ninth (9th), tenth (10th) and eleventh (11th) floors in the St. Regis Hotel located at 2 East 55th Street at 5th Avenue, New York, NY were found to be negative for lead. All painted surfaces were intact.

## 2.0   INTRODUCTION

Atlantic Environmental, Inc. (AEI) was retained by Mr. Seth Ruzi, Vice President and Associate General Counsel of Starwood Hotels and Resorts Worldwide, Inc. to conduct the survey. The purpose of the survey was to determine the presence of lead-based paint in surfaces on the eighth (8th), ninth (9th), tenth (10th) and eleventh (11th) floors in the St. Regis Hotel.

Accessible painted surfaces inside the tested areas of the hotel were assessed. No other surfaces/materials were assessed as part of the survey. The survey was conducted by Atlantic Environmental, Inc. representative, Mr. David Behar, a New Jersey Lead Inspector/Risk Assessor.



**ATLANTIC ENVIRONMENTAL**

Since 1978

Starwood Hotels and Resorts Worldwide, Inc.
5th Avenue Hotel Suite, LLC
SLT Realty Limited Partnership
1111 Westchester Avenue
White Plains, NY 10604-3500

Lead-Based Paint Survey
May 31, 2005
AEI Project # 2389-6613

## 3.0 INSTRUMENTATION

The instrument used for sampling was a NITON X-Ray Fluorescent Analyzer capable of reading both K&L Shell X-Rays and giving readouts in $mg/cm^2$. The analyzer is calibrated at the factory and no field adjustments are possible due to the radioactive source.

However, before and after calibration check, readings are made against known ASTM (American Society of Testing and Materials) Standards (Concentrations of Lead in Paint).

The unit is set to read positive for lead-based paint when concentrations of $1.0 \, mg/cm^2$ or above are noted. This number is the only "standard" in use; and is promulgated by HUD (Housing and Urban Development) as the criteria for acceptable lead-based paints concentration in housing and public buildings. The HUD guidelines are considered the reference level. There are no other standards or guidelines for concentrations of lead-based paint.

## 4.0 OBSERVATIONS

The Lead-Based Paint Survey conducted at the St. Regis Hotel consisted of four (4) floors. Tested surfaces were comprised of drywall, wood, plaster and metal. A majority of the interior walls consisted of drywall. The doors, windowsills and baseboards were mainly wood-based. Most of the surfaces were painted.



**ATLANTIC ENVIRONMENTAL**

Since 1978

Starwood Hotels and Resorts Worldwide, Inc.
5th Avenue Hotel Suite, LLC
SLT Realty Limited Partnership
1111 Westchester Avenue
White Plains, NY 10604-3500

Lead-Based Paint Survey
May 31, 2005
AEI Project # 2389-6613

Representative testing was performed on accessible painted surfaces in accordance with the United States Department of Housing and Urban Development Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing.

## 5.0    CONDITION ASSESSMENT

All surfaces contained lead were assessed for the materials' condition at the time of the survey. The condition assessment was based on the United States Department of Housing and Urban Development Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing. All painted surfaces were in excellent condition.

3



**ATLANTIC
ENVIRONMENTAL**
**Since 1978**

Starwood Hotels and Resorts Worldwide, Inc.
5th Avenue Hotel Suite, LLC
SLT Realty Limited Partnership
1111 Westchester Avenue
White Plains, NY 10604-3500

Lead-Based Paint Survey
May 31, 2005
AEI Project # 2389-6613

The following categories were used for condition assessment and can be found in Appendix A wherever lead was encountered:

| Building Component | Total Area of Deteriorated Lead-Based Paint: Each Component | | |
|---|---|---|---|
| | Intact | Fair | Poor |
| Exterior components with large surface areas | Entire surface is intact | Less than or equal to 10 square feet | More than 10 square feet |
| Interior components with large surface areas (walls, ceilings, floors, doors) | Entire surface is intact | Less than or equal to 2 square feet | More than 2 square feet |
| Interior and exterior components with small surface areas (windowsills, baseboards, soffits, trim) | Entire surface is intact | Less than or equal to 10% of the total surface area of the component | More than 10% of the total surface area of the component |

[1]Building component in this table refers to each *individual* component or side of the building, *not* the combined surface area of all similar components in a room (e.g., a wall with 1 square foot of deteriorated paint is in "fair" condition, even if the other three walls in a room are intact).

[2]Surfaces in "fair" condition should be repaired and/or monitored, but are not considered to be "lead-based paint hazards" as defined in Title X.

