# Lead Identification Survey

**Page #9 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613**

| Sample ID# | Site (Bldg) | Floor # | Room # | Room Name | Side | Component-Material / Color | Condition Negative/Positive | Notes |
|---|---|---|---|---|---|---|---|---|
| 161 | St. Regis | 10 | 1028 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 162 | St. Regis | 10 | 1028 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 163 | St. Regis | 10 | 1028 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 164 | St. Regis | 10 | 1028 | Hallway | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 165 | St. Regis | 10 | 1028 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 166 | St. Regis | 10 | 1028 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | * |
| 167 | St. Regis | 10 | 1028 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 168 | St. Regis | 10 | 1028 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 169 | St. Regis | 10 | 1028 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 170 | St. Regis | 10 | 1028 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 171 | St. Regis | 10 | 1028 | Bedroom | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | .. |
| 172 | St. Regis | 10 | 1031 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | Became occupied |
| 173 | St. Regis | 10 | 1031 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 174 | St. Regis | 10 | 1031 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 175 | St. Regis | 10 | 1031 | Hallway | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 176 | St. Regis | 10 | 1031 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 177 | St. Regis | 10 | 1031 | Bathroom | A | Door Jam-Wood-beige | Intact-Negative 0.0 | |
| 178 | St. Regis | 10 | 1031 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 179 | St. Regis | 10 | 1036 | Hallway 1 | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 180 | St. Regis | 10 | 1036 | Hallway 1 | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |

327

## Lead Identification Survey

**Page #10 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613**

| Sample ID | Site/Bldg | Floor | Room | Room Name | Side | Component/Substrate/Color | Location Negative Positive | |
|---|---|---|---|---|---|---|---|---|
| 181 | St. Regis | 10 | 1036 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 182 | St. Regis | 10 | 1036 | Hallway | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 183 | St. Regis | 10 | 1036 | Hallway | C | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 184 | St. Regis | 10 | 1036 | Living Area | A | Wall-Drywall-beige | Intact-Negative 0.0 | |
| 185 | St. Regis | 10 | 1036 | Living Area | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 186 | St. Regis | 10 | 1036 | Living Area | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | • |
| 187 | St. Regis | 10 | 1036 | Living Area | C | R Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 188 | St. Regis | 10 | 1036 | Bathroom 1 | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Left off Hall. |
| 189 | St. Regis | 10 | 1036 | Bathroom 1 | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 190 | St. Regis | 10 | 1036 | Bathroom 2 | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Right off Hall. |
| 191 | St. Regis | 10 | 1036 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | .. |
| 192 | St. Regis | 10 | 1036 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 193 | St. Regis | 10 | 1036 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 194 | St. Regis | 10 | 1036 | Bedroom | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 195 | St. Regis | 10 | 1036 | Bedroom | C | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 196 | St. Regis | 10 | 1036 | Bedroom | D | Entertainment Cent-Wood-Beige | Intact-Negative 0.0 | |
| 197 | St. Regis | 9 | 901 | Hallway 1 | A | Door-Wood-Beige | Intact-Negative 0.0 | Entrance Hall. |
| 198 | St. Regis | 9 | 901 | Hallway 1 | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 199 | St. Regis | 9 | 901 | Hallway 1 | D | Wall-Drywall-beige | Intact-Negative 0.0 | |
| 200 | St. Regis | 9 | 901 | Hallway 1 | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |

328

## Lead Identification Survey

**Page #11 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project #2389-6613**

| Sample ID# | Site (Bldg) | Floor | Room | Room Name | Side | Component-Material-Color | Condition Negative/Positive | XRF |
|---|---|---|---|---|---|---|---|---|
| 201 | St. Regis | 9 | 901 | Hallway 1 | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 202 | St. Regis | 9 | 901 | Hall 2/Pantry | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 203 | St. Regis | 9 | 901 | Bathroom 1 | D | Wall-Drywall-Beige | Intact-Negative 0.0 | Off of Hall 2 |
| 204 | St. Regis | 9 | 901 | Bathroom 1 | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 205 | St. Regis | 9 | 901 | Bathroom 1 | A | Door-Wood-Beige | Intact-Negative 0.0 | • |
| 206 | St. Regis | 9 | 901 | Bathroom 1 | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 207 | St. Regis | 9 | 901 | Living Area | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 208 | St. Regis | 9 | 901 | Living Area | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 209 | St. Regis | 9 | 901 | Living Area | B | Window Sill-wood-Beige | Intact-Negative 0.0 | |
| 210 | St. Regis | 9 | 901 | Living Area | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 211 | St. Regis | 9 | 901 | Bathroom 2 | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | Master Bath. |
| 212 | St. Regis | 9 | 901 | Bathroom 2 | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 213 | St. Regis | 9 | 901 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 214 | St. Regis | 9 | 901 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 215 | St. Regis | 9 | 901 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 216 | St. Regis | 9 | 901 | Bedroom | B | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 217 | St. Regis | 9 | 901 | Bedroom | B | Entertainment Cent-Wood-Beige | Intact-Negative 0.0 | |
| 218 | St. Regis | 9 | 905 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 219 | St. Regis | 9 | 905 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 220 | St. Regis | 9 | 905 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |

329

## Lead Identification Survey

**Page #12  Location:  St. Regis Hotel  Date:  May 31, 2005  Inspector:  David Behar  AEI Project # 2389-6613**

| Sample ID# | Site (Bldg.) | Floor # | Room # | Room Name | Side | Component-Material-Color | Condition Negative/Positive | Result |
|---|---|---|---|---|---|---|---|---|
| 221 | St. Regis | 9 | 905 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 222 | St. Regis | 9 | 905 | Hallway | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 223 | St. Regis | 9 | 905 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 224 | St. Regis | 9 | 905 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 225 | St. Regis | 9 | 905 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 226 | St. Regis | 9 | 905 | Bedroom | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | . |
| 227 | St. Regis | 9 | 905 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 228 | St. Regis | 9 | 905 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 229 | St. Regis | 9 | 905 | Bathroom | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 230 | St. Regis | 9 | 909 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 231 | St. Regis | 9 | 909 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | .. |
| 232 | St. Regis | 9 | 909 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 233 | St. Regis | 9 | 909 | Hallway | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 234 | St. Regis | 9 | 909 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 235 | St. Regis | 9 | 909 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 236 | St. Regis | 9 | 909 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 237 | St. Regis | 9 | 909 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 238 | St. Regis | 9 | 909 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 239 | St. Regis | 9 | 909 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 240 | St. Regis | 9 | 909 | Bedroom | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |

330

# Lead Identification Survey

Page #13 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613

| Sample ID # | Site (Bldg) | Floor | Room | Room Name | Side | Component - Material - Color | Condition Negative / Positive | |
|---|---|---|---|---|---|---|---|---|
| 241 | St. Regis | 9 | 909 | Bedroom | C | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 242 | St. Regis | 9 | 922 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 243 | St. Regis | 9 | 922 | Hallway | A | Door Trim-Wood-Beige | Intact-Negative 0.0 | |
| 244 | St. Regis | 9 | 922 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 245 | St. Regis | 9 | 922 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 246 | St. Regis | 9 | 922 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 247 | St. Regis | 9 | 922 | Living Area | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 248 | St. Regis | 9 | 922 | Living Area | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 249 | St. Regis | 9 | 922 | Living Area | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 250 | St. Regis | 9 | 922 | Living Area | C | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 251 | St. Regis | 9 | 922 | Living Area | A | Closet Door-Wood-Beige | Intact-Negative 0.0 | |
| 252 | St. Regis | 9 | 922 | Bedroom | D | Archway Trim-Wood-Beige | Intact-Negative 0.0 | |
| 253 | St. Regis | 9 | 922 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 254 | St. Regis | 9 | 922 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 255 | St. Regis | 9 | 922 | Bedroom | B | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 256 | St. Regis | 9 | 922 | Bedroom | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 257 | St. Regis | 9 | 922 | Bedroom | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 258 | St. Regis | 8 | 808 | Hallway | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 259 | St. Regis | 8 | 808 | Hall Closet | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 260 | St. Regis | 8 | 808 | Hall Closet | D | Shelving Unit-Wood-Beige | Intact-Negative 0.0 | |

