USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FLORA GILLESPIE, *et al.*,

                          Plaintiffs,

          -against-

ST. REGIS RESIDENCE CLUB, NEW YORK
INC., *et al.*,

                         Defendants.
-------------------------------------------------------------------X

1:16-cv-9390-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Clerk of Court is directed to change the caption of this case to "Flora Gillespie, *et al.* against St Regis Residence Club, New York Inc., *et al.*"

    SO ORDERED.

Dated: January 27, 2020
New York, New York

                                                                    GREGORY H. WOODS
                                                      United States District Judge