# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FLORA GILLESPIE, *et al.*,

                Plaintiffs,          16 **CIVIL** 9390 (GHW)

    -against-                     **JUDGMENT**

ST. REGIS RESIDENCE CLUB, NEW YORK
INC., *et al.*,

                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 21, 2020, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          May 22, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                         **Clerk of Court**
**BY:**
                                                         **Deputy Clerk**