[3]Surfaces in "poor" condition are considered to be "lead-based paint hazards" as defined in Title X and should be addressed through abatement or interim controls.



**ATLANTIC ENVIRONMENTAL**

Since 1978

Starwood Hotels and Resorts Worldwide, Inc.
5th Avenue Hotel Suite, LLC
SLT Realty Limited Partnership
1111 Westchester Avenue
White Plains, NY 10604-3500

Lead-Based Paint Survey
May 31, 2005
AEI Project # 2389-6613

---

## 6.0 RECOMMENDATIONS

Atlantic Environmental, Inc. recommends no further action at this time. It is important, however, to monitor painted surfaces in areas that have not been tested.

Report Prepared By:

David Behar
New Jersey Lead Inspector/Risk Assessor

Report Reviewed By:

Robert E. Sheriff, CIH, CSP
CEO

Lead2005/StarwoodHotels&ResortsWorldwide6613

5



Starwood Hotels and Resorts Worldwide, Inc.
5th Avenue Hotel Suite, LLC
SLT Realty Limited Partnership
1111 Westchester Avenue
White Plains, NY 10604-3500

Lead-Based Paint Survey
May 31, 2005
AEI Project # 2389-6613

# Appendix A

# XRF Readings

## Lead Identification Survey

**Page #1  Location: St. Regis Hotel  Date: May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613**

| Sample ID | Site (Bldg) | Floor | Room | Room Name | Side | Component / Material (Color) | Condition Negative / Positive | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | Nist Card | Positive 1.2 + 0.1 | Pre-Calibration |
| 2 | | | | | | Nist Card | Positive 1.0 + 0.1 | Pre-Calibration |
| 3 | | | | | | Nist Card | Positive 1.1 + 0.1 | Pre-Calibration |
| 4 | St. Regis | 11 | 1103 | Living Room | A | Wall-Drywall-Beige | Intact-Negative 0.1 | |
| 5 | St. Regis | 11 | 1103 | Living Room | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 6 | St. Regis | 11 | 1103 | Living Room | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 7 | St. Regis | 11 | 1103 | Living Room | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 8 | St. Regis | 11 | 1103 | Living Room | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 9 | St. Regis | 11 | 1103 | Living Room | C | Window-Drywall-Beige | Intact-Negative 0.1 | |
| 10 | St. Regis | 11 | 1103 | Living Room | C | Window-Drywall-Beige | Intact-Negative 0.2 | |
| 11 | St. Regis | 11 | 1103 | Living Room | N/A | Ceiling-Drywall-Beige | Intact-Negative 0.0 | |
| 12 | St. Regis | 11 | 1103 | Hallway | D | Door Casing-Wood-Beige | Intact-Negative 0.0 | |
| 13 | St. Regis | 11 | 1103 | Hallway | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 14 | St. Regis | 11 | 1103 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 15 | St. Regis | 11 | 1103 | Hallway | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 16 | St. Regis | 11 | 1103 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 17 | St. Regis | 11 | 1103 | Hallway | D | Air Intake Grate-Metal-Beige | Intact-Negative 0.0 | |
| 18 | St. Regis | 11 | 1103 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 19 | St. Regis | 11 | 1103 | Hallway | A | Bathroom Door-Wood-Beige | Intact-Negative 0.0 | |
| 20 | St. Regis | 11 | 1103 | Hallway | A | Bathroom. Door Trim-Wood-Beige | Intact-Negative 0.0 | |