## Lead Identification Survey

Page #14 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project #2389-6613

| Sample ID# | Site Bldg | Floor | Room | Room Name | Site | Component/Material/Color | Condition Reading-Units | PB - |
|---|---|---|---|---|---|---|---|---|
| 261 | St. Regis | 8 | 808 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 262 | St. Regis | 8 | 808 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 263 | St. Regis | 8 | 808 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 264 | St. Regis | 8 | 808 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 265 | St. Regis | 8 | 808 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 266 | St. Regis | 8 | 808 | Bedroom | D | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 267 | St. Regis | 8 | 808 | Bedroom | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 268 | St. Regis | 8 | 809 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 269 | St. Regis | 8 | 809 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 270 | St. Regis | 8 | 809 | Hallway | D | Door Trim-Wood-Beige | Intact-Negative 0.0 | |
| 271 | St. Regis | 8 | 809 | Hallway | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 272 | St. Regis | 8 | 809 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 273 | St. Regis | 8 | 809 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 274 | St. Regis | 8 | 809 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 275 | St. Regis | 8 | 809 | Bedroom | D | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 276 | St. Regis | 8 | 809 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 277 | St. Regis | 8 | 809 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 278 | St. Regis | 8 | 809 | Bedroom | C | R Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 279 | St. Regis | 8 | 809 | Bedroom | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 280 | St. Regis | 8 | 809 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |

332

## Lead Identification Survey

**Page #15 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project #2389-6613**

| Sample ID# | Site (Bldg) | Floor | Room | Room Name | Side | Component / Material / Color | Condition (Negative / Positive) | |
|---|---|---|---|---|---|---|---|---|
| 281 | St. Regis | 8 | 811 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | . |
| 282 | St. Regis | 8 | 811 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 283 | St. Regis | 8 | 811 | Hallway | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 284 | St. Regis | 8 | 811 | Hallway | D | Closet Door-Wood-Beige | Intact-Negative 0.0 | |
| 285 | St. Regis | 8 | 811 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | . |
| 286 | St. Regis | 8 | 811 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 287 | St. Regis | 8 | 811 | Bathroom | A | Door Casing-Wood-Beige | Intact-Negative 0.0 | |
| 288 | St. Regis | 8 | 811 | Bathroom | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 289 | St. Regis | 8 | 811 | Bathroom | B | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 290 | St. Regis | 8 | 811 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 291 | St. Regis | 8 | 811 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 292 | St. Regis | 8 | 811 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 293 | St. Regis | 8 | 811 | Bedroom | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 294 | St. Regis | 8 | 815 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 295 | St. Regis | 8 | 815 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 296 | St. Regis | 8 | 815 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 297 | St. Regis | 8 | 815 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 298 | St. Regis | 8 | 815 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 299 | St. Regis | 8 | 815 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 300 | St. Regis | 8 | 815 | Bathroom | D | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |

333

## Lead Identification Survey

Page #16  Location: St. Regis Hotel  Date: May 31, 2005  Inspector: David Behar  AEI Project #2389-6613

| Sample ID # | Site (Bld.) | Floor | Room # | Room Name | Site | Component/Substrate/Color | Condition Result - Power |  |
|---|---|---|---|---|---|---|---|---|
| 301 | St. Regis | 8 | 815 | Bedroom | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 302 | St. Regis | 8 | 815 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 303 | St. Regis | 8 | 815 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 304 | St. Regis | 8 | 815 | Bedroom | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 305 | St. Regis | 8 | 815 | Bedroom | C | L Window Sill-Wood-Beige | Intact-Negative 0.0 | . |
| 306 | St. Regis | 8 | 816 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 307 | St. Regis | 8 | 816 | Hallway | A | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 308 | St. Regis | 8 | 816 | Hallway | A | Door Trim-Wood-Beige | Intact-Negative 0.0 | |
| 309 | St. Regis | 8 | 816 | Hallway | B | Pass Through Door-Wood-Beige | Intact-Negative 0.0 | |
| 310 | St. Regis | 8 | 816 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 311 | St. Regis | 8 | 816 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 312 | St. Regis | 8 | 816 | Bathroom | B | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 313 | St. Regis | 8 | 816 | Bedroom | D | Archway Trim-Wood-Beige | Intact-Negative 0.0 | |
| 314 | St. Regis | 8 | 816 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 315 | St. Regis | 8 | 816 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 316 | St. Regis | 8 | 816 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 317 | St. Regis | 8 | 816 | Bedroom | C | Entertainment Cent-Wood-Beige | Intact-Negative 0.0 | |
| 318 | St. Regis | 8 | 816 | Bedroom | A | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 319 | St. Regis | 8 | 819 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 320 | St. Regis | 8 | 819 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |

334

# Lead Identification Survey

**Page #17** Location: **St. Regis Hotel** Date: **May 31, 2005** Inspector: **David Behar** AEI Project # **2389-6613**

| Sample ID | Site (Bldg) | Floor | Room | Room Name | Side | Component-Material-Color | Health Negative / Positive | |
|---|---|---|---|---|---|---|---|---|
| 321 | St. Regis | 8 | 819 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 322 | St. Regis | 8 | 819 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 323 | St. Regis | 8 | 819 | Bathroom | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 324 | St. Regis | 8 | 819 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 325 | St. Regis | 8 | 819 | Bathroom | C | Wall Trim-Wood-Beige | Intact-Negative 0.0 | * |
| 326 | St. Regis | 8 | 819 | Bedroom | D | Archway Trim-Wood-Beige | Intact-Negative 0.0 | |
| 327 | St. Regis | 8 | 819 | Bedroom | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 328 | St. Regis | 8 | 819 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 329 | St. Regis | 8 | 819 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 330 | St. Regis | 8 | 819 | Bedroom | C | Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 331 | St. Regis | 8 | 821 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 332 | St. Regis | 8 | 821 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 333 | St. Regis | 8 | 821 | Hallway | D | Air Grate-Metal-Beige | Intact-Negative 0.0 | |
| 334 | St. Regis | 8 | 821 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 335 | St. Regis | 8 | 821 | Bathroom 1 | A | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 336 | St. Regis | 8 | 821 | Bathroom 1 | C | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 337 | St. Regis | 8 | 821 | Living Area | D | Archway Trim-Wood-Beige | Intact-Negative 0.0 | |
| 338 | St. Regis | 8 | 821 | Living Area | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 339 | St. Regis | 8 | 821 | Living Area | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 340 | St. Regis | 8 | 821 | Living Area | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |

## Lead Identification Survey

Page #18 Location: St. Regis Hotel  Date: May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613

| Sample ID | Site (Bldg) | Floor | Room # | Room Name | Side | Component - Material - Color | Condition Positive - Negative Result | |
|---|---|---|---|---|---|---|---|---|
| 341 | St. Regis | 8 | 821 | Living Area | C | R Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 342 | St. Regis | 8 | 821 | Bedroom | A | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 343 | St. Regis | 8 | 821 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 344 | St. Regis | 8 | 821 | Bedroom | D | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 345 | St. Regis | 8 | 821 | Bedroom | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 346 | St. Regis | 8 | 821 | Bathroom 2 | A | Door-Wood-Beige | Intact-Negative 0.0 | Master Bath. |
| 347 | St. Regis | 8 | 821 | Bathroom 2 | A | Door Casing-Wood-Beige | Intact-Negative 0.0 | |
| 348 | St. Regis | 8 | 821 | Bathroom 2 | D | Wall Trim-wood-Beige | Intact-Negative 0.0 | |
| 349 | St. Regis | 8 | 822 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 350 | St. Regis | 8 | 822 | Hallway | B | Wall-drywall-Beige | Intact-Negative 0.0 | |
| 351 | St. Regis | 8 | 822 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 352 | St. Regis | 8 | 822 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 353 | St. Regis | 8 | 822 | Bathroom | A | Door Casing-Wood-Beige | Intact-Negative 0.0 | |
| 354 | St. Regis | 8 | 822 | Bathroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 355 | St. Regis | 8 | 822 | Bathroom | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 356 | St. Regis | 8 | 822 | Living Area | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 357 | St. Regis | 8 | 822 | Living Area | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 358 | St. Regis | 8 | 822 | Living Area | A | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 359 | St. Regis | 8 | 822 | Living Area | A | Closet Door-Wood-Beige | Intact-Negative 0.0 | |
| 360 | St. Regis | 8 | 822 | Living Area | B | Baseboard-Wood-Beige | Intact-Negative 0.0 | |