319

## Lead Identification Survey

**Page #2  Location: St. Regis Hotel  Date: May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613**

| Sample ID # | Site (Bldg) | Floor | Room | Room Name | Side | Component-Material-Color | Condition | Notes |
|---|---|---|---|---|---|---|---|---|
| 21 | St. Regis | 11 | 1103 | Bed Room | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 22 | St. Regis | 11 | 1103 | Bed Room | C | Wall- Drywall-Beige | Intact-Negative 0.0 | |
| 23 | St. Regis | 11 | 1103 | Bed Room | B | Baseboard-wood-Beige | Intact-Negative 0.0 | |
| 24 | St. Regis | 11 | 1103 | Bed Room | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | . |
| 25 | St. Regis | 11 | 1103 | Bed Room | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 26 | St. Regis | 11 | 1103 | Bed Room | D | Window-Drywall-Beige | Intact-Negative 0.0 | |
| 27 | St. Regis | 11 | 1103 | Bed Room | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 28 | St. Regis | 11 | 1103 | Closet bth/bed | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 29 | St. Regis | 11 | 1103 | Closet bth/bed | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 30 | St. Regis | 11 | 1103 | Closet bth/bed | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 31 | St. Regis | 11 | 1103 | Closet bth/bed | C | Wall Unit w/safe-Wood-Beige | Intact-Negative 0.0 | |
| 32 | St. Regis | 11 | 1103 | Closet bth/bed | D | Baseboard-Wood- Beige | Intact-Negative 0.0 | |
| 33 | St. Regis | 11 | 1103 | Bath Room | C | Toilet Trim-Wood-Beige | Intact-Negative 0.0 | Wall paper in bath. |
| 34 | St. Regis | 11 | 1103 | Bath Room | B | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 35 | St. Regis | 11 | 1101 | Hallway A | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 36 | St. Regis | 11 | 1101 | Hallway A | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 37 | St. Regis | 11 | 1101 | Hallway A | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 38 | St. Regis | 11 | 1101 | Hallway A | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 39 | St. Regis | 11 | 1101 | Hallway A | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 40 | St. Regis | 11 | 1101 | Hallway A/B | D/A | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |

320

## Lead Identification Survey

**Page #3 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613**

| Sample ID | Site (Bldg) | Floor | Room | Room Name | Site | Component-Material-Color | Condition Reading-Result | Comment |
|---|---|---|---|---|---|---|---|---|
| 41 | St. Regis | 11 | 1101 | Hallway B | D | Air grate-Metal-Beige | Intact-Negative 0.0 | |
| 42 | St. Regis | 11 | 1101 | Hallway B | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 43 | St. Regis | 11 | 1101 | Hallway B | B | Pantry Cabinet-Wood-Beige | Intact-Negative 0.0 | |
| 44 | St. Regis | 11 | 1101 | Hallway B | B | Pantry Doors-Wood-Beige | Intact-Negative 0.0 | o |
| 45 | St. Regis | 11 | 1101 | Living Area | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 46 | St. Regis | 11 | 1101 | Living Area | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 47 | St. Regis | 11 | 1101 | Living Area | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 48 | St. Regis | 11 | 1101 | Living Area | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 49 | St. Regis | 11 | 1101 | Living Area | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 50 | St. Regis | 11 | 1101 | Hallway B | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 51 | St. Regis | 11 | 1101 | Bathroom A | C | Wall Trim-Wood-Beige | Intact- Negative 0.0 | Right side of hall. |
| 52 | St. Regis | 11 | 1101 | Bathroom A | C | Window sill-Drywall-Beige | Intact -Negative 0.0 | Wall paper in bath. |
| 53 | St. Regis | 11 | 1101 | Bathroom A | A | Door-Wood-Beige | Intact -Negative 0.0 | |
| 54 | St. Regis | 11 | 1101 | Bathroom A | A | Door Jam-Wood-Beige | Intact -Negative 0.0 | |
| 55 | St. Regis | 11 | 1101 | Bathroom B | C | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Left side of hall. |
| 56 | St. Regis | 11 | 1101 | Bathroom B | A | Door-Wood-Beige | Intact-Negative 0.0 | Wall paper in bath. |
| 57 | St. Regis | 11 | 1101 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 58 | St. Regis | 11 | 1101 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 59 | St. Regis | 11 | 1101 | Bedroom | B | Window Trim-Wood-Beige | Intact-Negative 0.0 | |
| 60 | St. Regis | 11 | 1101 | Bedroom | A | Entertainment Cent-Wood-Beige | Intact-Negative 0.0 | |

# Lead Identification Survey

Page #4  Location:  St. Regis Hotel  Date:  May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613