**Lead Identification Survey**

**Page #19  Location:  St. Regis Hotel  Date:  May 31, 2005  Inspector: David Behar  AEI Project # 2389-6613**

| Sample ID # | Site (Bldg) | Floor | Room # | Room Name | Side | Component / Material / Color | Condition / Negative (Pos) | Cont. |
|---|---|---|---|---|---|---|---|---|
| 361 | St. Regis | 8 | 822 | Living Area | C | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 362 | St. Regis | 8 | 822 | Bedroom | B | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 363 | St. Regis | 8 | 822 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 364 | St. Regis | 8 | 822 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 365 | St. Regis | 8 | 822 | Bedroom | B | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 366 | St. Regis | 8 | 828 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 367 | St. Regis | 8 | 828 | Hallway | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 368 | St. Regis | 8 | 828 | Hall Closet | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 369 | St. Regis | 8 | 828 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 370 | St. Regis | 8 | 828 | Bathroom | A | Wall Trim-Wood-Beige | Intact-Negative 0.0 | |
| 371 | St. Regis | 8 | 828 | Bathroom | B | Door Jam-Wood-Beige | Intact-Negative 0.0 | |
| 372 | St. Regis | 8 | 828 | Bedroom | D | Archway Trim-Wood-Beige | Intact-Negative 0.0 | |
| 373 | St. Regis | 8 | 828 | Bedroom | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 374 | St. Regis | 8 | 828 | Bedroom | C | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 375 | St. Regis | 8 | 828 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 376 | St. Regis | 8 | 828 | Bedroom | C | L Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 377 | St. Regis | 8 | 829 | Hallway | A | Door-Wood-Beige | Intact-Negative 0.0 | |
| 378 | St. Regis | 8 | 829 | Hallway | D | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 379 | St. Regis | 8 | 829 | Hallway | D | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 380 | St. Regis | 8 | 829 | Hallway | B | Air Grate-Metal-Beige | Intact-Negative 0.0 | |

337

## Lead Identification Survey

**Page #20 Location: St. Regis Hotel Date: May 31, 2005 Inspector: David Behar AEI Project # 2389-6613**

| Sample ID | Site (Bldg) | Floor # | Room # | Room Name | Side | Component - Type & Color | Condition Reading | Remarks |
|---|---|---|---|---|---|---|---|---|
| 381 | St. Regis | 8 | 829 | Hallway | - | Ceiling-Drywall-White | Intact-Negative 0.0 | |
| 382 | St. Regis | 8 | 829 | Bedroom | B | Archway Casing-Wood-Beige | Intact-Negative 0.0 | |
| 383 | St. Regis | 8 | 829 | Bedroom | B | Wall-Drywall-Beige | Intact-Negative 0.0 | |
| 384 | St. Regis | 8 | 829 | Bedroom | C | Baseboard-Wood-Beige | Intact-Negative 0.0 | |
| 385 | St. Regis | 8 | 829 | Bedroom | C | R Window Sill-Wood-Beige | Intact-Negative 0.0 | |
| 386 | St. Regis | 8 | 829 | Bathroom | D | Wall Trim-wood-Beige | Intact-Negative 0.0 | Master Bath. |
| 387 | St. Regis | 8 | | | | Nist Card | Positive 1.2 ± 0.1 | Post-Calibration |
| 388 | St. Regis | 8 | | | | Nist Card | Positive 1.1 ± 0.1 | Post-Calibration |
| 389 | St. Regis | 8 | | | | Nist Card | Positive 1.2 ± 0.1 | Post-Calibration |
| 390 | | | | | | | | |
| 391 | | | | | | | | |
| 392 | | | | | | | | |
| 393 | | | | | | | | |
| 394 | | | | | | | | |
| 395 | | | | | | | | |
| 396 | | | | | | | | |
| 397 | | | | | | | | |
| 398 | | | | | | | | |
| 399 | | | | | | | | |
| 400 | | | | | | | | |

Municipal Searches
Including Violations



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-8787 FAX (718) 815-8181

CLIENT: FI-256    TITLE#: 300834176NY1/D    09/02/2005

*699 / 703 5 AVENUE*
*AKA: 2 / 12 EAST 55 STREET*

**MANHATTAN**

BLOCK : 1290    LOT : 69

### CERTIFICATE OF OCCUPANCY SEARCH

Note: This search performed subsequent to September 11, 2001
and Dept.of Buildings limited access regulations apply.

Attached find a copy of Certificate of Occupancy # 104514
issued on 02/02/1994 FOR A 19 STORY FIREPROOF
BUILDING; EATING AND DRINKING ESTABLISHMENT,
ACCESSORY HEALTH FACILITY, OFFICE, BANQUET ROOMS,
BARBER SHOP, BAKE SHOP AND HOTEL ROOMS.

According to the Building Department Index records, there
are no alteration plans approved subsequent to the
Certificate of Occupancy that either change or propose to
change the legal occupancy of these premises.

Municipal Data Services Inc. certifies that the records of the above municipal
agency were examined on behalf of FIRST AMERICAN TITLE INSURANCE CO,. The information
reported above is a true and accurate abstract of the information on file therein.
This report is submitted for information purposes only. No liability is assumed.

2537057    7678077

**THE CITY OF NEW YORK**



ALT 100567539

# DEPARTMENT OF BUILDINGS

## CERTIFICATE OF OCCUPANCY amended

**BOROUGH MANHATTAN**      DATE FEB 02 1994 NO. **104514** 

This certificate supersedes C.O. NO  103622   ZONING DISTRICT C5-3
THIS CERTIFIES that the new—altered-existing—building—premises located at
**2 EAST 55TH STREET**                    **Block 1290      Lot 69**

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| | live load lbs per sq ft | no of persons accommodated | dwelling or rooming units | height or stories | zone group | building code occupancy group | description of use |
|---|---|---|---|---|---|---|---|
| SUB-CELLAR 2 | OG | | | | 5 | D2 | MECHANICAL ROOMS |
| | | | | | 5 | D2 | MAINTENANCE SHOP |
| | | | | | 5 | B2 | FUEL OIL TANK |
| | | | | | 5 | B2 | STORAGE |
| | | 19 | | | 5 | E | OFFICE |
| SUB-CELLAR 1 | 120 | | | | 5 | D2 | MECHANICAL ROOM |
| | | | | | 5 | D2 | ELEC. METER ROOM |
| | | | | | 5 | D2 | WATER METER ROOM |
| | | | | | 5 | D2 | FIRE PUMP ROOM |
| | | | | | 5 | D2 | ELEC. EQUIP. ROOM |
| | | | | | 5 | D2 | TEL. EQUIP. ROOM |
| | | 19 | | | 5 | E | HOUSE LAUNDRY |
| | | | | | 5 | B2 | LOCKER ROOMS |
| | | | | | 5 | B2 | STORAGE ROOM |
| | | | | | 5 | D2 | COMPRESSOR ROOM |
| | | 15 | | | 5 | E | OFFICES |
| | | 20 | | | 5 | F4 | EMPLOYEE-CAFETERIA |
| CELLAR | 120 | 20 | | | 6 | C | STORES |
| | | | | | 5 | D2 | ELEC. SWITCH BD ROOM |
| | | 19 | | | 5 | F3 | ACC. HEALTH FAC. |
| | | 27 | | | 5 | E | OFFICES |
| | | | | | 5 | E | BEAUTY/BARBER SALON |
| | | | | | 5 | D2 | ELEC. METER ROOM |
| | | | | | 5 | D2 | GAS METER ROOM |
| | | 250 | | | 5 | F4 | MEETING ROOM |
| | | 6 | | | 5 | D2 | KITCHEN |
| | | 14 | | | 5 | B2 | PANTRIES |
| | | | | | 5 | D2 | MECH'L EQUIP. ROOM |
| | | 2 | | | 5 | B2 | COAT ROOM |
| | | 5 | | | 5 | B2 | STORAGE |

**(CONTINUED)**

OPEN SPACE USES _____ (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

N.B.      NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT                          COMMISSIONER