| Sample ID | Site (Bldg) | Floor | Room | Room Name | Side | Component-Material-Color | Condition Negative/Positive | |
|---|---|---|---|---|---|---|---|---|
| 61 | St. Regis | 11 | 1101 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 62 | St. Regis | 11 | 1101 | Bedroom | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 63 | St. Regis | 11 | 1108 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 64 | St. Regis | 11 | 1108 | Bedroom | B | Wall-Bedroom-Beige | Intact-Negative 0.0 | |
| 65 | St. Regis | 11 | 1108 | Bedroom | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 66 | St. Regis | 11 | 1108 | Bedroom | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | • |
| 67 | St. Regis | 11 | 1108 | Bedroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 68 | St. Regis | 11 | 1108 | Bedroom | - | Ceiling Sofit-Plaster-White | Intact-Negative 0.0 | |
| 69 | St. Regis | 11 | 1108 | Bathroom | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | Wall paper in bath. |
| 70 | St. Regis | 11 | 1108 | Bathroom | B | Wall Trim-wood-Beige | Intact-Negative 0.0 | |
| 71 | St. Regis | 11 | 1108 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | •• |
| 72 | St. Regis | 11 | 1108 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 73 | St. Regis | 11 | 1108 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 74 | St. Regis | 11 | 1108 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 75 | St. Regis | 11 | 1116 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 76 | St. Regis | 11 | 1116 | Hallway | A | Door Trim-Wood-Beige | Intact-Negative 0.0 | |
| 77 | St. Regis | 11 | 1116 | Hallway | C | Baseboard | Intact-Negative 0.0 | |
| 78 | St. Regis | 11 | 1116 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 79 | St. Regis | 11 | 1116 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 80 | St. Regis | 11 | 1116 | Bedroom | C | Entertainment Cent-Wood-Beige | Intact-Negative 0.0 | |

**Lead Identification Survey**

**Page #5  Location:  St. Regis Hotel  Date:  May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613**

| Sample ID | Site (Bldg) | Floor | Room # | Room Name | Side | Component / Material / Color | Condition / Negative / Positive | |
|---|---|---|---|---|---|---|---|---|
| 81 | St. Regis | 11 | 1116 | Bedroom | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 82 | St. Regis | 11 | 1116 | Bedroom | A | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 83 | St. Regis | 11 | 1116 | Bedroom | A | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 84 | St. Regis | 11 | 1116 | Bathroom | A | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 85 | St. Regis | 11 | 1116 | Bathroom | A | Door-wood-Beige | Intact-Negative 0.0 | |
| 86 | St. Regis | 11 | 1128 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 87 | St. Regis | 11 | 1128 | Bedroom | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 88 | St. Regis | 11 | 1128 | Bedroom | A | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 89 | St. Regis | 11 | 1128 | Bedroom | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 90 | St. Regis | 11 | 1128 | Bathroom | A | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Wall paper in Bath. |
| 91 | St. Regis | 11 | 1128 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 92 | St. Regis | 11 | 1128 | Hallway Closet | D | Wall Trim-Wood-Beige | Intact-negative 0.0 | |
| 93 | St. Regis | 11 | 1128 | Hallway | D | Air Grate-Metal-Beige | Intact-Negative 0.0 | |
| 94 | St. Regis | 11 | 1128 | Hallway | B | Wall-Drywall-Beige | Intact-negative 0.0 | |
| 95 | St. Regis | 11 | 1135 | Hall 1 Enter | A | Door-Wood-Beige | Intact-Negative 0.0 | Entrance Hallway. |
| 96 | St. Regis | 11 | 1135 | Hall 1 Enter | A | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 97 | St. Regis | 11 | 1135 | Hall 1 Enter | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 98 | St. Regis | 11 | 1135 | Hall 1 Enter | B | Wall-Drywall-Beige | Intact-Negative 0.0 | Paper over drywall |
| 99 | St. Regis | 11 | 1135 | Living Area | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 100 | St. Regis | 11 | 1135 | Living Area | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |

323

## Lead Identification Survey

**Page #6 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613**

| Sample ID | Site (Bldg) | Floor | Room | Room Name | Side | Component/Material | Condition / Reading (Neg/Pos) | |
|---|---|---|---|---|---|---|---|---|
| 101 | St. Regis | 11 | 1135 | Living Area | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 102 | St. Regis | 11 | 1135 | Living Area | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 103 | St. Regis | 11 | 1135 | Hall 2 | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 104 | St. Regis | 11 | 1135 | Hall 2 | D | Closet Trim-Wood-Beige | Intact-Negative 0.0 | |
| 105 | St. Regis | 11 | 1135 | Hall 2 | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 106 | St. Regis | 11 | 1135 | Hall 2 | C | Door-Wood-Beige | Intact-Negative 0.0 | |
| 107 | St. Regis | 11 | 1135 | Bathroom 1 | C | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Off of Hall 2 |
| 108 | St. Regis | 11 | 1135 | Bathroom 1 | D | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 109 | St. Regis | 11 | 1135 | Hall 1 Enter | - | Ceiling-Drywall-white | Intact-Negative 0.0 | |
| 110 | St. Regis | 11 | 1135 | Bathroom 2 | A | Wall-Drywall-Beige | Intact-Negative 0.0 | Master Bath. |
| 111 | St. Regis | 11 | 1135 | Bathroom 2 | D | Wall-Drywall-beige | Intact-Negative 0.0 | |
| 112 | St. Regis | 11 | 1135 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 113 | St. Regis | 11 | 1135 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 114 | St. Regis | 11 | 1135 | Bedroom | B | Entertainment Cent-Wood-Beige | Intact-Negative 0.0 | |
| 115 | St. Regis | 11 | 1135 | Bedroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 116 | St. Regis | 10 | 1003 | Living Area | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 117 | St. Regis | 10 | 1003 | Living Area | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 118 | St. Regis | 10 | 1003 | Living Area | B | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 119 | St. Regis | 10 | 1003 | Living Area | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 120 | St. Regis | 10 | 1003 | Living Area | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |

**Lead Identification Survey**

Page #7 Location: St. Regis Hotel  Date: May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613

| Sample ID | Site (Bldg) | Floor | Room # | Room Name | Side | Component / Material / Color | Condition Reading / Result | |
|---|---|---|---|---|---|---|---|---|
| 121 | St. Regis | 10 | 1003 | Hall 1 | C | Wall-Drywall-Beige | Intact-Negative 0.0 | Entrance Hall. |
| 122 | St. Regis | 10 | 1003 | Hall 1 | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 123 | St. Regis | 10 | 1003 | Hall 1 | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 124 | St. Regis | 10 | 1003 | Hall 1 | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 125 | St. Regis | 10 | 1003 | Bathroom 1 | A | Door-Wood-Beige | Intact-Negative 0.0 | Off Hall 1. |
| 126 | St. Regis | 10 | 1003 | Bathroom 1 | C | Wall-Drywall-Beige | Intact-Negative 0.0 | • |
| 127 | St. Regis | 10 | 1003 | Bathroom 1 | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 128 | St. Regis | 10 | 1003 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 129 | St. Regis | 10 | 1003 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 130 | St. Regis | 10 | 1003 | Bedroom | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 131 | St. Regis | 10 | 1003 | Bedroom | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 132 | St. Regis | 10 | 1003 | Hall 2 | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 133 | St. Regis | 10 | 1003 | Bathroom 2 | C | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Master Bath. |
| 134 | St. Regis | 10 | 1003 | Bathroom 2 | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 135 | St. Regis | 10 | 1003 | Bathroom 2 | B | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 136 | St. Regis | 10 | 1005 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 137 | St. Regis | 10 | 1005 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 138 | St. Regis | 10 | 1005 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 139 | St. Regis | 10 | 1005 | Hallway | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 140 | St. Regis | 10 | 1005 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |

325

## Lead Identification Survey

Page #8 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613

| Sample ID | Site/Building | Floor | Room | Room Name | Side | Component / Substrate / Color | Condition / Result | |
|---|---|---|---|---|---|---|---|---|
| 141 | St. Regis | 10 | 1005 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 142 | St. Regis | 10 | 1005 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 143 | St. Regis | 10 | 1005 | Bedroom | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 144 | St. Regis | 10 | 1005 | Bathroom | · | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 145 | St. Regis | 10 | 1005 | Bed/Bath | B | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 146 | St. Regis | 10 | 1021 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | · |
| 147 | St. Regis | 10 | 1021 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 148 | St. Regis | 10 | 1021 | Bathroom 1 | C | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 149 | St. Regis | 10 | 1021 | Bathroom 1 | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 150 | St. Regis | 10 | 1021 | Living Area | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 151 | St. Regis | 10 | 1021 | Living Area | C | Wall-Drywall-Beige | Intact-Negative 0.0 | .. |
| 152 | St. Regis | 10 | 1021 | Living Area | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 153 | St. Regis | 10 | 1021 | Living Area | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 154 | St. Regis | 10 | 1021 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 155 | St. Regis | 10 | 1021 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 156 | St. Regis | 10 | 1021 | Bedroom | D | Window Sill-Drywall-Beige | Intact-Negative 0.0 | |
| 157 | St. Regis | 10 | 1021 | Bedroom | A | Archway Trim-Wood-Beige | Intact-Negative 0.0 | |
| 158 | St. Regis | 10 | 1021 | Bedroom | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 159 | St. Regis | 10 | 1021 | Bathroom 2 | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 160 | St. Regis | 10 | 1021 | Bathroom 2 | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |

326