☑ ORIGINAL   ☑ OFFICE COPY - DEPARTMENT OF BUILDINGS   ☐ COPY

PAGE 2 OF 3 PAGES



THE CITY OF NEW YORK

# DEPARTMENT OF BUILDINGS
ALT 100567539

## CERTIFICATE OF OCCUPANCY AMENDED

No. 104514

**BOROUGH** MANHATTAN    **DATE:** FEB 0 2 1991    ZONING DISTRICT C5-3

This certificate supersedes C.O. NO  103622

THIS CERTIFIES that the new—altered—existing—building—premises located at

**2 EAST 55TH STREET**    Block **1290**    Lot **60**

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | MAXIMUM HEIGHT | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| 1ST FLOOR | 120 | 170 | | | 6 | F4 | EATING AND DRINKING EST. |
| | | 10 | | | 6 | F4 | BAR, LOUNGE |
| | | | | | 6 | D2 | KITCHEN |
| | | 40 | | | 5 | | HOTEL LOBBY |
| | | | | | 6 | C | STORES |
| 1M. | 40 | 1 | | | 5 | D2 | MECHANICAL ROOM |
| | | 35 | | | 5 | E | OFFICES |
| 2ND FLOOR | 100 | 485 | | | 10 | F1? | MEETING ROOMS—BANQUET ROOMS |
| | | | | | | F4 | |
| | | 32 | | | 5 | B2 | PANTRY |
| | | | | | 5 | B2 | STORAGE |
| 2M | 100 | 3 | | | 5 | D2 | MECHANICAL ROOMS |
| | 50 | 21 | | | 5 | D2 | OFFICES |
| 3RD FLOOR | 40 | | | 30 | 5 | J-? | HOTEL ROOMS |
| 4TH FLOOR | 40 | | | 30 | 5 | J-? | HOTEL ROOMS |
| 5TH-14TH FLOORS | 40 ea. | | | 27 ea. | 5 | J1 | HOTEL ROOMS |
| 15TH FLOOR | 40 | | | 26 | 5 | J1 | HOTEL ROOMS |
| 16TH FLOOR | 40 | | | 27 | 5 | J1 | HOTEL ROOMS |
| 17TH FLOOR | 40 | | | 26 | 5 | J1 | HOTEL ROOMS |
| 18TH FLOOR | 40 | | | 25 | 5 | J1 | HOTEL ROOMS |
| 19TH FLOOR | 220 | | | 100 | 10 | F2 | BANQUET ROOM |

(CONTINUED)

OPEN SPACE USES _____ & PEOPLE—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE

N.C.    NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT            COMMISSIONER

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

Case 1:16-cv-09390-GHW Document 125-18 Filed 01/10/20 Page 18 of 47

PAGE 3 OF 3 PAGES

THE CITY OF NEW YORK

ALT 100567539



# DEPARTMENT OF BUILDINGS

# CERTIFICATE OF OCCUPANCY AMENDED 104514

**BOROUGH** MANHATTAN   **DATE** FEB 02 1984   **NO.**

This certificate supersedes C.O. NO   103622   **ZONING DISTRICT** C5-3

THIS CERTIFIES that the ~~new~~ altered — ~~existing~~ building — premises located at
**2 EAST 55TH STREET**   **Block** 1290   **Lot** 69

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | GROSS LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE OCCUPANCY GROUP | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| | 7 | | | | 5 | B2 D2 | STORAGE KITCHEN |

AMENDED CERTIFICATE OF OCCUPANCY FOR CHANGE IN CELLAR.

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES OF THE BOARD OF STANDARDS AND APPEALS 1937.

**OPEN SPACE USES** _____ (SPECIFY - PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

**N.C.**   NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE.

**BOROUGH SUPERINTENDENT**   **COMMISSIONER**

☐ ORIGINAL   ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS   ☐ COPY

345

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the **EAST** side of **55TH STREET** distant **0'** feet from the corner formed by the intersection of **EAST 55TH STREET** and **5TH AVENUE**

running thence _____ feet; thence _____ feet;

thence **E. 249'-6"** thence **NORTH 25'** feet;

thence **S. 100'-5"** thence **N. 100'** feet;

thence **N. 149'-6"** thence **N. 75'-5"** feet;

to the point or place of beginning.

**100567539**
XXXXXXXXXX. No. DATE OF COMPLETION **11/12/93** CONSTRUCTION CLASSIFICATION **1-B**

BUILDING OCCUPANCY GROUP CLASSIFICATION **J-1** HEIGHT **19** STORIES **270'-0"** FEET

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM | X | | AUTOMATIC SPRINKLER SYSTEM | X | |
| YARD HYDRANT SYSTEM | | | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | | | | |
| SMOKE DETECTOR | | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | X | | | | |

**STORM DRAINAGE DISCHARGES INTO:**
A) STORM SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

**SANITARY DRAINAGE DISCHARGES INTO:**
A) SANITARY SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

**LIMITATIONS OR RESTRICTIONS:**
BOARD OF STANDARDS AND APPEALS CAL. NO. _____
CITY PLANNING COMMISSION CAL. NO. _____
OTHERS

346

**M NICIPAL
ATA
SE VICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-0707 FAX (718) 815-9101

Date  _09/02/2005_

Client  _FI-256_

Title No.  _300834176NY1/D_

## HOUSING AND BUILDING DEPARTMENT SEARCH

**PREMISES:** *699 / 703 5 AVENUE*
**AKA:** *2 / 12 EAST 55 STREET*                    *MANHATTAN*

A search of the records of the Department of Buildings, and the Rent and Housing Maintenance Department
of the city of New York was made on  _08/31/2005_ . The following violations were reported pending:

### BUILDING DEPARTMENT:

*(1) VIOLATION ATTACHED*
*(13) VIOLATIONS - NO COPIES AVAILABLE (SEE ATTACHED LETTER)*

### RENT AND HOUSING MAINTENANCE DEPARTMENT:
*VIOLATIONS ATTACHED*

### BUILDING CLASSIFICATION:
*HERETOFORE EXISTING CLASS "B" MULTIPLE DWELLING*

[X] **Multiple Dwelling**          *434 Rooms*

[ ] **Not a Multiple Dwelling**

MUNICIPAL DATA SERVICES, INC. DOES HEREBY CERTIFY THAT THE RECORDS OF THE ABOVE MUNICIPAL AGENCIES WERE EXAMINED AND THAT THE INFORMATION REPORTED ABOVE IS A TRUE AND ACCURATE ABSTRACT OF THE INFORMATION CONTAINED THEREIN. MUNICIPAL DATA SERVICES, INC. IS SUBMITTING THIS REPORT FOR INFORMATION PURPOSES ONLY. NO LIABILITY IS ASSUMED. THIS SEARCH DOES NOT INCLUDE OTHER AGENCIES' VIOLATION.

2537057        7678079

BIS Menu | Bldg Info Search | Property Profile | ECB Violations | ECB Viol Details | Back     FAQs | Glossary     Sep 2, 2005





**NYC Department of Buildings**
**ECB Violation Details**

**Premises: 2 EAST 55 STREET MANHATTAN**                                    BIN: 1035762   Block: 1290   Lot: 69
**Filed At: 2 EAST 55 STREET , MAN , NY 10022**
**ECB Viol Number: 38152191L**                        **VIOL ACTIVE**                        **Status: NO COMPL RECORD**

**Respondent Info:**                                                                CB:        105
ST. REGIS HOTEL . 2 EAST 55 STREET , NY , NY 10022                                  GEO Flag:    1

| | | | | |
|---|---|---|---|---|
| Viol Issue Date: | 06/14/2005 | Delivered Date: | 06/14/2005 | |
| Viol Type: | EL - ELEVATOR | DOB Viol Number: | 081405E2183A01 | |
| Issuing Insp ID: | 2163 | Tax Lien Serv: | NO | |
| Device Type: | ELEVATOR | Device Number: | 1F5627 | |
| Sched Hrg Date: | 08/04/2005 | Hearing Time: | 10:30 | Location:   9 |
| Amount Imposed: | $350.00 | Amount Paid: | $0.00 | |
| Hearing Status: | V - IN VIOLATION | Compl Status: | N - NO COMPL RECORD | |
| Compl By Date: | 11/08/2005 | Compl Met Flag: | | |
| Compl Met Date: | | Viol Severity: | B - MODERATE | |

**Infraction Codes:**
BP7 27-987 FAILURE TO MAINTAIN ELEVATOR

**Description of Violation:**
86U05.

**Historical Event Dates:**

| | | | | | | |
|---|---|---|---|---|---|---|
| CUR: | HRG: | 08/25/2005 | COM: | DEF: | | STIP ACC: |
| AJR: | ASG: | 06/04/2005 | WRI: | Cominsp: | | Comdoc: |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

BIS Menu | Bldg Info Search | Property Profile | ECB Violations | ECB Viol Details | Back

Department of Buildings Home Page • NYC.gov Home Page • Mayor's Office
City Agencies • Services • News and Features • City Life • Contact Us • Search

09/02/05
0818

HPD Building, Registration & Violation    Services | — Select —    ▦ Home

| The selected address: 699 5 AVENUE, Manhattan 10022 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HPD#
2913 Active | Range
699-703 | Block
01290 | Lot
0069 | CD
5 | CensusTract
10200 | Stories
19 | A Units
0 | B Units
434 | Ownership
PVT | MDR#
112912 | Class
O |

Other
Units

Registration

Emerg.
Repairs

Charges
(PDF)

Map

Carbon
Monoxide
Certificate

All Open
Violations

prior year
Open
Viol.'s

### Building Registration Summary Report

| Owner | Last Reg Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt | City | State |
|---|---|---|---|---|---|---|---|---|---|
| Head Officer | 2004/04/15 | | RICHTER | GUENTER | 2 | E 55TH ST | | NY | NY |
| Officer | 2004/04/15 | | GERAGHTY | SCOTT | 2 | E 55TH ST | | NY | NY |
| Corporation | 2004/04/15 | MANHATTAN SHERATON CORP | | | 2 | EAST 55TH ST | | NY | NY |
| Managing Agent | 2004/04/15 | MANHATTAN SHERATON CORP | RICHTER | GUENTER | 2 | E 55TH ST | | NY | NY |
| Emerg. Contact | 2004/04/15 | | | | | | | | |
| Emerg. Contact | 2004/04/15 | | RICHTER | GUENTER | | | | | |

### Open Violations – ALL DATES
There are 10 Violations. Arranged by category: A class: 9  B class: 1  C class: 0  I class: 0

For definitions, click on the Glossary link at the upper right.
To sort the columns, click on their underlined headers below in the blue area.

| Apt Story | Reported Date, now ISSUED Date | Hard Class | Order no Rem no | Violation ID | Violation Description | Status Status Date | Owner Certification Dates: 1st Lead, 2nd Lead |
|---|---|---|---|---|---|---|---|
| -- | 2005/06/01 2005/06/02 | B | 710 | 5525977 | § 27-2050 edm code file with the borough chief inspector of this department a sprinkler test report for the current year. | NOV SENT 2005/06/02 | 2005/07/26 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325102 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration doors sealed with wood panels 15th sty center south wins to suite 1632. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325103 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panel 13th sty center south wins to suite 1332. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325104 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panels 11th sty center south wins to suite 1132. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325105 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panel 10th sty center south wins to suite 1032. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325106 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panel 9th sty center south wins to suite 932. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325107 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panel 8th sty center south wins to suite 832. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325108 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panel 6th sty | NOV SENT 1985/06/24 | 1985/10/17 - |

| | | | | center south wins to suite 632. | | |
|---|---|---|---|---|---|---|
| -- | 1985/06/05 1985/06/24 | A | 491 | 2325109 | § 300 m/d law file plans and application and legalize the following alteration or restore to the legal condition existing prior to the making of said alteration door sealed with wood panel 6th sty center south wins to suite 532. | NOV SENT 1985/06/24 | 1985/10/17 - |
| -- | 1982/07/28 1982/11/01 | A | 485 | 2325101 | § 329, m/d law and dept. rules and regs. provide a completed certificate of inspection visits in a proper frame readily accessible for signature, bottom edge of frame between 48-62 inches above floor at missing frame 1st sty public hall r87. | NOT COMPLIED 1985/06/05 | 1983/02/24 - |

NYC .gov

Services | News & Features | City Life | City Agencies | Office of the Mayor | Contact Us | Search

NYC.gov - NEW YORK CITY'S OFFICIAL WEB SITE



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-4797 FAX (718) 815-9101

DATE: 9/2/2005

TITLE# 34176 NY1

BLOCK: 1290 LOT: 69

ADDRESS: 699/703 5 Avenue.

WE HAVE BEEN INFORMED BY DEPARTMENT OF BUILDINGS PERSONNEL
THAT THERE ARE NO COPY (IES) AVAILABLE FOR THE FOLLOWING
VIOLATIONS OF RECORD:

V101796ES05FP03

V050404LAV0MK04-0758



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-9797 FAX (718) 815-9101

DATE: 9/6/2005

TITLE# 34176 MY1

BLOCK: 1290    LOT: 69

ADDRESS: 699/703 5 Avenue.

## ELEVATOR VIOLATIONS

WE HAVE BEEN INFORMED BY DEPARTMENT OF BUILDINGS PERSONNEL
THAT THERE IS A DELAY IN GETTING COPIES OF THE FOLLOWING
ELEVATOR VIOLATIONS. AT YOUR REQUEST WE WILL ORDER A COPY OF THE
VIOLATION.

V120798E9011/101891      V010505E9011115544

V120798E9011/101892

V120798E9011/101893

V110499E9013/113686

V110499E9013/113687

V120401E9013/144424

V062802E9013/156890

V112002E9013/164631

VW100603E9013/182336

V100703E9013/182340

352



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-0707 FAX (718) 815-0101

*DEPARTMENT OF AIR RESOURCES*

*DATE:*       *08/31/2005*

*CLIENT:   FI-256 300834176NY1/D*

*PREMISES: 699 / 703 5 AVENUE*
*    AKA: 2 / 12 EAST 55 STREET*

*BLOCK:     1290  LOT: 69*

*MANHATTAN*

*KINDLY CONDUCT A SEARCH, IN YOUR DEPARTMENT, FOR VIOLATIONS*
*AGAINST THE ABOVE PREMISES.*

*RESPECTFULLY,*

*MUNICIPAL DATA SERVICES INC.*

*INFORMATION ATTACHED*

**2537057    7678063**



**The City of New York**

**Department of Environmental Protection**

59-17 Junction Boulevard
Flushing, New York
11373-5108

**Christopher O. Ward**
**Commissioner**

Municipal Date Services
30 Bay Street
Staten Island, NY 10301

Date: 08/31/05

RE: TITLE SEARCH INQUIRY 699/703 5ᵗʰ Ave W
Property Located at: HK# : 2/12 2629 55 22

Dear Sir/Madam:

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning, refuse or process equipment as specified in the Code without a valid Certificate. If such equipment exists, although unknown to us it is automatically in violation of the law. This provision applies regardless of the information provided herein.

The Division of Air/Noise Permitting, Enforcement and Policy has searched its records regarding the above referenced premise and has found:

_____ No records for this premise.

____/__ No outstanding record of violation(s).

_____ Additional information. See attachment(s). Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or canceled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

Page 1 of __5__



**RECORDS CONTROL UNIT**
**(718) 595-3855**

354

**Bureau of Environmental Compliance**
59-17 Junction Blvd., Corona, N.Y. 11388
Records Control

Date: 09/02/05
Time  2:58 PM

Facility No.:1  XP66
Expires On: 4 - 18 - 97

**PA016791Y**

Registration
Active

**Owner:**

**ST.REGIS SHERATON HOTEL**
**2 EAST 55 STREET**
**MANHATTAN NY 10022**

**Facility**
**ST REGIS HOTEL**
**2 EAST 55 STREET**
**MANHATTAN NY 10022**

| | | |
|---|---|---|
| Last Fee Assessed: | $ 190.00 | 11/22/96 |
| Last Pay Amount: | $ 500.00 | 11/22/96 |
| Balance Due: | -$ 310.00 | |

Floor: B

**Process Description**

Max Firing Rate: 57

**Bureau of Environmental Compliance**
59-17 Junction Blvd., Corona, N.Y. 11368
Records Control

Date: 09/02/05
Time 2:58 PM

Facility No.: 1  XP66
Expires On: 5-20-09

**PA001197J**

Certificate to Operate
Unknown

Owner:

ST. REGIS HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

Facility
D.B.A/ST.REGIS SHERATON HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

| | | |
|---|---|---|
| Last Fee Assessed: | $ 500.00 | 05/28/99 |
| Last Pay Amount: | $ 250.00 | 05/05/99 |
| Balance Due: | $ .00 | |

Floor: B

**Process Description**

DRY CLEANING:ONE VIC#1250 F/S,DRY TO DRY CLEAN.MACHINE.
3RD GENERATION(E.P.#1; E.R:C; E.N:#16338
EXHAUST SYS:CLOSE SYSTEM,FUGITIVE EMISSIONS.
CONTROL DEVICE:GEN.EXH.VENT.SYS.REQUIRE BY 11/15/98 A
DOOR FAN WITH CARBON ADSORBER IS REQUIRED BY 5/11/01
FILTER WASTE LESS THAN 25%,STILL RESIDEUE LESS THAN 60%
PERC,DRAIN FILTER CARTRIDGE 24 HRS.IN FILTER HOUSING.
LEAKS TO BE REPAIRED WITHIN 24 HRS.

% By Season : Winter: 20  Spring: 30  Summer: 20  Fall: 30   Hours/Day: 24  Days/Year: 365

**Bureau of Environmental Compliance**
59-17 Junction Blvd., Corona, N.Y. 11368
Records Control

Date:  09/02/05
Time  2:59 PM

Facility No.:1   Y7171
Expires On: 8-21-09

**PB031601P**

Work Permit
Active

Owner:

THE REGIS HOTEL
2 EAST 55 STREET
MANHATTAN N.Y. 10022

Facility
THE ST.REGIS HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

Last Fee Assessed:    $ .00
Last Pay Amount:      $ 250.00        10/11/01
Balance Due:          $ .00

Floor: 01

**Process Description**

ONE UNION, P735U2000, NON-VENTED DRY-TO-DRY REFRIGERATED,TOTALLY EN-CLOSE
MACHINE, WITH BUILT-IN CARBON ABSORBER, SPILL TANK & DRYING SENSOR (4TH GENERATION)
MACHNIE'S SERIAL NUMBER: 101-A1-0859 3087
EXHAUST SYSTEM: CLOSED SYSTEM,FUGITIVE EMISSION
CONTROL DEVICE: PRIMARY AND SECONDARY CONTROLS  AND DRYING SENSOR
GENERAL EXHAUST SYSTEM CAPABLE OF 12 AIR CHANGES PER HOUR

% By Season :  Winter: 20  Spring: 30  Summer: 20  Fall: 30   Hours/Day: 6   Days/Year: 260



## First American Title Insurance Company of New York
### 633 Third Avenue, New York, NY 10017
### (212) 922-9700 - Fax (212) 922-0881

July 6, 2005

Starwood Hotels & Resorts
1111 Westchester Avenue
White Plains, NY 10604

Attn: Seth Ruzi

RE:    Title No.:      34176NY1
       Premises:       699-703 5th Avenue, Unit No. ___, CONDOMINIUM TO BE FORMED
                       New York, NY
       Record Owner:   SLT PALM DESERT, LLC
       Purchaser(s):

Dear Mr. Ruzi,

As you requested, enclosed please find the following municipal searches:

                  Air Resources
                  Certificate of Occupancy
                  Emergency Repairs
                  Fire Search
                  Fuel Permit/Oil Burner
                  Highway Search
                  Housing and Building
                  Street Report

Any searches or returns reported herein are furnished FOR INFORMATION ONLY. The Company assumes
no liability for these searches or for the accuracy thereof. They are not part of the aforementioned title
report and, therefore, will not be continued to the date of closing.

Very truly yours,

Vincent L. Plaia, Esq.
Counsel

VLP/cc

cc: Jay A. Neveloff, Esq.
(Kramer Levin Naftalis & Frankel LLP)

358



**MUNICIPAL DATA SERVICES, INC.**
39 JAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-0707 FAX (718) 815-9181

## DEPARTMENT OF AIR RESOURCES

**DATE:**     04/07/2005

**CLIENT:**     FI-256 300834176NY1/C

**PREMISES:** 699 / 703 5 AVENUE
         **AKA:** 2 / 12 EAST 55 STREET

**BLOCK:**     1290   **LOT:** 69

**MANHATTAN**

KINDLY CONDUCT A SEARCH, IN YOUR DEPARTMENT, FOR VIOLATIONS
AGAINST THE ABOVE PREMISES.

RESPECTFULLY,

MUNICIPAL DATA SERVICES INC.

INFORMATION ATTACHED

2501732     7441638



**Department of Environmental Protection**

59-17 Junction Boulevard
Flushing, New York
11373-5108

**Christopher O. Ward**
**Commissioner**

Date: 04/07/05

Municipal Date Services
30 Bay Street
Staten Island, NY 10301

RE: TITLE SEARCH INQUIRY
Property Located at: _____

Dear Sir/Madam!

Please be advised, it is a violation of the New York City Administrative Code, Title 24, Air Pollution Control Code, to operate fuel-burning, refuse or process equipment as specified in the Code without a valid Certificate. If such equipment exists, although unknown to us it is automatically in violation of the law. This provision applies regardless of the information provided herein.

The Division of Air/Noise Permitting, Enforcement and Policy has searched its records regarding the above referenced premise and has found:

_____ No records for this premise.

___✓_ No outstanding record of violation(s).

_____ Additional information. See attachment(s). Please note that a certificate that has expired may be subject to violation unless the certificate is renewed or canceled by the current or potential owner. The owner, on the date of issuance of any violation, is responsible for both penalty and compliance.

Page 1 of 5



(718) DEP-HELP

**RECORDS CONTROL UNIT**
**(718) 595-3855**

360

## Bureau of Environmental Compliance
59-17 Junction Blvd., Corona, N.Y. 11368
Records Control

Date: 04/18/06
Time  10:10 AM

Facility No.:1  XP66
Expires On: 05/20/2002

**PA001197J**

Certificate to Operate
Unknown

Owner:

ST. REGIS HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

Facility
D.B.A/ST.REGIS SHERATON HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

| | | |
|---|---|---|
| Last Fee Assessed: | $ 500.00 | 05/28/99 |
| Last Pay Amount: | $ 250.00 | 05/05/99 |
| Balance Due: | $ .00 | |

Floor: B

## Process Description

DRY CLEANING:ONE VIC#1250 F/S,DRY TO DRY CLEAN.MACHINE.
3RD GENERATION(E.P.#1; E.R:C; E.N:#16338
EXHAUST SYS:CLOSE SYSTEM,FUGITIVE EMISSIONS.
CONTROL DEVICE:GEN.EXH.VENT.SYS.REQUIRE BY 11/15/98 A
DOOR FAN WITH CARBON ADSORBER IS REQUIRED BY 5/11/01
FILTER WASTE LESS THAN 25%,STILL RESIDEUE LESS THAN 60%
PERC,DRAIN FILTER CARTRIDGE 24 HRS.IN FILTER HOUSING.
LEAKS TO BE REPAIRED WITHIN 24 HRS.

% By Season : Winter: 20  Spring: 30  Summer: 20  Fall: 30   Hours/Day: 24   Days/Year: 365

Case 1:16-cv-09390-GHW   Document 121-18   Filed 01/10/20   Page 35 of 47
Case 1:16-cv-09390-GHW   Document 121-18   Filed 10/17/19   Page 36 of 48

361

## Bureau of Environmental Compliance
59-17 Junction Blvd., Corona, N.Y. 11368
Records Control

Date:  04/18/05
Time   10:11 AM

Facility No.: 1  XP66
Expires On: 04/18/1997

**PA016791Y**

Registration
Active

Owner:

ST.REGIS SHERATON HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

Facility
ST REGIS HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

| | | |
|---|---|---|
| Last Fee Assessed: | $ 190.00 | 11/22/96 |
| Last Pay Amount: | $ 500.00 | 11/22/96 |
| Balance Due: | -$ 310.00 | |

Floor: B

**Process Description**

Max Firing Rate: 57

362

**Bureau of Environmental Compliance**
59-17 Junction Blvd., Corona, N.Y. 11368
Records Control

Date: 04/18/05
Time 10:11 AM

Facility No.: 1  Y7171
Expires On: 06/21/2002

**PB031601P**

Work Permit
Active

Owner:

THE REGIS HOTEL
2 EAST 55 STREET
MANHATTAN N.Y. 10022

Facility
THE ST.REGIS HOTEL
2 EAST 55 STREET
MANHATTAN NY 10022

| | |
|---|---|
| Last Fee Assessed: | $ .00 |
| Last Pay Amount: | $ 250.00 |
| Balance Due: | $ .00 |

10/11/01

Floor: 01

**Process Description**

ONE UNION, P735U2000, NON-VENTED DRY-TO-DRY REFRIGERATED, TOTALLY EN-CLOSE
MACHINE, WITH BUILT-IN CARBON ABSORBER, SPILL TANK & DRYING SENSOR (4TH GENERATION)
MACHNIE'S SERIAL NUMBER: 101-A1-0859 3087
EXHAUST SYSTEM: CLOSED SYSTEM, FUGITIVE EMISSION
CONTROL DEVICE: PRIMARY AND SECONDARY CONTROLS AND DRYING SENSOR
GENERAL EXHAUST SYSTEM CAPABLE OF 12 AIR CHANGES PER HOUR

% By Season : Winter: 20  Spring: 30  Summer: 20  Fall: 30  Hours/Day: 6  Days/Year: 280



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-0707 FAX (718) 815-9181

CLIENT: FI-256     TITLE#: 300834176NY1/C      04/08/2005

699 / 703 5 AVENUE
AKA: 2 / 12 EAST 55 STREET

MANHATTAN

BLOCK : 1290      LOT : 69

### CERTIFICATE OF OCCUPANCY SEARCH

Note: This search performed subsequent to September 11, 2001 and Dept.of Buildings limited access regulations apply.

Attached find a copy of Certificate of Occupancy # 104514 issued on 02/02/1994 FOR A 19 STORY FIREPROOF BUILDING; EATING AND DRINKING ESTABLISHMENT, ACCESSORY HEALTH FACILITY, OFFICE, BANQUET ROOMS, BARBER SHOP, BAK SHOP AND 534 APARTMENTS.

According to the Building Department Index records, there are no alteration plans approved subsequent to the Certificate of Occupancy that either change or propose to change the legal occupancy of these premises.

Municipal Data Services Inc. certifies that the records of the above municipal agency were examined on behalf of FIRST AMERICAN TITLE INSURANCE CO,. The information reported above is a true and accurate abstract of the information on file therein. This report is submitted for information purposes only. No liability is assumed.

2501732     7441633



# THE CITY OF NEW YORK
# DEPARTMENT OF BUILDINGS
# CERTIFICATE OF OCCUPANCY AMENDED

**BOROUGH** MANHATTAN  **DATE** FEB 02 1994  **NO.** 104514

This certificate supersedes C.O. NO 103622  ZONING DISTRICT C5-3
THIS CERTIFIES that the premises—altered—existing—building—premises located at
2 EAST 55TH STREET  Block 1290  Lot 69

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD | PERSONS | | | ZONE USE GP | CLASS OCC GP | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| SUB-CELLAR 2 | OG | | | | 5 | D2 | MECHANICAL ROOM |
| | | | | | 5 | D2 | WATER PUMP ROOM |
| | | | | | 5 | B2 | FUEL OIL TANK |
| | | | | | 5 | B2 | STORAGE |
| | | 19 | | | 5 | E | OFFICE |
| SUB-CELLAR 1 | 120 | | | | 5 | D2 | MECHANICAL ROOM |
| | | | | | 5 | D2 | ELEC. METER ROOM |
| | | | | | 5 | D2 | WATER PUMP ROOM |
| | | | | | 5 | D2 | FIRE PUMP ROOM |
| | | | | | 5 | D2 | ELEC. EQUIP. ROOM |
| | | | | | 5 | D2 | TEL. EQUIP. ROOM |
| | | 19 | | | 5 | E | EQUIP. |
| | | | | | 5 | B2 | LOCKER ROOM |
| | | | | | 5 | B2 | STORAGE |
| | | | | | 5 | D2 | COMPRESSOR |
| | | 15 | | | 5 | E | OFFICE |
| | | 20 | | | 5 | F4 | EMPLOYEE CAFETERIA |
| CELLAR | 120 | 20 | | | 6 | C | STORES |
| | | | | | 5 | D2 | ELEC. SWITCH BD ROOM |
| | | 19 | | | 5 | F3 | ACC. HEALTH FAC. |
| | | 27 | | | 5 | E | OFFICES |
| | | | | | 5 | E | BEAUTY/BARBER SALON |
| | | | | | 5 | D2 | ELEC. METER ROOM |
| | | | | | 5 | D2 | GAS METER ROOM |
| | | 250 | | | 5 | F4 | MEETING ROOM |
| | | 6 | | | 5 | D2 | KITCHEN |
| | | 14 | | | 5 | B3 | PANTRIES |
| | | | | | 5 | D2 | MECH'L EQUIP. ROOM |
| | | 2 | | | 5 | B2 | OAT ROOM |
| | | 5 | | | 5 | B2 | STORAGE |

(CONTINUED)

OPEN SPACE USES  SPECIFY PARKING SPACES & LOADING BERTHS OTHER USES NONE

NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED. THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

☐ ORIGINAL  ☑ OFFICE COPY - DEPARTMENT OF BUILDINGS  ☐ COPY



PAGE 2 OF 3 PAGES



THE CITY OF NEW YORK

ALT 101967539

# DEPARTMENT OF BUILDINGS
# CERTIFICATE OF OCCUPANCY AMENDED

103514

BOROUGH  MANHATTAN          DATE: FEB 02 1991  NO.          ZONING DISTRICT C5-3

This certificate supersedes C.O. NO  103622
THIS CERTIFIES that the new—altered—existing—building—premises located at
2 EAST 55TH STREET                                    Block 1210    Lot 69

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| FLOOR | LIVE LOAD LBS PER SQ FT | NO. OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | HEIGHT ZONE USE GROUP | O.S.F. | BSL NO. OR OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| 1ST FLOOR | 120 | 170 | | | 6 | F4 | EATING AND DRINKING USE. |
| | | | | | 6 | F4 | BAR, LOUNGE |
| | | 10 | | | 6 | D2 | KITCHEN |
| | | | | | 5 | | HOTEL LOBBY |
| | | 40 | | | 6 | C | STORES |
| 1M | 40 | 1 | | | 5 | D2 | MECHANICAL ROOM |
| | | 35 | | | 5 | E | OFFICES |
| 2ND FLOOR | 100 | 485 | | | 10 | F1a | MEETING ROOMS-BANQUET ROOMS |
| | | | | | | F4 | |
| | | 32 | | | 5 | B2 | PANTRY |
| | | | | | 5 | B2 | STORAGE |
| 2M | 100 | 3 | | | 5 | D2 | MECHANICAL ROOMS |
| | 50 | 21 | | | 5 | D2 | OFFICES |
| 3RD FLOOR | 40 | | | 30 | 5 | J- | HOTEL ROOMS |
| 4TH FLOOR | 40 | | | 30 | 5 | J- | HOTEL ROOMS |
| 5TH-14TH FLOORS | 40ea. | | | 27ea. | 5 | J1 | HOTEL ROOMS |
| 15TH FLOOR | 40 | | | 26 | 5 | J1 | HOTEL ROOMS |
| 16TH FLOOR | 40 | | | 27 | 5 | J1 | HOTEL ROOMS |
| 17TH FLOOR | 40 | | | 26 | 5 | J1 | HOTEL ROOMS |
| 18TH FLOOR | 40 | | | 25 | 5 | J1 | HOTEL ROOMS |
| 19TH FLOOR | 220 | | | 100 | 10 | F2 | BANQUET ROOM |

(CONTINUED)

OPEN SPACE USES. _____  SPECIFY: PARKING SPACES LOADING BERTHS OTHER USE  NONE

N.C.      NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT                                    COMMISSIONER

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

PAGE 3 C, 3 PAGES

THE CITY OF NEW.YORK



ALT 100567539

# DEPARTMENT OF BUILDINGS

# CERTIFICATE OF OCCUPANCY AMENDED 104514

**BOROUGH** MANHATTAN    **DATE** FEB 02 1994    **NO.**
This certificate supersedes C.O. NO  103622    ZONING DISTRICT C5-3
THIS CERTIFIES that the new-altered—existing—building—premises located at
2 EAST 55TH STREET    Block 1290    Lot 69
CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND I O THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONE'S DWELLING OR ROOMING UNITS | BUILDING CODE OCCUPANCY GROUP | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION |
|---|---|---|---|---|---|---|---|
|  | 7 |  |  | 5 |  | B: D: | STORAGE RIT:-100 |

AMENDED CERTIFICATE OF OCCUPANCY FOR CHANGE IN CELLAR.

THE CERTIFICATE OF OCCUPANCY  856
WITH IT . BLUE  E B'AES
OF THE .. 70  3567.

OPEN SPACE USES _____  SPECIF  PARKING SPACES LOADING BERTHS OTHER USES NONE

R. C.    **NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED**
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE

BOROUGH SUPERINTENDENT

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

B Form No.(something)

Y. 3BAG

THE PREMISES LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the ___ EAST ___ side of ___ 55TH STREET
distant ___ 0' ___ feet from the corner formed by the intersection of
___ EAST 55TH STREET ___ and ___ 5TH AVENUE ___

running thence:
feet; thence ___ E. 249'-6" ___ feet; thence ___ NORTH 25' ___ feet;
thence ___ S. 100'-5" ___ feet; thence ___ W. 103' ___ feet;
thence ___ W. 249'-6" ___ feet; thence ___ E. 75'-5 ___ feet;
to the place of beginning.

DATE OF COMPLETION 11/12/93  CONSTRUCTION CLASSIFICATION 1-B

OCCUPANCY CLASSIFICATION  J-1  HEIGHT  19  STORIES  270'-0" FEET

FIRE PROTECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN CONFORMANCE WITH

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| | | | AUTOMATIC SPRINKLER SYSTEM | | X | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| FIRE ALARM SIGNAL SYSTEM | X | | | | | |

STORM DRAINAGE DISCHARGES INTO:
A) STREET SEWER [X]   B) COMBINED SEWER [ ]   C) PRIVATE SEWAGE DISPOSAL SYSTEM [ ]

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER [ ]   B) COMBINED SEWER [ ]   C) PRIVATE SEWAGE DISPOSAL SYSTEM [ ]

LIMITATIONS OR RESTRICTIONS:
BOARD OF STANDARDS AND APPEALS CAL NO ...
CITY PLANNING COMMISSION CAL NO ...
OTHERS



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 18301
PHONE (718) 815-8707 FAX (718) 815-9101

# EMERGENCY REPAIRS

Client: *FI-256*

Title No: *300834176NY1/C*

Premises: *699 / 703 5 AVENUE*
AKA: *2 / 12 EAST 55 STREET*

Date: *04/08/2005*

County: *MANHATTAN*

---

THIS SECTION FOR OFFICE USE ONLY

The search of the last printed lien book reveals the following emergency repair money due :

Date: *12/31/2004*

Amount: *- 0 -*

---

The result of the work-in-progress search reveals that:

[X] No other Emergency Repairs have been given out at the above-captioned premises subsequent to the above lien date

[ ] The following Emergency Repairs have been given out at the above-captioned premises and are not posted in the last printed lien book:

| Date of P.O. | P.O.# | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Municipal Data Services Inc. certifies that the records of the above municipal agency were examined on behalf of FIRST AMERICAN TITLE INSURANCE CO,. The information reported above is a true and accurate abstract of the information on file therein. This report is submitted for information purposes only. No liability is assumed.

2501732      7441637

Case 1:16-cv-09390-GHW Document 121-18 Filed 01/10/20 Page 43 of 47
Case 1:16-cv-09390-GHW Document 125-18 Filed 01/01/19 Page 44 of 48
369

**DEPARTMENT OF THE CITY OF NEW YORK**

**BUREAU OF FIRE PREVENTION**
**9 METROTECH CENTER**
**BROOKLYN, N.Y. 11201**

## RECORD SEARCH REQUEST

MAIL TO:

|  | CHECKED BY: |  |
|---|---|---|
| MUNICIPAL DATA SERVICES, INC.<br>30 BAY STREET  2nd FLOOR<br>STATEN ISLAND, NEW YORK 10301<br>PHONE (718) 815-0707 |  | SEARCH<br>NO. |

TITLE NO. ___FI-256 300834176NY1/C___

The undersigned requests the following information re: Premises

AKA:  2 / 12 EAST 55 STREET
            699 / 703 5 AVENUE                              MANHATTAN
            ADDRESS                                                     BOROUGH

[X] 1. Record of existing Fire Department Violations _____ FEE: $10.00

[ ] 2. Record of Permit for _____ FEE: $10.00

[ ] 3. Other _____ FEE  $10.00

State applicants interest in or relation to premises:                     TOTAL FEE: $10.00

                    TITLE INSURANCE

(THE CITY OF NEW YORK IS NOT BEING SUED, NOR IS THERE ANY INTENTION TO SUE THE CITY OF NEW YORK)

Signed      MUNICIPAL DATA SERVICES INC

Date      04/07/2005

### DO NOT WRITE BELOW THIS LINE

Gentlemen:

In reply to your request concerning the premises mentioned above, please be advised

that as of 9 A.M.,   DEC 1 5 2004   the records show the following:

L0354317R        D-21206-7.23.92
12864400K        S-2327-1.31.91
10749842L

SEARCHED BY: _____

                                                    Chief, in Charge
                                                    Division of Fire Prevention

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS
OF THE DIVISION OF FIRE PREVENTION, AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

                                    2501732        7441636

370



**MUNICIPAL DATA SERVICES, INC.**
30 BAY STREET STATEN ISLAND, NY 10301
PHONE (718) 815-8707 FAX (718) 815-9181

RE:     FIRE DEPARTMENT VIOLATIONS


WE HAVE BEEN INFORMED BY
THE FIRE DEPARTMENT
PERSONNEL THAT COPIES OF ALL
VIOLATIONS ARE UNAVAILABLE
AT THIS TIME.  THANK YOU.

DEPARTMENT OF THE CITY OF NE. ORK

BUREAU OF FIRE PREVENTION
9 METROTECH CENTER
BROOKLYN, N.Y. 11201

## RECORD SEARCH REQUEST

MAIL TO:

MUNICIPAL DATA SERVICES, INC.
30 BAY STREET   2nd FLOOR
STATEN ISLAND, NEW YORK 10301
PHONE (718) 815-0707

CHECKED BY:

SEARCH
NO.

TITLE NO.  _FI-256 300834176NY1/C_

The undersigned requests the following information re: Premises

AKA:    _2 / 12 EAST 55 STREET_
        _699 / 703 5 AVENUE_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _MANHATTAN_ _ _ _

        **ADDRESS**                                                          **BOROUGH**

☐ 1. Record of existing Fire Department Violations _____  FEE: $10.00

☒ 2. Record of Permit for   _OIL BURNER-C_                           FEE: $10.00

☐ 3. Other _____                                           FEE $10.00

State applicants interest in or relation to premises:                TOTAL FEE: $10.00

        _TITLE INSURANCE_

(THE CITY OF NEW YORK IS NOT BEING SUED, NOR IS THERE ANY INTENTION TO SUE THE CITY OF NEW YORK)

                                   Signed   _MUNICIPAL DATA SERVICES INC._

                                   Date    _04/07/2005_

### DO NOT WRITE BELOW THIS LINE

Gentlemen:

In reply to your request concerning the premises mentioned above,  please be advised

that as of 9 A.M.,    **DEC 1 5 2004**                 the records show the following:

# NO OIL BURNER PERMIT

SEARCHED BY: _____

Chief, In Charge
Division of Fire Prevention

VIOLATIONS RECORDED ABOVE ARE ONLY THOSE WHICH ARE A MATTER OF RECORD IN HEADQUARTERS
OF THE DIVISION OF FIRE PREVENTION, AND MAY NOT INCLUDE VIOLATIONS ISSUED BY LOCAL UNITS.

                                            2501732     7441640